**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00453-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

GATOS SILVER, INC., STEPHEN ORR, ROGER JOHNSON, THOMAS S. KAPLAN, JANICE STAIRS, JEB BURNS, ALI ERFAN, IGOR GONZALES, KARL HANNEMAN, IGOR LEVENTAL DAVID PEAT, BMO CAPITAL MARKETS CORP., GOLDMAN SACHS & CO. LLC, RBC CAPITAL MARKETS, LLC, CANACCORD GENUITY CORP., and CIBC WORLD MARKETS CORP.,

     Defendants.

---

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF KENNETH PIGFORD TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

---

I, Phillip Kim, declare as follows:

1.    I am an attorney admitted to practice in the State of New York and before this Court. I am an attorney at The Rosen Law Firm, P.A., counsel for Kenneth Pigford ("Movant"). I submit this declaration in support of Movant's motion to appoint lead plaintiff and approve Movant's selection of counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

    EXHIBIT 1:   PSLRA Early Notice;

    EXHIBIT 2:   Movant's PSLRA certification;

    EXHIBIT 3:   Movant's Loss Chart; and

    EXHIBIT 4:   The Rosen Law Firm, P.A.'s firm resume.

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 25, 2022.


_/s/ Phillip Kim_
Phillip Kim

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On April 25, 2022, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF KENNETH PIGFORD TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 25, 2022.

*/s/ Phillip Kim*
Phillip Kim

3