# Exhibit 3

**Gatos Silver, Inc. Loss Chart**
**Class Period: October 28, 2020 through January 25, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 4.030345 |
| Pigford, Kenneth | 3/19/2021 | 6.89 | ($14.51) | ($100.00) | | | | | | | | |
| | 3/17/2021 | 0.07 | ($15.23) | ($1.00) | | | | | | | | |
| | 3/17/2021 | 1.17 | ($15.20) | ($17.73) | | | | | | | | |
| | 3/17/2021 | 24.59 | ($14.74) | ($362.47) | | | | | | | | |
| | 3/17/2021 | 196.67 | ($14.68) | ($2,887.10) | | | | | | | | |
| | 3/17/2021 | 1.033575 | ($14.44) | ($14.92) | | | | | | | | |
| | 3/17/2021 | 69.348127 | ($14.42) | ($1,000.00) | | | | | | | | |
| | 3/17/2021 | 2.040816 | ($14.70) | ($30.00) | | | | | | | | |
| | 3/17/2021 | 2.040816 | ($14.70) | ($30.00) | | | | | | | | |
| | 3/4/2021 | 25.770947 | ($12.96) | ($333.99) | | | | | | | | |
| | 3/2/2021 | 1.843484 | ($13.01) | ($23.98) | | | | | | | | |
| | 2/25/2021 | 4.257055 | ($16.30) | ($69.39) | | | | | | | | |
| | 2/25/2021 | 61.401484 | ($16.29) | ($1,000.23) | | | | | | | | |
| | 2/25/2021 | 61.401484 | ($16.29) | ($1,000.23) | | | | | | | | |
| | 2/25/2021 | 61.401484 | ($16.29) | ($1,000.23) | | | | | | | | |
| | 2/25/2021 | 61.387354 | ($16.29) | ($1,000.00) | | | | | | | | |
| | 2/25/2021 | 61.387354 | ($16.29) | ($1,000.00) | | | | | | | | |
| | 2/25/2021 | 302.166612 | ($16.55) | ($5,000.86) | | | | | | | | |
| | 2/24/2021 | 2.684977 | ($16.63) | ($44.65) | | | | | | | | |
| | 2/23/2021 | 1.079171 | ($14.83) | ($16.00) | | | | | | | | |
| | 2/23/2021 | 33.983091 | ($14.71) | ($499.89) | | | | | | | | |
| | 2/3/2021 | 0.436771 | ($13.55) | ($5.92) | | | | | | | | |
| | 1/25/2021 | 7.930214 | ($12.61) | ($100.00) | | | | | | | | |
| | 1/25/2021 | 74.571215 | ($13.41) | ($1,000.00) | | | | | | | | |
| | 1/19/2021 | 7.701193 | ($12.98) | ($99.96) | | | | | | | | |
| | 1/6/2021 | 1.216678 | ($13.84) | ($16.84) | | | | | | | | |
| | 12/29/2020 | 2.114164 | ($9.46) | ($20.00) | | | | | | | | |
| | | 1,076.58 | | ($16,675.40) | | | | | 1,076.58 | $4,338.99 | ($12,336.40) | |