## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

GATOS SILVER, INC.,
STEPHEN ORR, ROGER
JOHNSON, THOMAS S.
KAPLAN, JANICE STAIRS, JEB
BURNS, ALI ERFAN, IGOR
GONZALES, KARL HANNEMAN,
IGOR LEVENTAL, DAVID PEAT,
BMO CAPITAL MARKETS
CORP., GOLDMAN SACHS &
CO. LLC, RBC CAPITAL
MARKETS, LLC, CANACCORD
GENUITY CORP., and CIBC
WORLD MARKETS CORP.,

     Defendants.

---

## DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF RICHARD KENNAY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.      I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by Richard Kennay ("Movant") for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of Movant's selection of counsel for the Class.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was published on February 22, 2022.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 25, 2022                    */s/ Adam M. Apton*
                                         Adam M. Apton

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to the

e-mail addresses denoted on the Court's Electronic Mail Notice List.


/s/ Adam M. Apton
Adam M. Apton
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com