# EXHIBIT B

| | |
|---|---|
| **Client Name** | Richard Kennay |
| **Company Name** | Gatos Silver, Inc. |
| **Ticker Symbol** | GATO |
| **Security Type** | |
| **Class Period Start** | 10-28-2020 |
| **Class Period End** | 01-25-2022 |
| **90-DAY Lookback Period Start** | 01-26-2022 |
| **90-DAY Lookback Period End** | 04-25-2022 |
| **90-DAY Lookback Average** | $ 04.04 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $63,207.74 |
| **DURA LIFO\* Total** | $63,207.74 |
| **Gross Shares Purchased** | 6,400 |
| **Net Shares Retained** | 6,400 |
| **Net Funds Expended** | $89,072.00 |

| Richard Kennay | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 02-02-2021 | 6000 | 13.75 | $ 82,500.00 | | | | | | - | 6000 | 6000 | $ 04.04 | $ 24,247.74 | $ 58,252.26 | $ 58,252.26 |
| 02-25-2021 | 400 | 16.43 | $ 6,572.00 | | | | | | - | 400 | 400 | $ 04.04 | $ 1,616.52 | $ 4,955.48 | $ 4,955.48 |
| **Total:** | **6,400** | | **$89,072.00** | | | | | | | **6,400** | **6,400** | | **$25,864.26** | **$63,207.74** | **$63,207.74** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.