IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-KLM

MICHAEL BILINSKY, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
THOMAS S. KAPLAN,
JANICE STAIRS,
JEB BURNS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
IGOR LEVENTAL
DAVID PEAT,
BMO CAPITAL MARKETS CORP.,
GOLDMAN SACHS & CO. LLC,
RBC CAPITAL MARKETS, LLC,
CANACCORD GENUITY CORP., and
CIBC WORLD MARKETS CORP.,

Defendants.

---

**DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF PROPOSED LEAD
PLAINTIFF JOHN D. DOCKTER, SCOTT GELB, AND KAAN YAZGAN'S MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL**

---

4855-5559-5549.v1

I, DANIELLE S. MYERS, declare as follows:

1.       I am an attorney licensed to practice law before the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for class members John D. Dockter, Scott Gelb, and Kaan Yazgan (collectively, the "Movants") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Movants' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached are true and correct copies of the following exhibits:

Exhibit 1:       Notice of class action published on *Business Wire*, a national business-oriented publication, dated February 22, 2022;

Exhibit 2:       The Movants' Certifications;

Exhibit 3:       Estimate of the Movants' financial interest, prepared by counsel; and

Exhibit 4:       Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of April 2022.

s/ Danielle S. Myers
DANIELLE S. MYERS

- 1 -

4855-5559-5549.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 25, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  danim@rgrdlaw.com

4855-5559-5549.v1

# Mailing Information for a Case 1:22-cv-00453-KLM Bilinsky v. Gatos Silver, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **James Milligan Wilson , Jr**
  jwilson@faruqilaw.com,ecf@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)