# EXHIBIT 4

DocuSign Envelope ID: C80240F3-82F7-4EE8-9A8E-BB13A1FB87AD

## JOINT DECLARATION OF JOHN D. DOCKTER, SCOTT GELB, AND KAAN YAZGAN

Gatos Silver, Inc. investors John D. Dockter, Scott Gelb, and Kaan Yazgan declare as follows:

1.      We respectfully submit this joint declaration in support of our motion for appointment as lead plaintiff.  We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2.      I, John D. Dockter, suffered substantial losses as a result of my transactions in Gatos Silver securities during the Class Period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Eden Prairie, Minnesota and, before taking time off earlier this year, I was a chemical engineer in the medical devices industry for more than 30 years.  I have a Bachelor of Science degree in Chemical Engineering from the University of Minnesota.  I have over a decade of investing experience and I am familiar with selecting and overseeing lawyers.

3.      I, Scott Gelb, suffered substantial losses as a result of my transactions in Gatos Silver securities during the Class Period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Los Angeles, California and work as a solutions architect for an information technology service provider.  I have a Bachelor of Arts degree in Business and a Master of Business Administration, both from California State University, Fullerton.  I have approximately 30 years of investing experience and I am familiar with selecting and overseeing lawyers.

4.      I, Kaan Yazgan, suffered substantial losses as a result of my transactions in Gatos Silver securities during the Class Period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Istanbul, Turkey and I work in the hospitality and

DocuSign Envelope ID: C80240F3-82F7-4EE8-9A8E-BB13A1FB87AD

real estate industry. I have a Bachelor of Science degree in Economics from Duke University as well as a Master of Business Administration from Oxford University. I have approximately 15 years of investing experience and I am familiar with selecting and overseeing lawyers.

5.      In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff. Because of the complexity of the case, and the substantial losses suffered because of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class. We agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

6.      We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class. In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

7.      If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP, in the prosecution of this action.

8.      Before filing this motion, we spoke together and with counsel regarding this case. We discussed the claims against defendants, serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

9.      We have each other's contact information and any of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel.

DocuSign Envelope ID: C80240F3-82F7-4EE8-9A8E-BB13A1FB87AD

We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.  We also discussed how we would coordinate with each other to exercise joint decision-making on matters pertaining to this litigation (including our agreement to make decisions jointly by majority vote, taking into consideration proposed lead counsel's advice).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25 day of April, 2022.

DocuSigned by:

*John D. Dockter*

7A32B6AA32324AA...

JOHN D. DOCKTER

Executed this 22 day of April, 2022.

DocuSigned by:

*Scott Gelb*

D08FC207C0D14EF...

SCOTT GELB

Executed this 23 day of April, 2022.

DocuSigned by:

*Kaan Yazgan*

6210A12A03EA470...

KAAN YAZGAN