**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No**.: 1:22-cv-00453-KLM

MICHAEL BILINSKY, Individually and
On Behalf of All Others Similarly Situated,

Plaintiff,

v.

GATOS SILVER, INC., STEPHEN ORR,
ROGER JOHNSON, THOMAS S.
KAPLAN, JANICE STAIRS, JEB BURNS,
ALI ERFAN, IGOR GONZALES, KARL
HANNEMAN, IGOR LEVENTAL DAVID
PEAT, BMO CAPITAL MARKETS
CORP., GOLDMAN SACHS & CO. LLC,
RBC CAPITAL MARKETS, LLC,
CANACCORD GENUITY CORP., and
CIBC WORLD MARKETS CORP.,

Defendants.

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
KATHLEEN MARCUS FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel for Kathleen Marcus ("Marcus").  I make this Declaration in support of the motion by Marcus for appointment as Lead Plaintiff for the Class and approval of Marcus's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as Exhibit A is a true and correct copy of a chart detailing the financial interest of Marcus in the above-captioned action (the "Action").

3.    Attached hereto as Exhibit B is true and correct copy of a press release published over *Business Wire* on February 22, 2022, announcing the pendency of the Action.

4.    Attached hereto as Exhibit C is a a true and correct copy of a Shareholder Certification executed by Marcus.

5.    Attached hereto as Exhibit D is a a true and correct copy of a Declaration executed by Marcus.

6.    Attached hereto as Exhibit E is a true and correct copy of the firm resume of Pomerantz.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 25, 2022.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1