# EXHIBIT A

**Gatos Silver, Inc. (GATO)**
**Class Period: October 28, 2020 through January 25, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 88-Day* Mean Price $4.0448 Estimated Value | 10(b) Estimated Gain(Loss) | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marcus, Kathleen | 2/23/2021 | 119 | $16.3500 | ($1,946) | | | | | | | | |
| Marcus, Kathleen | 2/24/2021 | 3,180 | $17.5000 | ($55,650) | | | | | | | | |
| **Marcus, Kathleen** | | **3,299** | | **(57,596)** | | | | | **3,299** | **$13,344** | **($44,252)** | **($12,602)** |

*Avg Closing Prices from January 26, 2022 to April 24, 2022