**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00453-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
THOMAS S. KAPLAN,
JANICE STAIRS,
JEB BURNS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
IGOR LEVENTAL
DAVID PEAT,
BMO CAPITAL MARKETS CORP.,
GOLDMAN SACHS & CO. LLC,  RBC
CAPITAL MARKETS, LLC,
CANACCORD GENUITY CORP., and
CIBC WORLD MARKETS CORP.,

      Defendants.

---

**JOINT MOTION TO VACATE JUNE 2, 2022 SCHEDULING CONFERENCE
AND RELATED DEADLINES**

---

Plaintiff Michael Bilinsky ("Plaintiff") and Defendants Gatos Silver, Inc.,

Stephen Orr, Roger Johnson, Thomas S. Kaplan, Janice Stairs, Jeb Burns, Ali Erfan, Igor

Gonzales, Karl Hanneman, Igor Levental, David Peat, BMO Capital Markets Corp., Goldman

Sachs & Co. LLC, RBC Capital Markets, LLC, Canaccord Genuity Corp., and CIBC World Markets Corp. (collectively "Defendants"), through their undersigned counsel, respectfully request an Order vacating the June 2, 2022 Scheduling/Planning Conference (and all related deadlines) and relieving Defendants from any obligation to answer or otherwise respond to any complaints filed in this action (including future-filed related actions consolidated with this action) until after lead plaintiff(s) and lead counsel are appointed and lead plaintiff(s) file or designate a complaint as the operative complaint in this action.

1.      On March 23, 2022, this Court issued an Order Setting Scheduling/Planning Conference pursuant to Fed. R. Civ. P. 16(b) for June 2, 2022 at 9:30 a.m.  [Dkt. No. 5]. Pursuant to the Court's Order, the parties are required to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a joint discovery /case management plan no later than 21 days prior to the June 2, 2022, Scheduling/Planning Conference.  *Id.*

2.      However, this purported class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  *See* 15 U.S.C. § 78u-4 *et seq.*  Generally, under 15 U.S.C. § 78u- 4(b)(3)(B), absent a court order, all discovery and other proceedings are stayed during the pendency of any motion to dismiss.

3.      Further, the PSLRA provides for consolidation of all related actions and the appointment of lead plaintiff and lead counsel, after a 60-day notice period expires following the filing of the initial securities class action.  *See* 15 U.S.C. § 78u-4(a)(3).  In this case, lead plaintiff motions are currently pending before the Court.  Thus, it is unclear at this time who will ultimately have the authority to act on behalf of plaintiff and the putative class in the

consolidated cases with respect to the Fed. R. Civ. P. 26(f) conference as well as the Fed. R. Civ. P. 16(b) conference.

4. Until lead plaintiff(s) and lead counsel are appointed by the Court, it will not be known who is controlling this litigation for plaintiffs or what allegations they may ultimately choose to make and pursue. The Parties anticipate that after lead plaintiff(s) are appointed and lead counsel approved by the Court, whoever is appointed lead plaintiff(s) will file a consolidated complaint or notify counsel for Defendants that a previously filed complaint will serve as the operative complaint. After such a complaint is filed or so designated, Defendants anticipate filing a motion to dismiss that complaint. The filing of the motions to dismiss will stay all discovery in the action.

5. For the foregoing reasons, the parties submit that the Court should vacate all deadlines associated with the Order Setting Scheduling/Planning Conference and vacate the June 2, 2022 Scheduling/Planning Conference to a later date after the appointment of lead plaintiff(s) and lead counsel in this Action and/or until after resolution of any motions that Defendants may file in response to a complaint filed by or designated as the operative complaint by lead plaintiff(s).

6. For the same reasons, the Parties further submit that Defendants shall not be required to answer or otherwise respond to the current complaint. The Parties agree to submit a proposed briefing schedule for responding to the complaint that will serve as the operative complaint once lead plaintiff(s) and lead counsel are appointed by the Court.

7. WHEREFORE, the parties jointly request that the Court vacate all deadlines associated with the Order Setting Scheduling/Planning Conference, vacate the June 2, 2022 scheduling/planning conference, pursuant to the PSLRA, and relieve Defendants of any

obligation to answer or otherwise respond to any complaints filed in this action until after lead

plaintiff(s) and counsel are appointed and lead plaintiff(s) file or designate the operative

complaint in this action.

DATED:  May 10, 2022                          Respectfully submitted,

*s/Robert Vincent Prongay*                       *s/Jason Spitalnick*
Robert Vincent Prongay                          Jason Spitalnick
GLANCY PRONGAY & MURRAY LLP            FOSTER GRAHAM MILSTEIN & CALISHER, LLP
1925 Century Park East, Suite 2100           360 S. Garfield St., #600
Los Angeles, CA 90067                          Denver, CO  80209
Telephone:  310-201-9150                        Telephone:  303-333-9810
rprongay@glancylaw.com                        Facsimile:  303-333-9786
                                                Email:  jspitalnick@fostergraham.com
*Attorneys for Plaintiff Michael Bilinsky*
                                                Lawrence Portnoy
                                                DAVIS POLK & WARDWELL LLP
                                                450 Lexington Avenue
                                                New York, NY  10017
                                                Telephone:  212-450-4000
                                                Email: Lawrence.portnoy@davispolk.com

                                                *Attorneys for Gatos Silver, Inc.,*
                                                *Stephen Orr, Roger Johnson, Thomas S.*
                                                *Kaplan, Janice Stairs, Jeb Burns, Ali Erfan,*
                                                *Igor Gonzales, Karl Hanneman, Igor*
                                                *Levental, and David Peat*

4

*s/Holly Stein Sollod*

Holly Stein Sollod
Kimberly Brunelle Willis
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202-3979
Telephone:  303-295-8085
Facsimile:  303-975-5395
hsteinsollod@hollandhart.com
kjwillis@hollandhart.com

Richard A. Rosen
Audra J. Soloway
David P. Friedman
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  212-373-3000
Facsimile:  212-492-0289
rrosen@paulweiss.com
asoloway@paulweiss.com
dfriedman@paulweiss.com

*Attorneys for BMO Capital Markets Corp.,
Goldman Sachs & Co. LLC, RBC Capital
Markets, LLC, Canaccord Genuity Corp., and
CIBC World Markets Corp.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/Holly Stein Sollod*
Holly Stein Sollod

18855641_v1

6