IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
THOMAS S. KAPLAN,
JANICE STAIRS,
JEB BURNS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
IGOR LEVENTAL
DAVID PEAT,
BMO CAPITAL MARKETS CORP.,
GOLDMAN SACHS & CO. LLC,  RBC
CAPITAL MARKETS, LLC,
CANACCORD GENUITY CORP., and
CIBC WORLD MARKETS CORP.,

      Defendants.

---

**PROPOSED ORDER GRANTING JOINT MOTION TO VACATE JUNE 2, 2022
SCHEDULING CONFERENCE AND RELATED DEADLINES**

---

THIS MATTER comes before the Court on the Joint Motion to Vacate June 2, 2022

Scheduling Conference and Related Deadlines.  The Court has reviewed and considered the

Motion, and there being good cause for granting the Motion, the Court hereby ORDERS THAT:

1.      The Motion is APPROVED.

2

2.      The Court vacates all deadlines associated with the Order Setting Scheduling/Planning Conference, and vacates the June 2, 2022 scheduling/planning conference, pursuant to the PSLRA.  The Court also relieves Defendants of any obligation to answer or otherwise respond to any complaints filed in this action until after lead plaintiff(s) and counsel are appointed and lead plaintiff(s) file or designate the operative complaint in this action.

IT IS SO ORDERED:

_____
United States Magistrate Judge

18838613_v1