IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00453-KLM

MICHAEL BILINSKY, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
THOMAS S. KAPLAN,
JANICE STAIRS,
JEB BURNS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
IGOR LEVENTAL
DAVID PEAT,
BMO CAPITAL MARKETS CORP.,
GOLDMAN SACHS & CO. LLC,
RBC CAPITAL MARKETS, LLC,
CANACCORD GENUITY CORP., and
CIBC WORLD MARKETS CORP.,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Joint Motion to Vacate June 2, 2022 Scheduling Conference and Related Deadlines** [#21] (the "Motion"). The Motion requests, in this federal securities case, that the June 2, 2022 Scheduling/Planning Conference (and all related deadlines) be vacated and that Defendants be relieved from any obligation to answer or otherwise respond to any complaints filed in this action (including future-filed related actions consolidated with this action) until after lead plaintiff(s) and lead counsel are appointed and lead plaintiff(s) file or designate a complaint as the operative complaint in this action. Finding good cause therefore,

IT IS HEREBY **ORDERED** that the Scheduling Conference set for June 2, 2022 at 9:30 a.m. and all associated deadlines are **VACATED**.

IT IS FURTHER **ORDERED** that Defendants are relieved of any obligation to answer or otherwise respond to any complaints filed in this action until after lead plaintiff(s) and counsel are appointed and lead plaintiff(s) file or designate the operative complaint in this action.

Dated:  May 13, 2022