## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-KLM

MICHAEL BILINSKY, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
THOMAS S. KAPLAN,
JANICE STAIRS,
JEB BURNS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
IGOR LEVENTAL
DAVID PEAT,
BMO CAPITAL MARKETS CORP.,
GOLDMAN SACHS & CO. LLC,
RBC CAPITAL MARKETS, LLC,
CANACCORD GENUITY CORP., and
CIBC WORLD MARKETS CORP.,

      Defendants.

---

**PROPOSED LEAD PLAINTIFF JOHN D. DOCKTER, SCOTT GELB, AND KAAN YAZGAN'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS**

---

4889-2951-9648.v1

Eight motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned related securities class actions.  *See* ECF 6, 8, 11, 12, 13, 14, 16, 17.  Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff."  15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while John D. Dockter, Scott Gelb, and Kaan Yazgan (collectively, the "Movants") suffered approximately $94,319 in losses as a result of defendants' alleged wrongdoing and satisfy the Rule 23 requirements at this stage, the Movants recognize they did not suffer the greatest loss.  If the Court determines that the movants with greater losses do not satisfy the PSLRA's requirements for appointment as lead plaintiff, the Movants remain ready, willing, and able to fulfill that role on behalf of the class.

DATED:  May 16, 2022                    Respectfully submitted,

                                       ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       DANIELLE S. MYERS
                                       JENNIFER N. CARINGAL
                                       MICHAEL ALBERT
                                       JUAN CARLOS SANCHEZ


                                           s/ Danielle S. Myers
                                       _____
                                       DANIELLE S. MYERS

- 1 -

4889-2951-9648.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

JOHNSON FISTEL, LLP
JEFFREY A. BERENS
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: 303/861-1764
303/861-1764 (fax)
jeffb@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

4889-2951-9648.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on May 16, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dmyers@rgrdlaw.com

4889-2951-9648.v1

# Mailing Information for a Case 1:22-cv-00453-KLM Bilinsky v. Gatos Silver, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **David Phillip Friedman**
  dfriedman@paulweiss.com,mao_fednational@paulweiss.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Kathryn A. Reilly**
  reilly@wtotrial.com,CLJones@wtotrial.com,burton@wtotrial.com

- **Richard Andrew Rosen**
  rrosen@paulweiss.com,bmsullivan@paulweiss.com,mao_fednational@paulweiss.com

- **Holly Stein Sollod**
  hsteinsollod@hollandhart.com,lmlopezvelasquez@hollandhart.com,jdfrerker@hollandhart.com,intaketeam@hollandhart.com

- **Audra Jan Soloway**
  asoloway@paulweiss.com,mao_fednational@paulweiss.com

- **Jason Maxwell Spitalnick**
  jspitalnick@fostergraham.com,lwiggins@fostergraham.com,tiffany@fostergraham.com

- **Kimberly J. Willis**
  kjwillis@hollandhart.com,brunelle.kim@gmail.com,atupler@hollandhart.com,intaketeam@hollandhart.com

- **James Milligan Wilson , Jr**
  jwilson@faruqilaw.com,ecf@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)