UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
THOMAS S. KAPLAN,
JANICE STAIRS,
JEB BURNS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
IGOR LEVENTAL
DAVID PEAT,
BMO CAPITAL MARKETS CORP.,
GOLDMAN SACHS & CO. LLC,
RBC CAPITAL MARKETS, LLC,
CANACCORD GENUITY CORP., and
CIBC WORLD MARKETS CORP.

        Defendants.

---

**REPLY MEMORANDUM OF LAW IN SUPPORT OF THE UNOPPOSED MOTION OF
BARD BETZ FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL [ECF 16]**

---

Mr. Bard Betz respectfully submits this reply in further support of his ***unopposed motion***

to be appointed Lead Plaintiff and for approval of his selection of Bleichmar Fonti & Auld LLP

("BFA") to serve as Lead Counsel to represent the Class in this action.

Mr. Betz's motion is unopposed.  On April 25, 2022, seven other movants filed applications seeking appointment as Lead Plaintiff: (1) Kenneth Pigford (ECF No. 6); (2) Richard Kennay (ECF No. 8); (3) Mark Lloyd (ECF No. 11); (4) John Teselsky and Hong Nguyen (ECF No. 12); (5) William Algeo (ECF No. 13); (6) John D. Dockter, Scott Gelb, and Kaan Yazgan (ECF No. 14); and (7) Kathleen Marcus (ECF No. 17).

Four movants have since filed notices of non-opposition: (1) Richard Kennay (ECF No. 31); (2) William Algeo (ECF No. 33); (3) Mark Lloyd (ECF No. 34); and (4) John Teselsky and Hong Nguyen (ECF No. 30). Kenneth Pigford withdrew his motion.  *See* ECF No. 32.  John D. Dockter, Scott Gelb, and Kaan Yazgan did not oppose Mr. Betz's motion and "recognize[d] they did not suffer the greatest loss."  ECF No. 35.  And Kathleen Marcus did not file a brief in opposition to Mr. Betz's motion.

As set forth in his prior papers, Mr. Betz incurred a loss of roughly $381,000 on his investments in the securities of Gatos Silver, Inc. that are at issue in this case, and has a larger financial interest in the relief sought by the Class than any other movant.  *See* ECF Nos. 16 at 5-7; 36 at 1, 4-6.

Mr. Betz also satisfies the typicality and adequacy requirements of Rule 23.  *See* ECF No. 36 at 6-9.  Mr. Betz's claims are typical because, like all other Class members, Mr. Betz: (1) purchased Gatos securities during the Class Period; (2) at prices allegedly artificially inflated by Defendants' materially false and misleading statements and/or omissions; and (3) was damaged thereby. *See Ellis v. Spectranetics Corp.*, No. 15-CV-01857-KLM, 2015 WL 9259928, at *2 (D. Colo. Dec. 18, 2015) (Mix, Mag. J.) (finding typicality requirement met when "like all of the members of the Class, [movant] purchased [securities] during the Class Period at prices artificially

inflated by Defendants' misrepresentations and omissions, and was damaged thereby"). Moreover, Mr. Betz is capable of "fairly and adequately protect[ing] the interests of the class," and there is no conflict of interest between Mr. Betz's interests and those of the other Class members.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(II)(aa).

Mr. Betz has also selected qualified counsel to prosecute this matter.  BFA is one of the most preeminent securities class action law firms in the country and recovered approximately $550 million for investors in securities class actions in the past year alone.  *See* ECF Nos. 16 at 9-10; 16-7.  BFA is clearly "qualified, experienced, and able to 'vigorously conduct the proposed litigation,'" and Mr. Betz's selection of BFA as Lead Counsel on behalf of the Class is also unopposed.  *Spectranetics*, 2015 WL 9259928, at \*2.

For the reasons stated herein, Mr. Betz respectfully requests that the Court: (1) appoint him to serve as Lead Plaintiff; (2) approve his selection of BFA to serve as Lead Counsel for the Class; and (3) grant such other relief as the Court may deem just and proper.

Dated: May 25, 2022                          Respectfully submitted,


                                             /s/ Kathryn A. Reilly
                                             Michael L. O'Donnell
                                             Kathryn A. Reilly
                                             Daniel N. Guisbond
                                             **WHEELER TRIGG O'DONNELL LLP**
                                             370 Seventeenth Street, Suite 4500
                                             Denver, Colorado 80202-5647
                                             Telephone: 303.244.1800
                                             Facsimile:  303.244.1879
                                             Email:  odonnell@wtotrial.com
                                                     reilly@wtotrial.com
                                                     guisbond@wtotrial.com


                                             *Liaison Counsel for Proposed Lead Plaintiff*
                                             *Bard Betz*


                                             Javier Bleichmar
                                             Ross Shikowitz
                                             **BLEICHMAR FONTI & AULD LLP**
                                             7 Times Square, 27th Floor
                                             New York, New York 10036
                                             Telephone: (212) 789-1340
                                             Facsimile: (212) 205-3960
                                             Email: jbleichmar@bfalaw.com
                                                     rshikowitz@bfalaw.com


                                             *Counsel for Proposed Lead Plaintiff Bard Betz and*
                                             *Proposed Lead Counsel for the Class*


                                             Brian Schall
                                             **THE SCHALL LAW FIRM**
                                             2049 Century Park East, Suite 2460
                                             Los Angeles, California 90067
                                             Telephone: (424) 303-1964
                                             Email:  brian@schallfirm.com


                                             *Additional Counsel for Proposed Lead Plaintiff*
                                             *Bard Betz*


                                             4

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*Kathryn A. Reilly*