# Exhibit A

## CERTIFICATION

I, Jude Sweidan, hereby certify as follows:

1. I have reviewed the Amended Class Action Complaint for Violations of the Securities Laws against Gatos Silver, Inc. ("Gatos") and others (the "Complaint") and authorized its filing.

2. I did not purchase or sell the securities of Gatos that are the subject of the Complaint at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a representative plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Gatos common stock and options that are the subject of the Complaint from the time of the October 27, 2020 IPO through the end of the Class Period specified in the Complaint (January 25, 2022) are reflected in Schedule A, attached hereto.

5. Other than in the instant action, I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6. Beyond my *pro rata* share of any recovery, I will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this day of 8/15/2022.

DocuSigned by:

*Jude Sweidan*

Jude Sweidan

1

## SCHEDULE A
### TRANSACTIONS IN
### GATOS SILVER, INC.

COMMON STOCK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 02/17/2021 | 2,000.00 | 15.20 | ($30,395.80) |
| Sale | 02/25/2021 | -2,000.00 | 15.58 | $31,160.00 |
| Purchase | 03/01/2021 | 9,000.00 | 14.19 | ($127,741.93) |
| Sale | 06/17/2021 | -9,000.00 | 17.90 | $161,100.00 |
| Purchase | 07/13/2021 | 7,000.00 | 16.91 | ($118,385.18) |
| Purchase | 11/29/2021 | 4,500.00 | 13.18 | ($59,294.41) |