UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KLM

MICHAEL BILINSKY, Individually and On Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD, and
DANIEL MUÑIZ QUINTANILLA,

        Defendants,

---

## DECLARATION OF LAWRENCE J. PORTNOY IN SUPPORT OF DEFENDANTS' <u>MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>

---

LAWRENCE J. PORTNOY declares under penalty of perjury, pursuant to 28 U.S.C.

§ 1746, that the following is true:

    1.    I am an attorney duly admitted to practice law in this Court and am a partner at

Davis Polk & Wardwell LLP.

2.      I submit this declaration in support of the relief requested in Defendants' Motion to Dismiss the Amended Class Action Complaint. [1]

3.      Attached hereto as Defendants' Exhibit 1 is a true and correct excerpted copy of the Tetra Tech, Inc., NI 43-101 Technical Report: Los Gatos Project, Chihuahua Mexico, dated July 1, 2020 (the "Technical Report").

4.      Attached hereto as Defendants' Exhibit 2 is a true and correct excerpted copy of the Gatos Silver, Inc. Amended Registration of Securities (Form S-1/A), dated October 21, 2020 (the "IPO Registration Statement").

5.      Attached hereto as Defendants' Exhibit 3 is a true and correct excerpted copy of the Gatos Silver, Inc., General Form for Registration of Securities (Form S-1), dated July 12, 2021 (the "Secondary Offering Registration Statement").

6.      Attached hereto as Defendants' Exhibit 4 is a true and correct excerpted copy of the Gatos Silver Inc., Annual Report (Form 10-K), dated March 29, 2021 (the "10-K").

7.      Attached hereto as Defendants' Exhibit 5 is a true and correct excerpted copy of the Gatos Silver, Inc., Registration Statement (Form S-3), dated November 15, 2021.

8.      Attached hereto as Defendants' Exhibit 6 is a true and correct excerpted copy of the Gatos Silver Inc., Proxy Statement (Form DEF 14A), dated April 12, 2021 (the "Gatos Proxy Statement").

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in Defendants' Motion to Dismiss the Amended Class Action Complaint.

2

9.      Attached hereto as Defendants' Exhibit 7 is a description of Defendants' methodology applied for the calculation of certain figures which appear in Defendants' Motion to Dismiss the Amended Class Action Complaint; a true and correct copy of the Gatos Silver, Inc., Initial Statement of Beneficial Ownership of Securities concerning Erfan Ali (Form 3), dated October 27, 2020; a true and correct copy of the Gatos Silver, Inc., Initial Statement of Beneficial Ownership of Securities concerning Igor Gonzales (Form 3), dated October 27, 2020; a true and correct copy of the Gatos Silver, Inc., Initial Statement of Beneficial Ownership of Securities concerning Karl Hanneman (Form 3), dated October 27, 2020; a true and correct copy of the Gatos Silver, Inc., Initial Statement of Beneficial Ownership of Securities concerning Felipe Luis Huerta (Form 3), dated October 27, 2020; a true and correct copy of the Gatos Silver, Inc., Initial Statement of Beneficial Ownership of Securities concerning David Peat (Form 3), dated October 27, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning Luis Felipe Huerta (Form 4), dated October 29, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning Adam Dubas (Form 4), dated November 3, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning Roger Johnson (Form 4), dated November 3, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning John Kinyon (Form 4), dated November 3, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning Igor Levental (Form 4), dated November 3, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning Stephen Orr (Form 4), dated November 3, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in

3

Beneficial Ownership concerning Philip Pyle (Form 4), dated November 3, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning Janice Stairs (Form 4), dated November 12, 2020; a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning Karl Hanneman (Form 4), dated December 21, 2020; a true and correct copy of the Gatos Silver, Inc., Annual Statement of Changes in Beneficial Ownership concerning Stephen Orr (Form 5), dated February 10, 2021; and a true and correct copy of the Gatos Silver, Inc., Statement of Changes in Beneficial Ownership concerning Stephen Orr (Form 4), dated September 1, 2021.

10.    Attached hereto as Defendants' Exhibit 8 is a true and correct copy of the Gatos Silver, Inc., Current Report (Form 8-K), dated January 25, 2022 (the "January 25 Press Release").

11.    Attached hereto as Defendants' Exhibit 9 is a true and correct excerpted copy of the Gatos Silver, Inc., Prospectus (Form 424B4), dated October 29, 2020.

12.    Attached hereto as Defendants' Exhibit 10 is a true and correct copy of the Gatos Silver Inc., Current Report (Form 8-K), dated November 10, 2020.

13.    Attached hereto as Defendants' Exhibit 11 is a true and correct excerpted copy of the Gatos Silver, Inc., Prospectus (Form 424B4), dated July 15, 2021.

14.    Attached hereto as Defendants' Exhibit 12 is a true and correct copy of the Gatos Silver, Inc. Current Report (Form 8-K), dated August 19, 2021.

Dated:    October 14, 2022

By:    */s/ Lawrence J. Portnoy*
LAWRENCE J. PORTNOY

4