# EXHIBIT 1



**Exhibit 96.1**

MINERA PLATA REAL, S. DE R.L. DE CV
JOINT VENTURE OF SUNSHINE SILVER MINING & REFINING CORPORATION (51.5%) AND
DOWA METALS & MINING CO., LTD. (48.5%)
VALLE ESCONDIDO NO. 5500
COMPLEJO INDUSTRIAL EL SAUCITO
PUNTO ALTO E-2, SUITE 404 CP, 31125
CHIHUAHUA, MEXICO
**Los Gatos Project**
**Chihuahua, Mexico**
**Project No.: 117-8302008**

| | |
|---|---|
| *Effective Date:* | July 1, 2020 |
| *Issue Date:* | July 2020 |
| *Prepared by:* | Guillermo Dante Ramírez-Rodríguez, PhD, MMSAQP |
| | Leonel Lopez, SME-QP |
| | Kira Johnson, MMSAQP |
| | Keith Thompson, C.P.G. |
| | Kenneth Smith, SME-QP |
| | Luis Quirindongo, SME-QP |
| | Max Johnson, P.E. |



350 Indiana Street, Suite 500 | Golden, CO 80401
303.217.5700 | tetratech.com

**Table 1-1: Drill Hole Count by Purpose**

| Purpose | Count | Length (m) |
|---|---|---|
| Surface Exploration | 399 | 137,220 |
| Underground Exploration | 32 | 3,567 |
| Exploration and Metallurgical testing | 6 | 1,733 |
| Underground Bulk Sample Targeting | 4 | 415 |
| Metallurgical Testing | 5 | 1,693 |
| Geotechnical | 18 | 4,134 |
| Tailings Geotechnical | 14 | 280 |
| Hydrologic Study | 6 | 1,800 |
| **Total** | **484** | **150,842** |

Drilling was initiated at the Cerro Los Gatos project in October 2008 and continued until 2012. Drilling recommenced in 2015 following the joint venture agreement with DOWA and has continued through 2019. An additional 255 drillholes have been completed within the Los Gatos project, but outside of Cerro Los Gatos deposit. This comprises an additional 108,218 meters of drilling, which are not included in the Resource estimate that is the subject of this report. The totals of the entire project are 739 holes for 259,060 meters.

**1.5 Mineral Resource Estimates**

Mineral resources have been estimated for the epithermal veins of the Cerro Los Gatos deposit by multi-pass Ordinary Kriging (OK) of capped and composited drill hole samples. The Cerro Los Gatos deposit is currently the main deposit, and the subject of the 2017 FS and current mine development. Estimated Measured, Indicated and Inferred Mineral Resources for the Cerro Los Gatos deposit, effective September 6, 2019, are shown in **Table 1-2** at a 150 AgEq g/t cutoff grade. Mineral Resources that are not Mineral Reserves have not demonstrated economic viability.

**Table 1-2: Mineral Resource Estimate**

| Classification | Tonnes | AgEq g/t | Ag g/t | Pb % | Zn % | Au g/t | Cu % | AgEq toz M | Ag toz M | Pb lbs M | Zn lbs M | Au toz K | Cu lbs M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Measured | 5,774,314 | 652 | 324 | 2.9 | 5.8 | 0.39 | 0.11 | 121 | 60 | 375 | 744 | 72 | 13 |
| Indicated | 4,586,507 | 489 | 202 | 2.5 | 5.2 | 0.28 | 0.11 | 72 | 30 | 251 | 528 | 42 | 12 |
| **Measured and Indicated** | **10,360,822** | **576** | **269** | **2.7** | **5.5** | **0.34** | **0.11** | **193** | **90** | **626** | **1,272** | **114** | **25** |
| Inferred | 3,717,063 | 361 | 107 | 2.8 | 4.0 | 0.28 | 0.14 | 43 | 13 | 231 | 330 | 34 | 12 |

*NOTES:*

*1) 150 AgEq g/t cutoff grade has been calculated using $18/toz Ag, $0.92/lbs Pb, and $1.01/lbs Zn,*

*2) Columns may not total due to rounding,*

*3) Mineral Resources are stated as undiluted, and are inclusive of Mineral Reserves.*

*4) One troy ounce (toz) is equal to 31.1035 grams (g) and one Tonne is equal to 2,204.62 lbs.*

4

Mineral Resources were estimated from 2,356 samples intersecting modeled veins, sourced from 426 diamond drill holes. Capping was analyzed for each metal estimated using histograms and probability plots to determine where high-grade distribution tails deviated from lognormal. Sampled intervals were composited to 2 m. Composite intervals initiated and terminated at the top and bottom of the vein contacts.

Vein model solids were constructed in MicroMine™ modeling software; the resulting solids are shown in **Figure 1-1**, below. Grade-shells were used to further isolate +150 AgEq g/t grade population for estimation.



*Figure 1-1: Vein Solids 3D View*

Blocks and composites from each vein and post mineral fault block domain were independently transformed, realigned and made relative to the footwall and hanging-wall for estimation. Realignment allowed for estimation to occur across post-mineral fault blocks approximating pre-fault orientation of the veins. Estimations relative to footwall and hanging-wall position allowed for better data honoring across the dip of the vein.

Only composites within the same vein were permitted to estimate blocks of a given vein domain; because of the transformation and realignment estimation was permitted across post mineral fault block areas with the same vein code.

In addition to the Cerro Los Gatos deposit, exploration targets with favorable results include the Amapola and Esther deposits. These deposits were included in Tetra Tech's August 2012 estimates and additional information has not been produced for these deposits since this time. These estimates should be considered project resources, and therefore have been brought forward in this report and are reported below.

5

**Table 1-3** shows estimated, Indicated and Inferred Mineral Resources for the Amapola and Esther deposits, based on 100 grams/tonne cutoff grade, located along the Los Gatos mineral trend has only been partially investigated by drilling. The effective date of this estimate is December 21, 2012.

**Table 1-3: Estimated Mineral Resources Indicated and Inferred for Amapola and Esther.**

| Cutoff, AgEq g/t | Tonnes | Ag Eq g/t | Ag, g/t | Ag Ounces | Au, g/t | Pb, % | Zn, % | Cu, % |
|---|---|---|---|---|---|---|---|---|
| Deposit | Amapola — Indicated Resources | | | | | | | |
| 100 | 250,000 | 154 | 135 | 1,100,000 | 0.10 | 0.10 | 0.30 | 0.02 |
| Deposit | Amapola — Inferred Resources | | | | | | | |
| 100 | 3,440,000 | 164 | 140 | 15,500,000 | 0.10 | 0.20 | 0.30 | 0.03 |
| Deposit | Esther — Indicated Resources | | | | | | | |
| 100 | 460,000 | 217 | 133 | 2,000,000 | 0.04 | 0.70 | 2.10 | 0.02 |
| Deposit | Esther — Inferred Resources | | | | | | | |
| 100 | 2,290,000 | 243 | 98 | 7,200,000 | 0.12 | 1.60 | 3.00 | 0.05 |

*Reference: Tetra Tech Technical Report Los Gatos Final-2012, 1221.*
*Note 1.- Figures may not total due to rounding of significant figures.*
*Note 2.- Inferred Resources are not defined or recognized by US SEC Industry Guide 7 but are acceptable in proposed new Guidelines.*

Original exploration activities at the Esther vein system indicated the presence of a narrow quartz vein, less than 1 m, with minor veining and silicification and noticeable lack of calcite. However, the presence of a small high-grade mineralized-shoot, probably 60 m deep, attracted interest in the area. Drilling of this area also resulted in the discovery of the Esther mineral-concentration, which has a known length of 800 m for the main mineralized-shoot, as well as up to 1,200 meters of additional mineralized vein. The height of the mineralized interval is indicated by drill holes ES-06 and ES-07 to be in the order of 100 m; most mineral intersections range in the order of 2 m to 8 m, with a probable average slightly over 3 m. It has been interpreted the top of the favorable horizon at Esther is generally located about 120 m below the surface.

Geological, exploration, and drilling information has identified a Mineral Resource in three of the targets explored, namely Cerro Los Gatos, Amapola and Esther.

Other vein systems detected during the early exploration stages included Mezcalera, Cieneguita, San Luis, Paula, Boca de León, El Lince, El Rodeo, Los Torunos and San Agustín, all of which host results of interest. The only area drilled with variable results of interest was Ocelote.

**1.6 Mineable Reserve Estimate**

Updated Mineral Reserves were estimated for this project report. Information can be found on mining in the Mining Methods section of this report.

The Mineral Reserve for the Cerro Los Gatos deposit is the economically mineable portion of the Measured and Indicated Mineral Resource from September 2019 that can justify economic extraction. The Mineral Reserve defined herein includes the application of mining factors determined in this report

6

for stope design criteria, dilution and recovery factors. The Mineral Reserve is supported by a mine plan based on detailed stope layouts.

The Mineral Reserve, effective July 1, 2020, for Los Gatos is presented in **Table 1-4**. Reserves are calculated at an NSR cutoff of $75 and exclude Resources that have been mined through the end of June 2020.

**Table 1-4: Mineral Reserve**

| Zone | Classification | Tonnes | Ag (g/t) | Au (g/t) | Pb (%) | Zn (%) |
|------|----------------|--------|----------|----------|--------|--------|
| NWZ | Proven | 2,587,684 | 359 | 0.43 | 3.09 | 5.88 |
| | Probable | 492,892 | 333 | 0.34 | 2.86 | 5.88 |
| CZ | Proven | 3,767,456 | 314 | 0.31 | 2.55 | 5.32 |
| | Probable | 1,772,921 | 299 | 0.44 | 2.32 | 5.82 |
| SEZ | Proven | 5,751 | 148 | 0.16 | 3.69 | 7.23 |
| | Probable | 569,380 | 148 | 0.16 | 3.69 | 7.23 |
| SEZ2 | Probable | 421,547 | 118 | 0.17 | 3.11 | 4.16 |
| **Total** | **Proven** | **6,360,890** | **332** | **0.36** | **2.77** | **5.55** |
| **Total** | **Probable** | **3,256,740** | **254** | **0.34** | **2.74** | **5.86** |
| **Total** | **Proven + Probable** | **9,617,631** | **306** | **0.35** | **2.76** | **5.65** |

**1.7 Metallurgical Testing**

The Cerro Los Gatos deposit is a lead-zinc-silver deposit with relatively complex mineralogy. Upon review of the metallurgical testing data, Los Gatos mineralization responded well to conventional sequential lead-silver-zinc flotation processing.

Zinc rougher flotation tailing and zinc 1st cleaner scavenger tailing is combined to become the final tailing. Tailing thickener underflow (100%) is pumped to a cyanide destruction facility. Currently all tailings are disposed of in the tailings storage facility. Once the backfill plant is in operation, and after detox, forty percent (40%) of final tailings will be pumped to backfill plant and the remaining (60%) will be pumped to the tailings storage facility. Operational results have indicated that additional removal of fluorine will be required. Additional floatation cells have been added to the lead and zinc circuits, with a goal of reducing the fluorine in the final concentrates.

JK-drop weight and SMC test results show the samples are softer when compared to JKTech database while the SPI test results categorize the samples from moderately soft to moderately hard per SGS database. The Ai and BWI tests results describe the samples as from abrasive to very abrasive and from moderately hard to hard.

Very good lead and silver flotation results have been achieved from SGS Vancouver Metallurgical Lab. The final lead cleaner concentrates of the LCTs averaged 60.9% Pb at 5,404 g/t Ag at average recoveries of 89% lead and 68.7% silver. The zinc cleaner concentrates averaged 54.2% Zn at an average recovery of 66% due to the high willemite content.

## 16.4 Development and Production Schedules
### 16.4.1 Development Productivity Rates
Development crews drive multiple headings whenever possible, thus increasing utilization of crews and equipment. Double-heading estimates are prepared based on a 30% increase over the single-heading rate for the same drift size.

Vertical development, such as internal vent raises and manway raises, uses several techniques (including drop raises, raise bores, and raise climbers) to achieve the most cost-effective development. Vertical advance rates include ground support/lining and mobilization/demobilization of equipment and crews. As mining progresses, detailed information from the mine should be included into future planning.

### 16.4.2 Development Schedule
The LOM development schedule is presented in **Table 16-12**. It is recommended that the schedule continues to be updated with the most current Resource and an updated mine plan as the mine life progresses.

187

**Table 16-12: LOM Development Schedule**

| Waste Type | 2H 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lateral Waste Meters | 2,145 | 4,680 | 5,100 | 5,100 | 4,599 | 2,393 | 654 | 828 | 556 | 411 | 817 | 383 | 27,666 |
| Vertical Waste Meters | 728 | 467 | 350 | 103 | 580 | 468 | | | | | | | 2,697 |
| Total Waste Meters | 2,873 | 5,147 | 5,450 | 5,203 | 5,180 | 2,861 | 654 | 828 | 556 | 411 | 817 | 383 | 30,363 |

188

### 16.4.3 Production Planning Criteria
The Mineral Reserve estimate includes detail by mining method for each ore zone. These detailed estimates were used to determine production sequencing. The following general planning criteria were applied to determine priorities for initial production.
- Highest Grade
- Highest Productivity
- Lowest Mining Cost

Productivities were generated and added to the Deswik development and production schedule. Stope productivities are based on a typical total stope cycle, including cable bolting, drop raising, long hole drilling, production blasting, remote mucking, fill fencing, backfilling, and delay for curing. **Table 16-13** lists the productivity rate for each mining method.

**Table 16-13: Productivity Rates**

| Mining Method | Finished Size (m) | Productivity Rate (tonnes/day/stope) |
|---|---|---|
| Drift-and-Fill | 6× 5 | 363.3 |
| Longhole — Transverse | 12 W x 14 L x 20 H | 191.5 |
| Longhole — Longitudinal | 9 W x 12 L x 20 H | 127.5 |

The LOM schedule has been generated using a series of software suites. Stope shapes created with Vulcan and MSO were used as a starting point to design the underground workings. Additionally, Vulcan was used to assign attributes to the design strings and solids that were carried forward into the scheduling suite (Deswik).

### 16.4.4 Production Schedule
The LOM production schedule is presented in **Table 16-14**. As additional information is gathered from mining and exploration programs, the production schedule should be continuously updated throughout the mine life. The schedule starts in July 2020.

189

**Table 16-14: LOM Production Schedule**

| Item | 2H 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Ore Tonnes | 320,990 | 862,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 334,642 | 9,617,631 |
| Diluted NSR ($) | 201 | 218 | 244 | 227 | 231 | 195 | 180 | 158 | 170 | 182 | 159 | 151 | 195 |
| Diluted Ag (g/t) | 331 | 368 | 423 | 384 | 374 | 298 | 266 | 214 | 239 | 274 | 240 | 221 | 305 |
| Diluted Pb (%) | 2.23 | 2.70 | 2.97 | 2.69 | 2.86 | 2.85 | 3.02 | 2.97 | 2.77 | 2.79 | 2.41 | 2.12 | 2.76 |
| Diluted Zn (%) | 4.27 | 5.46 | 5.73 | 5.86 | 6.72 | 6.17 | 5.66 | 5.41 | 6.00 | 5.76 | 4.53 | 4.92 | 5.65 |
| Diluted Au (g/t) | 0.50 | 0.41 | 0.39 | 0.39 | 0.38 | 0.30 | 0.30 | 0.30 | 0.29 | 0.30 | 0.40 | 0.38 | 0.35 |

190

## 16.5 Mine Equipment
### 16.5.1 Underground Mobile Equipment
Mobile equipment required for lateral development includes drill jumbos, LHDs, haul trucks, and ground support equipment.

Operating mobile equipment requirements are estimated for the projected LOM production and development schedules.

The mobile equipment required has been determined by the following criteria.
- Where a fleet of equipment (e.g., jumbo drills, underground loaders, haul trucks) is required, additional units have been purchased to provide standby coverage associated with expected availability. Mechanical availability of 80% was assumed for all mobile equipment. For utility vehicles, where one unit or less is required, one unit has been purchased.
- Geometry of the ore body may sometimes increase equipment requirements. In this case, the Cerro Los Gatos deposit is more than 2,000 m along strike, which can place unreasonable demands on slower-moving equipment such as jumbo drills.

**Table 16-15** provides a list of the underground equipment with maximum units required on site for the LOM. The quantities exclude replacement equipment. The overall operating quantities fluctuate over the LOM to match the production and development schedule requirements at any given time.

**Table 16-15: Underground Mobile Equipment — Maximum Units on Site**

| Mobile Equipment | Max Units |
|---|---|
| Electric/Hydraulic (E/H) Jumbo Drill Rig | 6 |
| E/H Bolter Drill Rig | 5 |
| E/H Production Longhole Drill | 3 |
| Air Utility Longhole Drill | 1 |
| 5.7 m³ LHD | 6 |
| 3.1 m³ LHD | 2 |
| 40-tonne Capacity Haul Truck | 7 |
| Grader | 1 |
| Emulsion Charger | 3 |
| Boom Truck | 4 |
| Fuel and Lube Truck | 1 |
| Scissor Lift | 2 |
| Personnel Carrier | 2 |
| Shotcrete Sprayer | 2 |
| Transmixer | 3 |
| Telehandler | 3 |
| **Total** | **50** |

191