# EXHIBIT 2

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

**As filed with the Securities and Exchange Commission on October 21, 2020.**

**Registration No. 333-249224**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

**Amendment No. 5 to**

# FORM S-1
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# GATOS SILVER, INC.†
(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **1040** | **27-2654848** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**8400 E. Crescent Parkway, Suite 600**
**Greenwood Village, CO 80111**
**(303) 784-5350**
(Address, Including Zip Code, and Telephone Number, Including
Area Code, of Registrant's Principal Executive Offices)

**Stephen Orr**
**Chief Executive Officer and Director**
**Sunshine Silver Mining & Refining Corporation**
**8400 E. Crescent Parkway, Suite 600**
**Greenwood Village, CO 80111**
**(303) 784-5350**
(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent For Service)

**Copies to:**

| | |
|---|---|
| **Richard D. Truesdell, Jr.** | **Michael J. Zeidel** |
| **Derek Dostal** | **Ryan J. Dzierniejko** |
| **Davis Polk & Wardwell LLP** | **Skadden, Arps, Slate, Meagher & Flom LLP** |
| **450 Lexington Avenue** | **One Manhattan West** |
| **New York, NY 10017** | **New York, NY 10001** |
| **(212) 450-4000** | **(212) 735-3000** |

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after the effective date of this Registration Statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Table of Contents

resources and perform a scoping study to determine if these two deposit areas could generate economic production, representing further upside potential for the broader Los Gatos District.

We expect to perform additional definition drilling to expand the Southeast and Northwest zones of the Cerro Los Gatos Mine and to perform additional drilling to expand the Esther and Amapola deposits, which remain open to extensions at depth. In addition to the Cerro Los Gatos Mine, the Esther deposit and the Amapola deposit, we have identified 11 other mineralized zones defined by high-grade drill intersections in the Los Gatos District.

*Other Exploration Opportunities*

In addition to the Los Gatos District, we have 100% control of the Santa Valeria property, located in Chihuahua, Mexico, which is comprised of 1,543 hectares and could provide further opportunities for resource growth.

**Exposure to Rapidly Improving Silver Fundamentals**

The value of silver is driven by two main factors: first, silver has a number of distinctive physical and chemical properties that make it an essential and difficult-to-substitute component in several industrial applications; and second, in times of economic uncertainty, silver is viewed as an attractive hedge against inflation and a decrease in the value of the U.S. dollar.

Industrial demand for silver continues to increase, driven by electrical and electronics applications as well as emerging applications such as solar energy, medical applications and water purification, which we believe enhance the strong supply and demand fundamentals of silver. Moreover, investment demand for silver exposure has strengthened, driven in part by accommodative monetary policy, aggressive stimulus measures and an uncertain economic environment in connection with the COVID-19 pandemic. In 2019, the silver market posted a net deficit (including the impact of exchange-traded products) representing approximately 5% of demand.

Despite this strong investment and industrial demand, the universe of primary silver companies is small, which has created a scarcity of investor options for silver exposure. We believe we represent a highly attractive opportunity for investors to gain exposure to a primary silver company with a world-class asset.

**Experienced Management Team and Board of Directors**

We have an experienced and growing management team with a track record of successfully identifying and developing mineral discoveries.

Stephen Orr, Chief Executive Officer and Director, who joined the Company in 2011, has more than 40 years of experience in the mining industry, including international commercial experience at both executive and operational levels. Previously, Mr. Orr served as president, director and chief executive officer at Ventana Gold Corp., a Vancouver-based mineral exploration and development company, as director and chief executive officer at OceanaGold Corporation ("OceanaGold"), where under his leadership OceanaGold built and commissioned two new mines in New Zealand, as vice president of North American operations and then managing director of Australia and Africa operations at Barrick Gold Corporation and as president and chief executive officer at Homestake Canada Inc. Mr. Orr has notified the Board of Directors that he intends to retire as Chief Executive Officer within one to two years following the completion of this offering. Accordingly, the Board of Directors has initiated efforts to recruit an experienced executive as President, who will work closely with Mr. Orr and be considered to succeed Mr. Orr as Chief Executive Officer. We intend for Mr. Orr to continue to serve on our Board of Directors after his retirement as Chief Executive Officer.

15

Table of Contents

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This prospectus contains "forward-looking statements." Those statements include, but are not limited to, statements with respect to production from the Cerro Los Gatos Mine and further exploration of the Los Gatos District, including the repurchase of an 18.5% interest in the LGJV, a feasibility study to be completed at the Cerro Los Gatos Mine for a 3,000 tpd production rate expansion, estimated calculations of mineral reserves and resources at our properties, results of the economic analysis contained in the Los Gatos Technical Report, our business strategy, general administrative expenses, the completion of the Reorganization, the entry into the Management Service Agreement, payment of royalty payments, production and sale of concentrates, future strategic infrastructure development at the Cerro Los Gatos Mine, expected cost savings, projected attributable net revenue and unlevered free cash flow, estimates of tax liabilities, our prospects, plans and objectives, industry trends, our requirements for additional capital, expectations generally regarding the completion of the offering, the utilization of the net proceeds of the offering, treatment under applicable government regimes for permitting or attaining approvals, unanticipated reclamation expenses, government regulation, environmental risks, reclamation and rehabilitation expenses, title disputes or claims, synergies of potential future acquisitions, expected actions of third parties, limitations of insurance coverage, and our anticipated uses of the net proceeds from this offering. These statements may be under the captions "Prospectus Summary," "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations," "Silver Industry Overview," "Business" and in other sections of this prospectus. In some cases, you can identify these statements by forward-looking words such as "may," "might," "could," "would," "achieve," "budget," "scheduled," "forecasts," "should," "expects," "plans," "anticipates," "believes," "estimates," "predicts," "potential" or "continue," the negative of these terms and other comparable terminology. These forward-looking statements may include projections of our future financial performance, our anticipated growth strategies and anticipated trends in our industry.

All forward-looking statements speak only as of the date on which they are made. These statements are not guarantees of future performance and involve certain risks, uncertainties and assumptions concerning future events that are difficult to predict. Therefore, actual future events or results may differ materially from these statements. We believe that the factors that could cause our actual results to differ materially from those expressed or implied by forward-looking statements include the following:

- our limited operating history on which to base an evaluation of our business and prospects;

- our dependence on two principal projects for our future operations;

- mineral reserve and mineral resource calculations at the Cerro Los Gatos Mine and the Los Gatos District are only estimates;

- actual capital costs, operating costs, production and economic returns may differ significantly from those we have anticipated;

- the title to some of the mineral properties may be uncertain or defective;

- changes in the prices of silver, zinc or lead;

- claims and legal proceedings against us;

- we have debt and may incur further debt in the future;

- significant risk and hazards associated with mining operations;

- our failure to identify attractive acquisition candidates or joint ventures with strategic partners or inability to successfully integrate acquired mineral properties or successfully manage joint ventures;

54

Table of Contents

- extensive regulation by the Mexican government as well as local governments;

- the requirements that we obtain, maintain and renew environmental, construction and mining permits, which is often a costly and time-consuming process;

- our Mexican operations are subject to additional political, economic and other uncertainties not generally associated with domestic operations;

- exchange rate of the Mexican peso and the U.S. dollar;

- the impact of the COVID-19 pandemic, including impacts to the availability of our workforce, government orders that may require temporary suspension of operations, and the global economy;

- our relationship with SOP;

- our relationship with Electrum, MERS and their respective affiliates having substantial control over us; and

- our exposure to material costs, liabilities and obligations as a result of environmental laws and regulations (including changes thereto) and permits.

These factors should not be construed as exhaustive and should be read in conjunction with the other cautionary statements included in this prospectus. These risks and uncertainties, as well as other risks of which we are not aware or which we currently do not believe to be material, may cause our actual future results to be materially different than those expressed in our forward-looking statements. We caution you not to place undue reliance on these forward-looking statements. We do not undertake any obligation to make any revisions to these forward-looking statements to reflect events or circumstances after the date of this prospectus or to reflect the occurrence of unanticipated events, except as required by law. Certain forward-looking statements are based on assumptions, qualifications and procedures which are set out only in the Los Gatos Technical Report. For a complete description of assumptions, qualifications and procedures associated with such information, reference should be made to the full text of the Los Gatos Technical Report.

Table of Contents

**MANAGEMENT**

**Executive Officers and Directors**

The following table sets forth information regarding our executive officers and directors, as of June 30, 2020:

| Name | Age | Position |
|------|-----|----------|
| Stephen Orr | 65 | Chief Executive Officer and Director |
| Philip Pyle | 64 | Vice President of Exploration and Chief Geologist |
| John Kinyon[1] | 62 | Executive Vice President of Operations |
| Roger Johnson | 63 | Chief Financial Officer |
| Luis Felipe Huerta[2] | 50 | Project Director, Cerro Los Gatos Mine |
| Adam Dubas | 41 | Chief Administrative Officer |
| Thomas S. Kaplan[3] | 57 | Chairman of the Board of Directors |
| Janice Stairs[3] | 61 | Lead Director |
| Jeb Burns[3] | 55 | Director |
| Ali Erfan | 55 | Director |
| Igor Gonzales | 65 | Director |
| Karl Hanneman | 62 | Director |
| Charles Hansard[4] | 72 | Director Nominee |
| Igor Levental | 64 | Director |
| David Peat | 67 | Director |

(1)     Immediately prior to the completion of this offering, Mr. Kinyon's title will become Chief Operating Officer.

(2)     Immediately prior to the completion of this offering, Mr. Huerta's title will become Vice President, Mexico.

(3)     Dr. Kaplan and Mr. Burns intend to resign from the Board of Directors contingent upon and effective immediately prior to the effectiveness of the registration statement of which this prospectus forms a part. Upon Dr. Kaplan's resignation, Ms. Stairs will become the Chair of the Board of Directors.

(4)     We intend for Mr. Hansard to become a member of the Board of Directors contingent upon and effective immediately prior to the effectiveness of the registration statement of which this prospectus forms a part.

**Biographical Information**

*Stephen Orr, 65,* has served as our Chief Executive Officer since June 2011 and has served on our Board of Directors since May 2011, including as our Executive Chairman from May 2011 to January 2020. Mr. Orr has more than 40 years of experience in the mining industry, including international commercial experience at both executive and operational levels. Previously, Mr. Orr served as president, director and chief executive officer at Ventana Gold Corp., a Vancouver-based mineral exploration and development company, as director and chief executive officer at OceanaGold, where under his leadership OceanaGold built and commissioned two new mines in New Zealand, as vice president of North American operations and then managing director of Australia and Africa operations at Barrick Gold Corporation and as president and chief executive officer at Homestake Canada Inc. Mr. Orr is a resident of Dallas, Texas. We believe that Mr. Orr's extensive experience in the international mining industry at both executive and operational levels makes him a valuable member of our Board of Directors.

*Philip Pyle, 64,* has served as our Vice President of Exploration since June 2011 and has served as our Chief Geologist since January 2020. Mr. Pyle has more than 40 years of experience in the mining industry. Previously, Mr. Pyle served as vice president—exploration at Los Gatos Ltd., as exploration manager at Linear Gold Corp. (now Fortune Bay Corp.), as exploration manager at MIM Exploration Pty Ltd., as exploration manager at BHP Minerals International Exploration Inc. and as a geologist at AMAX Exploration Inc. Mr. Pyle holds a B.A. in Earth Science from Dartmouth College and a

126

EX-23.4 30 a2242423zex-23_4.htm EX-23.4

**Exhibit 23.4**

**CONSENT OF QUALIFIED PERSON**

**To**:    U.S. Securities and Exchange Commission
      Ontario Securities Commission, as Principal Regulator
      British Columbia Securities Commission
      Alberta Securities Commission
      Financial and Consumer Affairs Authority of Saskatchewan
      The Manitoba Securities Commission
      Nova Scotia Securities Commission
      Financial and Consumer Services Commission, New Brunswick
      Office of the Superintendent of Securities, Prince Edward Island
      Office of the Superintendent of Securities Service Newfoundland and Labrador

**Re**:    Registration Statement on Form S-1 of Sunshine Silver Mining & Refining Corporation (the "Company") and Preliminary Base PREP Prospectus of the Company

Tetra Tech, Inc. ("Tetra Tech"), in connection with the Company's Registration Statement on Form S-1 (and any amendments or supplements and/or exhibits thereto, the "Registration Statement") and the Company's preliminary base PREP prospectus dated October 1, 2020 (the "Preliminary Prospectus"), consents to:

- the public filing by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 — *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement and as referenced in the Preliminary Prospectus;

- the use of and references to our name, including our status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Preliminary Prospectus and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by us, that we supervised the preparation of and/or that was reviewed and approved by us, that is included or incorporated by reference in the Registration Statement.

Tetra Tech is responsible for authoring, and this consent pertains to, the Technical Report. Tetra Tech certifies that it has read the Registration Statement and the Preliminary Prospectus and that both fairly and accurately represent the information in the sections of the Technical Report for which it is responsible.

Dated: October 1, 2020

Tetra Tech, Inc.

By:    /s/ Guillermo Dante Ramírez-Rodríguez
      Name: Guillermo Dante Ramírez-Rodríguez
      Title: Principal Mining Engineer

EX-23.5 31 a2242423zex-23_5.htm EX-23.5

**Exhibit 23.5**

**CONSENT OF QUALIFIED PERSON**

**To**:    U.S. Securities and Exchange Commission
Ontario Securities Commission, as Principal Regulator
British Columbia Securities Commission
Alberta Securities Commission
Financial and Consumer Affairs Authority of Saskatchewan
The Manitoba Securities Commission
Nova Scotia Securities Commission
Financial and Consumer Services Commission, New Brunswick
Office of the Superintendent of Securities, Prince Edward Island
Office of the Superintendent of Securities Service Newfoundland and Labrador

**Re**:    Registration Statement on Form S-1 of Sunshine Silver Mining & Refining Corporation (the "Company") and Preliminary Base PREP Prospectus of the Company

I, Guillermo Dante Ramírez-Rodríguez of Tetra Tech, Inc., in connection with the Company's Registration Statement on Form S-1 (and any amendments or supplements and/or exhibits thereto, the "Registration Statement") and the Company's preliminary base PREP prospectus dated October 1, 2020 (the "Preliminary Prospectus"), consent to:

- the public filing by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 — *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement and as referenced in the Preliminary Prospectus;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Preliminary Prospectus and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, the Sections 16, 19, and 22 of the Technical Report as well as portions of Sections 1, 2, 15, 21, 25, 26, and 27 of the Technical Report. I certify that I have read the Registration Statement and the Preliminary Prospectus and that both fairly and accurately represent the information in the sections of the Technical Report for which I am responsible.

Dated: October 1, 2020

By:    /s/ Guillermo Dante Ramírez-Rodríguez
Name:    Guillermo Dante Ramírez-Rodríguez
Title:    Principal Mining Engineer

EX-23.6 32 a2242423zex-23_6.htm EX-23.6

**Exhibit 23.6**

**CONSENT OF QUALIFIED PERSON**

**To**:     U.S. Securities and Exchange Commission
Ontario Securities Commission, as Principal Regulator
British Columbia Securities Commission
Alberta Securities Commission
Financial and Consumer Affairs Authority of Saskatchewan
The Manitoba Securities Commission
Nova Scotia Securities Commission
Financial and Consumer Services Commission, New Brunswick
Office of the Superintendent of Securities, Prince Edward Island
Office of the Superintendent of Securities Service Newfoundland and Labrador

**Re**:     Registration Statement on Form S-1 of Sunshine Silver Mining & Refining Corporation (the "Company") and Preliminary Base PREP Prospectus of the Company

I, Leonel López of Tetra Tech, Inc., in connection with the Company's Registration Statement on Form S-1 (and any amendments or supplements and/or exhibits thereto, the "Registration Statement") and the Company's preliminary base PREP prospectus dated October 1, 2020 (the "Preliminary Prospectus"), consent to:

- the public filing by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 — *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement and as referenced in the Preliminary Prospectus;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Preliminary Prospectus and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, the Sections 20 and 23 of the Technical Report as well as portions of Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 25, 26, and 27 of the Technical Report. I certify that I have read the Registration Statement and the Preliminary Prospectus and that both fairly and accurately represent the information in the sections of the Technical Report for which I am responsible.

Dated: October 1, 2020

By:     /s/ Leonel López
Name:     Leonel López
Title:     Associate Principal Geologist

EX-23.7 33 a2242423zex-23_7.htm EX-23.7

**Exhibit 23.7**

**CONSENT OF QUALIFIED PERSON**

**To**:    U.S. Securities and Exchange Commission
Ontario Securities Commission, as Principal Regulator
British Columbia Securities Commission
Alberta Securities Commission
Financial and Consumer Affairs Authority of Saskatchewan
The Manitoba Securities Commission
Nova Scotia Securities Commission
Financial and Consumer Services Commission, New Brunswick
Office of the Superintendent of Securities, Prince Edward Island
Office of the Superintendent of Securities Service Newfoundland and Labrador

**Re**:    Registration Statement on Form S-1 of Sunshine Silver Mining & Refining Corporation (the "Company") and Preliminary Base PREP Prospectus of the Company

I, Kira Lyn Johnson of Tetra Tech, Inc., in connection with the Company's Registration Statement on Form S-1 (and any amendments or supplements and/or exhibits thereto, the "Registration Statement") and the Company's preliminary base PREP prospectus dated October 1, 2020 (the "Preliminary Prospectus"), consent to:

- the public filing by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 — *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement and as referenced in the Preliminary Prospectus;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Preliminary Prospectus and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, the Section 14 of the Technical Report as well as portions of Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 25, 26 and 27 of the Technical Report. I certify that I have read the Registration Statement and the Preliminary Prospectus and that both fairly and accurately represent the information in the sections of the Technical Report for which I am responsible.

Dated: October 1, 2020

By:    /s/ Kira Lyn Johnson
Name:  Kira Lyn Johnson
Title:    Senior Geological Engineer

EX-23.8 34 a2242423zex-23_8.htm EX-23.8

**Exhibit 23.8**

**CONSENT OF QUALIFIED PERSON**

**To**:     U.S. Securities and Exchange Commission
Ontario Securities Commission, as Principal Regulator
British Columbia Securities Commission
Alberta Securities Commission
Financial and Consumer Affairs Authority of Saskatchewan
The Manitoba Securities Commission
Nova Scotia Securities Commission
Financial and Consumer Services Commission, New Brunswick
Office of the Superintendent of Securities, Prince Edward Island
Office of the Superintendent of Securities Service Newfoundland and Labrador

**Re**:       Registration Statement on Form S-1 of Sunshine Silver Mining & Refining Corporation (the "Company") and Preliminary Base PREP Prospectus of the Company

I, Keith Thompson of Tetra Tech, Inc., in connection with the Company's Registration Statement on Form S-1 (and any amendments or supplements and/or exhibits thereto, the "Registration Statement") and the Company's preliminary base PREP prospectus dated October 1, 2020 (the "Preliminary Prospectus"), consent to:

- the public filing by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 — *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement and as referenced in the Preliminary Prospectus;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Preliminary Prospectus and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, portions of Sections 1, 24, 25, 26 and 27 of the Technical Report. I certify that I have read the Registration Statement and the Preliminary Prospectus and that both fairly and accurately represent the information in the sections of the Technical Report for which I am responsible.

Dated: October 1, 2020

By:   /s/ Keith Thompson
Name:   Keith Thompson
Title:    Professional Geologist

EX-23.9 35 a2242423zex-23_9.htm EX-23.9

**Exhibit 23.9**

**CONSENT OF QUALIFIED PERSON**

**To**:    U.S. Securities and Exchange Commission
Ontario Securities Commission, as Principal Regulator
British Columbia Securities Commission
Alberta Securities Commission
Financial and Consumer Affairs Authority of Saskatchewan
The Manitoba Securities Commission
Nova Scotia Securities Commission
Financial and Consumer Services Commission, New Brunswick
Office of the Superintendent of Securities, Prince Edward Island
Office of the Superintendent of Securities Service Newfoundland and Labrador

**Re**:    Registration Statement on Form S-1 of Sunshine Silver Mining & Refining Corporation (the "Company") and Preliminary Base PREP Prospectus of the Company

I, Kenneth E. Smith of Tetra Tech, Inc., in connection with the Company's Registration Statement on Form S-1 (and any amendments or supplements and/or exhibits thereto, the "Registration Statement") and the Company's preliminary base PREP prospectus dated October 1, 2020 (the "Preliminary Prospectus"), consent to:

- the public filing by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 — *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement and as referenced in the Preliminary Prospectus;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Preliminary Prospectus the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, the Sections 13, 17 and 18 of the Technical Report as well as portions of Sections 1, 11, 21, 25, 26 and 27 of the Technical Report. I certify that I have read the Registration Statement and the Preliminary Prospectus and that both fairly and accurately represent the information in the sections of the Technical Report for which I am responsible.

Dated: October 1, 2020

By:    /s/ Kenneth E. Smith
Name:   Kenneth E. Smith
Title:    Mineral Processing Engineer and Consultant

EX-23.10 36 a2242423zex-23_10.htm EX-23.10

**Exhibit 23.10**

**CONSENT OF QUALIFIED PERSON**

**To**:    U.S. Securities and Exchange Commission
Ontario Securities Commission, as Principal Regulator
British Columbia Securities Commission
Alberta Securities Commission
Financial and Consumer Affairs Authority of Saskatchewan
The Manitoba Securities Commission
Nova Scotia Securities Commission
Financial and Consumer Services Commission, New Brunswick
Office of the Superintendent of Securities, Prince Edward Island
Office of the Superintendent of Securities Service Newfoundland and Labrador

**Re**:    Registration Statement on Form S-1 of Sunshine Silver Mining & Refining Corporation (the "Company") and Preliminary Base PREP Prospectus of the Company

I, Luis Quirindongo of Global Resource Engineering, in connection with the Company's Registration Statement on Form S-1 (and any amendments or supplements and/or exhibits thereto, the "Registration Statement") and the Company's preliminary base PREP prospectus dated October 1, 2020 (the "Preliminary Prospectus"), consent to:

- the public filing by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 — *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement and as referenced in the Preliminary Prospectus;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Preliminary Prospectus and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, portions of Sections 1, 24, 25, 26 and 27 of the Technical Report. I certify that I have read the Registration Statement and the Preliminary Prospectus and that both fairly and accurately represent the information in the sections of the Technical Report for which I am responsible.

Dated: October 1, 2020

By:   /s/ Luis Quirindongo
      Name:   Luis Quirindongo
      Title:    Geological Engineer

EX-23.11 37 a2242423zex-23_11.htm EX-23.11

**Exhibit 23.11**

**CONSENT OF QUALIFIED PERSON**

**To**:     U.S. Securities and Exchange Commission
           Ontario Securities Commission, as Principal Regulator
           British Columbia Securities Commission
           Alberta Securities Commission
           Financial and Consumer Affairs Authority of Saskatchewan
           The Manitoba Securities Commission
           Nova Scotia Securities Commission
           Financial and Consumer Services Commission, New Brunswick
           Office of the Superintendent of Securities, Prince Edward Island
           Office of the Superintendent of Securities Service Newfoundland and Labrador

**Re**:      Registration Statement on Form S-1 of Sunshine Silver Mining & Refining Corporation (the "Company") and Preliminary Base PREP Prospectus of the Company

I, Max Johnson of Tetra Tech, Inc., in connection with the Company's Registration Statement on Form S-1 (and any amendments or supplements and/or exhibits thereto, the "Registration Statement") and the Company's preliminary base PREP prospectus dated October 1, 2020 ( the "Preliminary Prospectus"), consent to:

- the public filing by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 — *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement and as referenced in the Preliminary Prospectus;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Preliminary Prospectus and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, portions of Sections 1, 24 and 26 of the Technical Report. I certify that I have read the Registration Statement and the Preliminary Prospectus and that both fairly and accurately represent the information in the sections of the Technical Report for which I am responsible.

Dated: October 1, 2020

By:   /s/ Max Johnson
         Name:  Max Johnson
         Title:    Senior Civil Engineer