# EXHIBIT 3

TABLE OF CONTENTS

**As filed with the Securities and Exchange Commission on July 12, 2021.**

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM S-1

**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# GATOS SILVER, INC.
(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **1040** | **27 2654848** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**8400 E. Crescent Parkway, Suite 600**
**Greenwood Village, CO 80111**
**(303) 784 5350**
(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)

**Stephen Orr**
**Chief Executive Officer and Director**
**Gatos Silver, Inc.**
**8400 E. Crescent Parkway, Suite 600**
**Greenwood Village, CO 80111**
**(303) 784 5350**
(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent For Service)

*Copies to:*

| | |
|---|---|
| **Richard D. Truesdell, Jr.** | **Ryan J. Dzierniejko** |
| **Derek Dostal** | **Michael J. Zeidel** |
| **Davis Polk & Wardwell LLP** | **Skadden, Arps, Slate, Meagher & Flom LLP** |
| **450 Lexington Avenue** | **One Manhattan West** |
| **New York, NY 10017** | **New York, NY 10001** |
| **(212) 450 4000** | **(212) 735 3000** |

**Approximate date of commencement of proposed sale to the public: As soon as practicable after the effective date of this Registration Statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☒

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to Be Registered | Proposed Maximum Aggregate Offering Price[1][2] | Amount of Registration Fee |
|---|---|---|
| Common Stock, par value $0.001 per share | $ 185,906,240 | $ 20,282.37 |

[1] Includes shares of common stock which the underwriters have the right to purchase pursuant to their option to purchase additional shares of common stock.

[2] Estimated solely for the purpose of computing the amount of the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

TABLE OF CONTENTS

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This prospectus and the documents incorporated by reference contain statements that constitute "forward-looking information" and "forward-looking statements" within the meaning of U.S. and Canadian securities laws, including the Private Securities Litigation Reform Act of 1995. Forward-looking statements are often identified by words such as "may," "might," "could," "would," "achieve," "budget," "scheduled," "forecasts," "should," "expects," "plans," "anticipates," "believes," "estimates," "predicts," "potential" or "continue," the negative of these terms and other comparable terminology. These forward-looking statements may include, but are not limited to, those relating to projections of our future financial performance, our anticipated growth strategies and anticipated trends in our industry, production from the CLG and further exploration of the Los Gatos District, estimated calculations of mineral reserves and resources at our properties, anticipated expenses, tax benefits, future strategic infrastructure development at the CLG and our requirements for additional capital.

All forward-looking statements speak only as of the date on which they are made. These statements are not a guarantee of future performance and involve certain risks, uncertainties and assumptions concerning future events that are difficult to predict. Therefore, actual future events or results may differ materially from these statements. Important factors that could cause our actual results to differ materially from those expressed or implied by forward-looking statements include, but are not limited to, the following:

- we have a history of negative operating cash flows and net losses and we may never achieve or sustain profitability;

- we are dependent on two principal projects for our future operations;

- the LGJV has debt and may incur further debt in the future, which could adversely affect the LGJV's and our financial health and ability to obtain financing in the future and pursue certain business opportunities;

- mineral reserve and mineral resource calculations at the CLG and the Los Gatos District are only estimates and actual production results may vary significantly from the estimates;

- our mineral exploration efforts are highly speculative in nature and may be unsuccessful;

- actual capital costs, operating costs, production and economic returns may differ significantly from those we have anticipated and there are no assurances that any future development activities will result in profitable mining operations;

- our operations involve significant risks and hazards inherent to the mining industry;

- the title to some of the mineral properties may be uncertain or defective;

- the widespread outbreak of the COVID-19 pandemic and any other health epidemics, communicable diseases or public health crises could also adversely affect us, particularly in regions where we conduct our business operations;

- the prices of silver, zinc and lead are subject to change and a substantial or extended decline in the prices of silver, zinc or lead could materially and adversely affect our revenues and the value of our mineral properties;

- the Mexican government, as well as local governments, extensively regulate mining operations, which impose significant actual and potential costs on us, and future regulation could increase those costs, delay receipt of regulatory refunds or limit our ability to produce silver and other metals;

- our operations are subject to additional political, economic and other uncertainties not generally associated with U.S. operations; and

- we are required to obtain, maintain and renew environmental, construction and mining permits, which is often a costly and time-consuming process and may ultimately not be possible.

These factors should not be construed as exhaustive and should be read in conjunction with the other cautionary statements included in this prospectus and the documents incorporated by reference. These risks and uncertainties, as well as other risks of which we are not aware or which we currently do not believe to be

Case No. 1:22-cv-00453-PAB-KAS    Document 64-3    filed 10/14/22    USDC Colorado
pg 4 of 12

TABLE OF CONTENTS

material, may cause our actual future results to be materially different than those expressed in our forward-looking statements. Undue reliance should not be placed on these forward-looking statements. We do not undertake any obligation to make any revisions to these forward-looking statements to reflect events or circumstances after the dates on which they were made or to reflect the occurrence of unanticipated events, except as required by law. Certain forward-looking statements are based on assumptions, qualifications and procedures which are set out only in the Los Gatos Technical Report. For a complete description of assumptions, qualifications and procedures associated with such information, reference should be made to the full text of the Los Gatos Technical Report.

**Exhibit 23.4**

**CONSENT OF QUALIFIED PERSON**

Tetra Tech, Inc. ("Tetra Tech"), in connection with the Registration Statement on Form S-1 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consents to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement;
- the use of and references to our name, including our status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and
- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by us, that we supervised the preparation of and/or that was reviewed and approved by us, that is included or incorporated by reference in the Registration Statement.

Tetra Tech is responsible for authoring, and this consent pertains to, the Technical Report.

Dated: July 12, 2021

Tetra Tech, Inc.

By:     /s/ Guillermo Dante Ramírez-Rodríguez

      Name:     Guillermo Dante Ramírez-Rodríguez

      Title:     Principal Mining Engineer

3

**Exhibit 23.5**

**CONSENT OF QUALIFIED PERSON**

I, Guillermo Dante Ramírez-Rodríguez of Tetra Tech, Inc., in connection with the Registration Statement on Form S-1 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consent to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement;
- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and
- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, the Sections 16, 19, and 22 of the Technical Report as well as portions of Sections 1, 2, 15, 21, 25, 26, and 27 of the Technical Report.

Dated: July 12, 2021

By:    /s/ Guillermo Dante Ramírez-Rodríguez

      Name:    Guillermo Dante Ramírez-Rodríguez
      Title:    Principal Mining Engineer

**Exhibit 23.6**

**CONSENT OF QUALIFIED PERSON**

I, Leonel López of Tetra Tech, Inc., in connection with the Registration Statement on Form S-1 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consent to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement;
- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and
- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, the Sections 20 and 23 of the Technical Report as well as portions of Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 25, 26, and 27 of the Technical Report.

Dated: July 12, 2021

By:   /s/ Leonel López
        Name:   Leonel López
        Title:    Associate Principal Geologist

**Exhibit 23.7**

**CONSENT OF QUALIFIED PERSON**

I, Kira Lyn Johnson of Tetra Tech, Inc., in connection with the Registration Statement on Form S-1 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consent to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, the Section 14 of the Technical Report as well as portions of Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 25, 26 and 27 of the Technical Report.

Dated: July 12, 2021

By:   /s/ Kira Lyn Johnson

Name: Kira Lyn Johnson

Title:   Senior Geological Engineer

**Exhibit 23.8**

**CONSENT OF QUALIFIED PERSON**

I, Keith Thompson of Tetra Tech, Inc., in connection with the Registration Statement on Form S-1 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consent to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, portions of Sections 1, 24, 25, 26 and 27 of the Technical Report.

Dated: July 12, 2021

By:   /s/ Keith Thompson

     Name: Keith Thompson
     Title:  Professional Geologist

**Exhibit 23.9**

**CONSENT OF QUALIFIED PERSON**

I, Kenneth E. Smith of Tetra Tech, Inc., in connection with the Registration Statement on Form S-1 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consent to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement;
- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and
- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, the Sections 13, 17 and 18 of the Technical Report as well as portions of Sections 1, 11, 21, 25, 26 and 27 of the Technical Report.

Dated: July 12, 2021

By:   /s/ Kenneth E. Smith

Name: Kenneth E. Smith

Title:  Mineral Processing Engineer and Consultant

**Exhibit 23.10**

**CONSENT OF QUALIFIED PERSON**

I, Luis Quirindongo of Global Resource Engineering, in connection with the Registration Statement on Form S-1 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consent to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement;

- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and

- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, portions of Sections 1, 24, 25, 26 and 27 of the Technical Report.

Dated: July 12, 2021

By:    /s/ Luis Quirindongo

Name: Luis Quirindongo
Title:   Geological Engineer

**Exhibit 23.11**

**CONSENT OF QUALIFIED PERSON**

I, Max Johnson of Tetra Tech, Inc., in connection with the Registration Statement on Form S-1 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consent to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – *Standards of Disclosure for Mineral Project*, as an exhibit to and referenced in the Registration Statement;
- the use of and references to my name, including my status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and
- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by me, that I supervised the preparation of and/or that was reviewed and approved by me, that is included or incorporated by reference in the Registration Statement.

I am responsible for authoring, and this consent pertains to, portions of Sections 1, 24 and 26 of the Technical Report.

Dated: July 12, 2021

By:    /s/ Max Johnson

Name: Max Johnson
Title:   Senior Civil Engineer