# EXHIBIT 5

**As filed with the Securities and Exchange Commission on November 15, 2021.**

Registration No. 333-

**UNITED STATES**
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**
# FORM S-3
**REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933**
# GATOS SILVER, INC.
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware** | **27-2654848** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification Number) |

**8400 E. Crescent Parkway, Suite 600**
**Greenwood Village, CO 80111**
**(303) 784-5350**
(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)

**Stephen A. Orr**
**Chief Executive Officer and Director**
**Gatos Silver, Inc.**
**8400 E. Crescent Parkway, Suite 600**
**Greenwood Village, CO 80111**
**(303) 784 5350**
(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent For Service)

*Copy to:*
**Richard D. Truesdell, Jr.**
**Davis Polk & Wardwell LLP**
**450 Lexington Avenue**
**New York, NY 10017**
**(212) 450-4000**

**Approximate date of commencement of proposed sale to the public**: From time to time after this Registration Statement becomes effective.

If the only securities being registered on this Form are being offered pursuant to dividend or interest reinvestment plans, please check the following box. ☐

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, other than securities offered only in connection with dividend or interest reinvestment plans, check the following box. ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a registration statement pursuant to General Instruction I.D. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box. ☐

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.D. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☒ |
| | Emerging growth company ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☒

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to Be Registered[1] | Amount to Be Registered[2] | Proposed Maximum Offering Price Per Unit[2] | Proposed Maximum Aggregate Offering Price[2] | Amount of Registration Fee[3] |
|---|---|---|---|---|
| Common stock, par value $0.001 per share | | | | |
| Preferred stock, par value $0.001 per share | | | | |
| Debt securities | | | | |
| Warrants | | | | |
| Subscription rights | | | | |
| Units | | | | |
| Total | $500,000,000 | | $500,000,000 | $46,350 |

(1) Any securities registered hereunder may be sold separately or in combination with other securities registered hereunder.

(2) Omitted pursuant to General Instruction II.D. to Form S-3. An unspecified number of securities of each identified class is being registered as may from time to time be issued at unspecified prices, including securities that may be issued upon exercise, conversion or exchange. Separate consideration may or may not be received for securities that are issuable on exercise, conversion or exchange of other securities. The aggregate maximum offering price of all securities offered pursuant to this registration statement will not exceed $500,000,000.

(3) Calculated pursuant to Rule 457(o) under the Securities Act, as amended.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act, or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

**Exhibit 23.4**

**Consent of Tetra Tech, Inc.**

Tetra Tech, Inc. ("Tetra Tech"), in connection with the Registration Statement on Form S-3 (and any amendments, supplements and/or exhibits thereto, the "Registration Statement") of Gatos Silver, Inc. (the "Company"), consents to:

- the public filing and/or incorporation by reference by the Company and use of the technical report titled "Los Gatos Project, Chihuahua, Mexico" (the "Technical Report"), with an effective date of July 1, 2020 and that was prepared in accordance with Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission and National Instrument 43-101 – Standards of Disclosure for Mineral Project, as an exhibit to and referenced in the Registration Statement;
- the use of and references to our name, including our status as an expert or "qualified person" (as defined in Subpart 1300 of Regulation S-K promulgated by the U.S. Securities and Exchange Commission), in connection with the Registration Statement and any such Technical Report; and
- any extracts from or a summary of the Technical Report in the Registration Statement and the use of any information derived, summarized, quoted or referenced from the Technical Report, or portions thereof, that was prepared by us, that we supervised the preparation of and/or that was reviewed and approved by us, that is included or incorporated by reference in the Registration Statement.

Tetra Tech is responsible for authoring, and this consent pertains to, the Technical Report.

Dated: November 15, 2021

Tetra Tech, Inc.

By:      /s/ Guillermo Dante Ramírez-Rodríguez

Name:    Guillermo Dante Ramírez-Rodríguez

Title:   Principal Mining Engineer

1