# EXHIBIT 6

TABLE OF CONTENTS

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No.          )**

Filed by the Registrant ☒                    Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material under to §240.14a-12

# Gatos Silver, Inc.

**(Name of Registrant as Specified in its Charter)**
**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant))**

Payment of Filing Fee (Check the appropriate box):

☒    No fee required.

☐    Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

   (1)   Title of each class of securities to which transaction applies:

   (2)   Aggregate number of securities to which transaction applies:

   (3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

   (4)   Proposed maximum aggregate value of transaction:

   (5)   Total fee paid:

☐    Fee paid previously with preliminary materials.

☐    Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

   (1)   Amount Previously Paid:

   (2)   Form, Schedule or Registration Statement No.:

   (3)   Filing Party:

   (4)   Date Filed:

TABLE OF CONTENTS

**EXECUTIVE AND DIRECTOR COMPENSATION**

Our named executive officers ("NEOs"), which consist of our principal executive officer and the two other most highly compensated executive officers who were serving as executive officers at December 31, 2020, are:

- Stephen Orr, our Chief Executive Officer;
- Philip Pyle, our Vice President of Exploration and Chief Geologist; and
- John Kinyon, our Chief Operating Officer.

**Summary Compensation Table**

The table below summarizes the total compensation earned by each NEO in fiscal years ending 2019 and 2020.

| Name and Principal Position | Year | Salary ($) | Option Awards ($)[1] | Non-Equity Incentive Plan Compensation ($)[2] | All Other Compensation ($)[3] | Total ($) |
|---|---|---|---|---|---|---|
| Stephen Orr | 2020 | 619,000 | 2,012,000 | 710,000 | - | 3,341,000 |
| Chief Executive Officer | 2019 | 521,000 | 931,000 | 425,000 | - | 1,877,000 |
| Philip Pyle | 2020 | 370,000 | 1,212,000 | 289,000 | 19,500 | 1,890,500 |
| Vice President of Exploration and Chief Geologist | 2019 | 350,000 | 580,000 | 197,000 | 19,000 | 1,146,000 |
| John Kinyon | 2020 | 370,000 | 1,212,000 | 295,000 | 14,600 | 1,891,600 |
| Chief Operating Officer | 2019 | 350,000 | 580,000 | 175,000 | 15,500 | 1,120,500 |

(1) Represents the grant date fair value of stock options granted to the NEOs in 2019 and 2020, determined in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 718. For additional information, see "- Stock Option Grants" below. Additionally, see Note 8 - Stockholders' Equity in our consolidated financial statements included in our Annual Report on Form 10-K for the year ended December 31, 2020 for a discussion of assumptions used for computing the fair value of awards granted.

(2) Represents performance-based cash bonuses under our Annual Incentive Plan in 2019 and 2020. For additional information, see "- Annual Incentive Plan" below.

(3) Represents our matching contribution to the NEO's 401(k) account.

**Executive Employment Agreements**

*Employment Agreement with Mr. Orr*

We entered into an employment agreement with Mr. Orr, dated as of May 3, 2011. He commenced employment as our Executive Chairman effective as of May 4, 2011 and has been our Chief Executive Officer since June 2011.

*Base Salary.* Effective January 1, 2020, Mr. Orr receives an annual base salary of $619,000, which will be subject to review on an annual basis and may be adjusted in accordance with the procedures set forth by our Compensation and Nominating Committee.

*Annual Bonus.* Mr. Orr is eligible to participate in a bonus plan pursuant to which his current target bonus is 100% of his base salary upon achievement by him and the Company of certain targets determined by our Compensation and Nominating Committee. The amount of bonus attainment may range 0% to 100% of base salary in any given year as determined by our Compensation and Nominating Committee, and the amount of annual bonus actually paid (if any) will depend on the actual performance of the Company and Mr. Orr as determined by our Compensation and Nominating Committee. See "- Annual Incentive Plan."

TABLE OF CONTENTS

*Stock Options.* Mr. Orr continues to be eligible to receive equity awards under our compensation programs. See "- Stock Option Grants."

*Benefits and Perquisites.* Mr. Orr is entitled to participate in the various employee benefits plans that are, from time to time, made generally available to our employees.

*Confidentiality and Non-Solicitation.* Mr. Orr has agreed to maintain the confidentiality of our information and not to use or allow or help another to use or access such information at any time during or after his employment with us. Mr. Orr has also agreed not to solicit any of our employees, consultants or service providers during his employment and for one year after termination of his employment.

*Termination and Change in Control.* Payments and benefits to which Mr. Orr will be entitled upon termination of his employment, whether or not in connection with a change in control, are discussed below under "- Potential Payments Upon Termination or Change in Control."

### Employment Agreement with Mr. Pyle

We entered into an employment agreement with Mr. Pyle, dated as of June 1, 2011, and he commenced employment as our Vice President of Exploration effective as of June 1, 2011.

*Base Salary.* Effective January 1, 2020, Mr. Pyle receives an annual base salary of $370,000, which will be subject to review on an annual basis and may be adjusted in accordance with the procedures set forth by our Compensation and Nominating Committee.

*Annual Bonus.* Mr. Pyle is eligible to participate in a bonus plan pursuant to which his current target bonus is 70% of his base salary upon achievement by him and the Company of certain targets determined by our Compensation and Nominating Committee. The amount of bonus attainment may range 0% to 100% of base salary in any given year as determined by our Compensation and Nominating Committee, and the amount of annual bonus actually paid (if any) will depend on the actual performance of the Company and Mr. Pyle as determined by our Compensation and Nominating Committee. See "- Annual Incentive Plan."

*Stock Options.* Mr. Pyle is eligible to receive equity awards under our compensation programs. See "- Stock Option Grants."

*Benefits and Perquisites.* Mr. Pyle is entitled to participate in the various employee benefits plans that are, from time to time, made generally available to our employees.

*Confidentiality and Non-Solicitation.* Mr. Pyle has agreed to maintain the confidentiality of our information and not to use or allow or help another to use or access such information at any time during or after his employment with us. Mr. Pyle has also agreed not to solicit any of our employees, consultants or service providers during his employment and for one year after termination of his employment.

*Termination and Change in Control.* Payments and benefits to which Mr. Pyle will be entitled upon termination of his employment, whether or not in connection with a change in control, are discussed below under "- Potential Payments Upon Termination or Change in Control."

### Employment Agreement with Mr. Kinyon

We entered into an employment agreement with Mr. Kinyon, dated as of April 1, 2016, pursuant to which he commenced employment in his role as our Executive Vice President of Operations as of April 1, 2016. Immediately prior to the completion of our IPO in October 2020, Mr. Kinyon's title was changed to Chief Operating Officer.

*Base Salary.* Effective January 1, 2020, Mr. Kinyon receives an annual base salary of $370,000, which will be subject to review on an annual basis and may be adjusted in accordance with the procedures set forth by our Compensation and Nominating Committee.

*Annual Bonus.* Mr. Kinyon is eligible to participate in a bonus plan pursuant to which his current target bonus is 70% of his base salary upon achievement by him and the Company of certain targets

TABLE OF CONTENTS

**Long Term Incentive Plan**

We have adopted the Amended and Restated Long Term Incentive Plan ("LTIP"), which allows us to grant an array of equity-based awards to our NEOs, other employees, consultants and non-employee directors. The purpose of the LTIP is to recognize the contributions made by our employees, consultants and directors, and to provide these individuals with an additional incentive to use maximum efforts for the future success of the Company. All stock options granted to Messrs. Orr, Pyle and Kinyon, as disclosed above, were granted under the LTIP.

**Annual Incentive Plan**

We have adopted the Annual Incentive Plan ("AIP"), under which our NEOs and other employees are eligible to receive annual cash bonuses. The purpose of the plan is to incentivize our executives and other employees to attain annual performance objectives, thereby furthering our best interests and those of our shareholders.

With respect to the fiscal year ended December 31, 2020, each of our NEOs was eligible for an annual cash bonus under the AIP. Our Compensation and Nominating Committee approved seven performance milestones related to safety, cost management, project completion and governmental and community relations, which were used to determine bonus payouts to the NEOs. The level of achievement of the performance milestones, as well as an individual performance adjustment factor, were used by our Compensation and Nominating Committee to determine the actual bonus payouts as a percentage of the target bonus.

**2020 Outstanding Equity Awards at Fiscal Year-End**

The table below provides information on the equity awards (which are comprised of only stock options) held by the NEOs as of December 31, 2020. The number of shares and exercise price of our common stock underlying these options granted to our NEOs are adjusted for the Reverse Stock Split.

| | Option Awards | | | |
|---|---|---|---|---|
| Name and Principal Position | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date |
| Stephen Orr | 300,000 | - | 27.66 | 10/30/2022 |
| | 300,000 | - | 27.66 | 2/16/2023 |
| | 145,000 | - | 7.00 | 2/8/2025 |
| | 114,437 | - | 7.00 | 12/23/2025 |
| | 125,000 | - | 9.00 | 12/15/2026 |
| | 94,500 | 31,500[1] | 9.00 | 12/5/2027 |
| | 63,000 | 63,000[2] | 12.00 | 12/13/2028 |
| | - | 126,000[3] | 12.00 | 1/20/2030 |
| | - | 290,000[4] | 7.00 | 10/27/2030 |
| Philip Pyle | 51,000 | - | 27.66 | 10/30/2022 |
| | 51,000 | - | 27.66 | 2/16/2023 |
| | 55,000 | - | 7.00 | 2/8/2025 |
| | 58,334 | - | 7.00 | 12/23/2025 |
| | 77,500 | - | 9.00 | 12/15/2026 |
| | 58,875 | 19,625[1] | 9.00 | 12/5/2027 |
| | 39,250 | 39,250[2] | 12.00 | 12/13/2028 |
| | - | 78,500[3] | 12.00 | 1/20/2030 |
| | - | 170,000[4] | 7.00 | 10/27/2030 |

19

TABLE OF CONTENTS

| | Option Awards | | | |
| Name and Principal Position | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date |
|---|---|---|---|---|
| John Kinyon | 22,500 | - | 27.66 | 10/30/2022 |
| | 22,500 | - | 27.66 | 2/16/2023 |
| | 40,000 | - | 7.00 | 2/8/2025 |
| | 31,569 | - | 7.00 | 12/23/2025 |
| | 17,500 | - | 7.00 | 3/18/2026 |
| | 45,250 | - | 9.00 | 12/15/2026 |
| | 58,875 | 19,625[1] | 9.00 | 12/5/2027 |
| | 39,250 | 39,250[2] | 12.00 | 12/13/2028 |
| | - | 78,500[3] | 12.00 | 1/20/2030 |
| | - | 170,000[4] | 7.00 | 10/27/2030 |

(1)  The options listed here were granted on December 6, 2017, and vest ratably on each of the first four anniversaries following the grant date.

(2)  The options listed here were granted on May 3, 2019, and vest ratably on each of the first four anniversaries following December 14, 2018.

(3)  The options listed here were granted on January 20, 2020, and vest ratably on each of the first three anniversaries following the grant date.

(4)  The options listed here were granted on October 27, 2020, and vest ratably on each of the first three anniversaries following the grant date.

**Potential Payments Upon Termination or Change in Control**

Below we describe the payments and benefits to which each NEO will be entitled to under his employment agreement if his employment is terminated (i) by us without "cause" or by him for "good reason"  (without a "change in control"), (ii) by us without cause or by him for good reason within one year of a change in control or (iii) due to death or "disability"  (such terms as defined in the applicable employment agreement).

*Mr. Orr*

*Termination without Cause or for Good Reason.* If we terminate Mr. Orr's employment without cause or Mr. Orr voluntarily terminates his employment for good reason, he will be entitled to: (i) 12 months of base salary, payable in lump sum, and (ii) if he timely elects continuation coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"), payment by us on his behalf of the portion of the monthly premiums for his group health insurance (including coverage of his dependents) that we paid immediately prior to his termination for the 12 months following his termination. Any unvested stock options will cease vesting and be forfeited, and any vested stock options will remain exercisable until the earlier of (i) 180 days following termination and (ii) the expiration of the original option term.

*Termination without Cause or for Good Reason in Connection with a Change in Control.* If there is a change in control and (a) within one year following the change in control Mr. Orr's employment is terminated without cause or Mr. Orr voluntarily terminates his employment for good reason or (b) within three months preceding the change in control we terminate Mr. Orr's employment without cause and such termination occurred in anticipation of such change in control, he will be entitled to: (i) 24 months of base salary, payable in lump sum, and (ii) if he timely elects continuation coverage under COBRA, payment by us on his behalf of the portion of the monthly premiums for his group health insurance (including coverage of his dependents) that we paid immediately prior to his termination, for the 18 months following his termination. Any

20

TABLE OF CONTENTS

- $1,500 for each Board and committee meeting attended (whether in person or by telephone), provided that non-employee directors who had to travel intercontinentally from outside of North America to attend a Board or committee meeting in person were entitled to receive an additional $2,500.

All such compensation was to be paid (prorated for the period from January 1, 2020 through October 31, 2020) in the form of immediately vested deferred stock units ("DSUs") that settle upon the director's cessation of continuous service. On March 31, 2021, the Company granted DSU awards for Board annual retainers and fees for the period from January 1, 2020 through October 31, 2020, which immediately vested. In determining the number of DSUs to be awarded to each director for such period, our Compensation and Nominating Committee considered the timing of the grant and the subsequent increase in the share price of our common stock following our IPO. Accordingly, on March 31, 2021, our Compensation and Nominating Committee approved an aggregate grant of 41,842 DSUs, to the directors for service for the period from January 1, 2020 through October 31, 2020.

Pursuant to a recommendation from our Compensation and Nominating Committee, at the board meeting immediately following the Annual Meeting, our Compensation and Nominating Committee and our Board are anticipated to confirm and approve an annual equity grant for 2021 under the LTIP with a fair market value of $90,000, with the grant value to be split evenly between stock options and DSUs.

### Director Compensation Policy Following the IPO

Beginning November 1, 2020, each of our non-employee directors is entitled to receive the following compensation pursuant to our current director compensation policy, as applicable:

- an annual retainer of $55,000 for service on the Board of Directors;
- $1,500 for each committee meeting attended (whether in person or by telephone), provided that non-employee directors who travel intercontinentally from outside of North America to attend a Board or committee meeting in person are entitled to receive an additional $2,500;
- an annual retainer of $10,000 for service as the chair of our Audit Committee or as the chair of our Compensation and Nominating Committee;
- an annual retainer of $4,000 for service as the chair of any other standing committee of the Board; and
- an annual retainer of $55,000 for service as our non-executive Chairperson of the Board.

All such compensation will be paid in cash quarterly in arrears (prorated for the period from November 1, 2020 through December 31, 2020). Each non-employee director may also elect to receive DSUs in lieu of the cash retainer.

Beginning at this Annual Meeting and at each annual meeting of shareholders thereafter, our Compensation and Nominating Committee has recommended, subject to Board approval, that each non-employee director be granted an annual equity grant under the LTIP with a fair market value of $90,000. It is anticipated that the grant value would be split evenly between stock options and DSUs.

Directors are permitted to defer all or a portion of their compensation under the Deferred Compensation Plan, pursuant to which our directors will be able to defer their annual retainers and receive such deferred retainers in cash or in shares of our common stock. The director compensation policies described above do not apply to our employee directors, including Stephen Orr (whose compensation is set forth above under "- Summary Compensation Table").

23

TABLE OF CONTENTS

The table below sets forth information concerning compensation of our non-employee directors in 2020:

| Name | Fees Earned or Paid in Cash ($) | Stock Awards ($)[1] | Option Awards ($)[2] | Total ($) |
|---|---|---|---|---|
| Janice Stairs | 19,833[3] | - | 160,528 | 180,361 |
| Ali Erfan | 9,167 | - | 160,528 | 169,695 |
| Igor Gonzales | 11,333 | - | 142,694 | 154,027 |
| Karl Hanneman | 12,333 | - | 160,528 | 172,861 |
| Charles Hansard[4] | 10,667 | - | - | 10,667 |
| Igor Levental | 9,167[3] | - | 160,528 | 169,695 |
| David Peat | 14,500 | - | 200,802 | 215,302 |
| Thomas S. Kaplan[5] | - | - | 160,528 | 160,528 |
| Jeb Burns[6] | - | - | 160,528 | 160,528 |
| Wayne Kirk[7] | - | - | 200,802 | 200,802 |

(1) DSU awards for Board annual retainers and fees for the period from January 1, 2020 through October 31, 2020 were granted in March 2021 as described above under "- Director Compensation - Director Compensation Policy Prior to the IPO." Accordingly, the grant date value of such awards are not reflected in this table. The grant date value of these DSU awards to be included in the director compensation table for 2021 will be as follows: Ms. Stairs, $119,140; Mr. Erfan, $117,004; Mr. Gonzales, $101,022; Mr. Hanneman, $119,140; Mr. Hansard, nil; Mr. Levental, $117,004; and Mr. Peat, $121,227. The grant date value of the DSU awards granted to Messrs. Kaplan, Burns and Kirk was $65,805, $68,673 and $63,795, respectively.

(2) Represents the grant date fair value of stock options granted to our directors in 2020 determined in accordance with FASB ASC Topic 718. Non-employee directors who served as directors during 2020 had options (both vested and unvested) to purchase the following number of shares of our common stock outstanding as of December 31, 2020: Ms. Stairs, 23,250 (14,208 vested); Mr. Erfan, 23,250 (14,208 vested); Mr. Gonzales, 20,667 (11,625 vested); Mr. Hanneman, 38,750 (29,708 vested); Mr. Hansard, nil; Mr. Levental, 23,250 (14,208 vested); Mr. Peat, 115,172 (106,130 vested); Mr. Kaplan, 23,250 (14,208 vested); Mr. Burns, 38,750 (29,708 vested); and Mr. Kirk, 115,172 (106,130 vested).

See Note 8 - Stockholders' Equity in our consolidated financial statements included in our Annual Report on Form 10-K for the year ended December 31, 2020 for a discussion of assumptions used for computing the fair value of awards granted.

(3) Half of the amount reported in this column was paid in the form of DSUs in lieu of cash at the election of the director.

(4) Mr. Hansard was appointed to the Board of Directors in October 2020.

(5) Dr. Kaplan resigned from the Board of Directors in October 2020.

(6) Mr. Burns resigned from the Board of Directors in October 2020. The compensation was received by MERS for the service of its director designee, Mr. Burns.

(7) Mr. Kirk resigned from the Board of Directors in August 2020.

24

TABLE OF CONTENTS

### SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table shows information regarding the beneficial ownership of our common stock as of April 1, 2021 by:

- each person or group who is known by us to own beneficially more than 5% of our common stock;

- each member of our Board and director nominee;

- each of our named executive officers (as defined by Item 402(a)(3) of Regulation S-K); and

- all members of our Board and our executive officers as a group.

Beneficial ownership of shares is determined under the rules of the SEC and generally includes any shares over which a person exercises sole or shared voting or investment power. Shares of common stock of which a person has the right to acquire beneficial ownership at any time within 60 days of April 1, 2021 are deemed outstanding and beneficially owned by the person for the purpose of computing the number of shares and percentage beneficially owned by such person, but are not deemed outstanding for purposes of computing the percentage beneficially owned by any other person. To our knowledge, except as indicated in the footnotes to this table and pursuant to applicable community property laws, the persons named in the table have sole voting and investment power with respect to all shares of common stock shown as beneficially owned by them.

The percentage of common stock beneficially owned in the table is based on 59,409,052 shares of common stock outstanding as of April 1, 2021.

Unless otherwise indicated, the address for each holder listed below is c/o Gatos Silver, Inc., 8400 E. Crescent Parkway, Suite 600, Greenwood Village, CO 80111.

| Name | Shares of Common Stock Beneficially Owned | Percentage of Common Stock Beneficially Owned |
|---|---|---|
| **Greater than 5% Stockholders** | | |
| Electrum[1]: | | |
| Electrum Silver US LLC | 19,993,086 | 33.7% |
| Electrum Silver US II LLC | 4,591,627 | 7.7% |
| Total | 24,584,713 | 41.4% |
| Municipal Employees' Retirement System of Michigan[2] | 6,234,822 | 10.5% |
| FMR LLC[3] | 8,877,461 | 14.9% |
| **Directors and Named Executive Officers** | | |
| Janice Stairs[7][9] | 45,561 | * |
| Ali Erfan[4][7][9] | 116,860 | * |
| Igor Gonzales[7][9] | 28,216 | * |
| Karl Hanneman[7][9] | 61,895 | * |
| Charles Hansard | - | * |
| Igor Levental[5][7][9] | 133,446 | * |
| Stephen Orr[6][7] | 1,356,689 | 2.3% |
| David Peat[7][9] | 166,917 | * |
| Daniel Muñiz Quintanilla[8] | - | * |
| Philip Pyle[7] | 483,344 | * |
| John Kinyon[7] | 317,485 | * |
| All directors and executive officers as a group (14 persons) | 3,463,708 | 5.8% |

28

TABLE OF CONTENTS

\*  Represents beneficial ownership of less than 1%.

(1)  The securities reported are based on a Schedule 13G filed on February 4, 2021 by Electrum Silver US LLC ("ESUS"), Electrum Strategic Management LLC ("ESM"), Electrum Global Holdings L.P. ("Global Holdco"), TEG Global GP Ltd. ("TEG Global"), The Electrum Group LLC ("TEG"), Electrum Silver US II LLC ("ESUS II"), Electrum Strategic Opportunities Fund II L.P. ("ESOF II"), Electrum Strategic Opportunities Fund II GP L.P. ("ESOF II GP L.P.") and ESOF II GP Ltd. ("ESOF II GP") (for the purposes of this section, collectively, "Electrum"). Mr. Levental is President of TEG and Mr. Erfan is Vice Chairman of TEG.

ESUS directly owns 19,993,086 shares of our common stock. ESM is the manager of ESUS. ESM is wholly owned by Global Holdco, and TEG Global is the general partner of Global Holdco. TEG acts as an investment advisor to Global Holdco. As a result, ESM, Global Holdco, TEG Global and TEG may be deemed to beneficially own shares of our common stock held by ESUS.

ESUS II directly owns 4,591,627 shares of our common stock. ESOF II owns 99% of ESUS II, and ESM is the manager of ESUS II. ESM is wholly owned by Global Holdco, and TEG Global is the general partner of Global Holdco. The general partner of ESOF II is ESOF II GP L.P., and the general partner of ESOF II GP L.P. is ESOF II GP. ESOF II GP is wholly owned by Global Holdco. TEG acts as an investment advisor to ESOF II. As a result, ESOF II, ESM, Global Holdco, TEG Global, ESOF II GP L.P., TEG and ESOF II GP may be deemed to beneficially own shares of our common stock held by ESUS II.

The address of the Electrum entities is 535 Madison Avenue, 12th Floor, New York, New York 10022.

(2)  The securities reported are based on a Schedule 13G filed on February 16, 2021 by the Municipal Employees' Retirement System of Michigan and represents (i) 6,205,259 shares of our common stock held by MERS and (ii) 29,563 shares of our common stock issuable upon exercise of options that are vested or vest within 60 days of April 1, 2021. The address of MERS is 1134 Municipal Way, Lansing, Michigan 48917.

(3)  The securities reported are based on a Schedule 13G/A filed on February 8, 2021 by FMR LLC. FMR LLC has sole voting power with respect to 1,261,565 shares and sole investment power with respect to 8,877,461 shares. Abigail P. Johnson, a Director, the Chairman and the Chief Executive Officer of FMR LLC, has sole investment power with respect to 8,877,461 shares. Members of the Johnson family, including Abigail P. Johnson, are the predominant owners, directly or through trusts, of Series B voting common shares of FMR LLC, representing 49% of the voting power of FMR LLC. The Johnson family group and all other Series B shareholders have entered into a shareholders' voting agreement under which all Series B voting common shares will be voted in accordance with the majority vote of Series B voting common shares. Accordingly, through their ownership of voting common shares and the execution of the shareholders' voting agreement, members of the Johnson family may be deemed, under the Investment Company Act of 1940, to form a controlling group with respect to FMR LLC. Neither FMR LLC nor Abigail P. Johnson has the sole power to vote or direct the voting of the shares owned directly by the various investment companies registered under the Investment Company Act ("Fidelity Funds") advised by Fidelity Management & Research Company LLC ("FMR Co. LLC"), a wholly owned subsidiary of FMR LLC, which power resides with the Fidelity Funds' Boards of Trustees. FMR Co. LLC carries out the voting of the shares under written guidelines established by the Fidelity Funds' Boards of Trustees. The address of FMR LLC is 245 Summer Street, Boston, Massachusetts 02210.

(4)  Represents 82,262 shares of our common stock held by Ajami Associates Limited, which is owned and controlled by Mr. Erfan. The address of Ajami Associates Limited is c/o Sphere Management (Maritius) Limited, 6th Floor, Suite 619, Port Louis, Mauritius. Mr. Erfan disclaims beneficial ownership of shares of our common stock held by Electrum. See footnote (1).

(5)  Represents 88,663 shares of our common stock held by Levental Family Trust, for which Mr. Levental is a beneficiary. The address of Levental Family Trust is c/o Davis Graham and Stubbs, 1550 17th St., #500 Denver, Colorado 80202. Mr. Levental disclaims beneficial ownership of shares of our common stock held by Electrum. See footnote (1).

29

TABLE OF CONTENTS

(6)  Represents (i) 91,235 shares of our common stock held by Cast Management 401k Trust, in which Mr. Orr is a beneficiary and (ii) 66,548 shares of our common stock held by Mr. Orr's spouse. The address of Cast Management 401k Trust is 30 N Gould St, Suite R, Sheridan, Wyoming 82801. Mr. Orr disclaims beneficial ownership of the shares held by his spouse.

(7)  Holdings include the following shares which may be acquired upon the exercise of options outstanding under the LTIP and exercisable within 60 days of April 1, 2021: Janice Stairs - 20,667 shares; Ali Erfan - 20,667 shares; Igor Gonzales - 18,084 shares; Karl Hanneman - 36,167 shares; Igor Levental - 20,667 shares; Stephen Orr - 1,183,937 shares; David Peat - 112,589 shares; Philip Pyle - 417,126 shares; John Kinyon - 303,611 shares; and all current directors and executive officers as a group - 2,816,357 shares.

(8)  Mr. Muñiz was appointed to the Board of Directors effective April 1, 2021.

(9)  Holdings include the following shares which may be acquired upon departure from the Company by settlement of the DSUs outstanding under the LTIP within 60 days of April 1, 2021: Janice Stairs - 14,894 shares; Ali Erfan - 13,931 shares; Igor Gonzales - 10,132 shares; Karl Hanneman - 15,728 shares; Igor Levental - 15,416 shares; David Peat - 49,853 shares; and all current directors as a group - 119,954 shares.