# EXHIBIT 7

**<u>Methodology Applied to Insider Holdings Figures in Defendants' Motion to
Dismiss</u>**

- Vested and unvested options for Huerta and the Individual Defendants have been calculated in accordance with vesting schedules disclosed within cited public filings concerning each individual and using basic arithmetic.  For example, for stock options scheduled to vest in 18 monthly installments, the number of vested options were calculated by dividing total options granted by 18 and multiplying by the number of monthly vesting dates elapsed between the grant date and May 11, 2021.  All calculations reflect individual holdings as of the morning of May 11, 2021, before any trading activity took place on that day.  Calculations have been anchored to this date because it is the first date Plaintiffs allege Gatos stock was sold by senior management.  Vested options with an exercise price exceeding Gatos' stock price on May 11, 2021 have been counted as unvested. Plaintiffs, in their calculations, also excluded options with exercise price exceeding market prices from their vested holdings calculations.  ¶ 104 n.7.

- Gatos completed a 1-for-2 reverse stock split on October 30, 2020 in connection with its IPO and filed Form 4s for some directors and senior management members showing that the split doubled option exercise prices and halved outstanding option grants.  Where the Company did not complete a filing demonstrating the impact of the reverse stock split on a relevant individual's holdings on and after October 30, 2020, Defendants accounted for the reverse stock split by doubling option exercise prices and halving outstanding options for option grants made on or before October 30, 2020.  Where possible, Defendants validated these calculations by comparison to the Company's proxy statement. *See, e.g.*, Ex. 6, Gatos Proxy Statement 19–20.  Plaintiffs' allegations regarding Mr. Huerta's holdings suggest Plaintiffs followed this same methodology, as Mr. Huerta is among the individuals for whom no Form 4 was filed indicating Mr. Huerta's holdings following the reverse stock split and Plaintiffs' calculations for Mr. Huerta match Defendants'.

- All profit calculations have been derived by accounting for all stock option exercise prices and using the closing price of Gatos stock on May 11, 2021, $12.52.  *See Gatos Silver, Inc.*, Yahoo! Finance (May 11, 2021), https://finance.yahoo.com/quote/GATO/history?period1=1620691200&period2 =1620777600&interval=1d&filter=history&frequency=1d&includeAdjustedClose =true (select "May 11, 2021" in "Time Period" drop-down menu).

- Defendants' calculations do not account for Director Share Units ("DSUs") held by the independent directors, because such DSUs were not transferrable by any independent director as of May 11, 2021.  Gatos DSUs entitle their holder to an equivalent number of Gatos common shares upon the holder's departure from Gatos.  *See, e.g.*, Ex. 6, Gatos Proxy Statement at 23–24.

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br> Erfan Ali | 2. Date of Event Requiring Statement (Month/Day/Year) <br> 10/27/2020 | 3. Issuer Name **and** Ticker or Trading Symbol <br> Sunshine Silver Mining & Refining Corp  [ GATO ] | | |
|---|---|---|---|---|
| (Last)        (First)        (Middle) <br> C/O GATOS SILVER, INC. <br> 8400 E. CRESCENT PARKWAY, SUITE 600 | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X  Director    10% Owner <br> Officer (give title below)    Other (specify below) | 5. If Amendment, Date of Original Filed (Month/Day/Year) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X  Form filed by One Reporting Person <br> Form filed by More than One Reporting Person | |
| (Street) <br> GREENWOOD VILLAGE        CO        80111 <br><br> (City)        (State)        (Zip) | | | | |

| Table I - Non-Derivative Securities Beneficially Owned | | | |
|---|---|---|---|
| **1. Title of Security (Instr. 4)** | **2. Amount of Securities Beneficially Owned (Instr. 4)** | **3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5)** | **4. Nature of Indirect Beneficial Ownership (Instr. 5)** |
| Common Stock | 208,754 | I | By Ajami Associates Limited[1] |
| Common Stock[2] | 4,389 | D | |

| Table II - Derivative Securities Beneficially Owned <br> (e.g., puts, calls, warrants, options, convertible securities) | | | | | | |
|---|---|---|---|---|---|---|
| **1. Title of Derivative Security (Instr. 4)** | **2. Date Exercisable and Expiration Date (Month/Day/Year)** | | **3. Title and Amount of Securities Underlying Derivative Security (Instr. 4)** | | **4. Conversion or Exercise Price of Derivative Security** | **5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5)** | **6. Nature of Indirect Beneficial Ownership (Instr. 5)** |
| | **Date Exercisable** | **Expiration Date** | **Title** | **Amount or Number of Shares** | | | |
| Employee Stock Option (Right to Buy) | (3) | 01/20/2030 | Common Stock | 46,500 | 6 | D | |

**Explanation of Responses:**

1. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

2. Includes 4,389 director share units that were fully vested on grant, each representing a right to receive one share of common stock.

3. These options were granted on January 20, 2020 and vest in eighteen equal monthly installments.

/s/ Roger Johnson as Attorney-in Fact, for Ali Erfan    10/27/2020

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_002

**POWER OF ATTORNEY**

Know all by these presents, that the undersigned hereby constitutes and appoints each of Stephen Orr, Roger Johnson and Adam Dubas as the undersigned's true and lawful attorneys-in-fact to:

(1) execute for and on behalf of the undersigned, in the undersigned's capacity as an officer and/or member of the Board of Directors of Gatos Silver, Inc. (the "Company"), Forms 3, 4 and 5, including any amendments thereto, in accordance with Section 16(a) of the Securities Exchange Act of 1934 and the rules and regulations thereunder (the "Exchange Act");

(2) do and perform any and all acts for and on behalf of the undersigned which may be necessary or desirable to complete and execute any such Form 3, 4 or 5, complete and execute any amendment or amendments thereto and timely file such form with the United States Securities and Exchange Commission and the applicable stock exchange or similar authority; and

(3) take any other action of any type whatsoever in connection with the foregoing which, in the opinion of any of such attorneys-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned, it being understood that the documents executed by any of such attorneys-in-fact on behalf of the undersigned pursuant to this Power of Attorney shall be in such form and shall contain such terms and conditions as any of such attorneys-in-fact may approve in his discretion.

The undersigned hereby grants to each such attorney-in-fact full power and authority to act separately and to do and perform any and every act and thing whatsoever requisite, necessary, or proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as the undersigned might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that any of such attorneys-in-fact, or the substitute or substitutes of any of such attorneys-in-fact, shall lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted. The undersigned acknowledges that the foregoing attorneys-in-fact, in serving in such capacity at the request of the undersigned, are not assuming, nor is the Company assuming, any of the undersigned's responsibilities to comply with Section 16 of the Exchange Act.

This Power of Attorney shall remain in full force and effect until the undersigned is no longer required to file Forms 3, 4 and 5 with respect to the undersigned's holdings of and transactions in securities issued by the Company, unless earlier revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact.

IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be executed as of this 13th day of October, 2020.

| Signature: | /s/ Ali Erfan |
|---|---|
| Name: | Ali Erfan |

Ex. 7_003

SEC Form 3

| FORM 3 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549<br><br>INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES | OMB APPROVAL |
|---|---|---|

<table>
<tr><td></td><td></td><td>OMB APPROVAL</td></tr>
</table>

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden | |
| hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br><br> Gonzales Igor | 2. Date of Event Requiring Statement (Month/Day/Year) <br><br> 10/27/2020 | 3. Issuer Name **and** Ticker or Trading Symbol <br><br> Sunshine Silver Mining & Refining Corp [ GATO ] |
|---|---|---|

| (Last) | (First) | (Middle) |
|---|---|---|
| C/O GATOS SILVER, INC. | | |
| 8400 E. CRESCENT PARKWAY, SUITE 600 | | |

| 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|
| X  Director | 10% Owner |
| Officer (give title below) | Other (specify below) |

| 5. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|
| |

| 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|
| X  Form filed by One Reporting Person |
| Form filed by More than One Reporting Person |

(Street)

| GREENWOOD VILLAGE | CO | 80111 |
|---|---|---|
| (City) | (State) | (Zip) |

### Table I - Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|

### Table II - Derivative Securities Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | (1) | 03/01/2030 | Common Stock | 41,333 | 6 | D | |

**Explanation of Responses:**

1. These options were granted on March 1, 2020 and vest in sixteen equal monthly installments.

/s/ Roger Johnson as Attorney-in Fact, for Igor Gonzales    10/27/2020

\*\* Signature of Reporting Person                                          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_004

**POWER OF ATTORNEY**

Know all by these presents, that the undersigned hereby constitutes and appoints each of Stephen Orr, Roger Johnson and Adam Dubas as the undersigned's true and lawful attorneys-in-fact to:

(1) execute for and on behalf of the undersigned, in the undersigned's capacity as an officer and/or member of the Board of Directors of Gatos Silver, Inc. (the "Company"), Forms 3, 4 and 5, including any amendments thereto, in accordance with Section 16(a) of the Securities Exchange Act of 1934 and the rules and regulations thereunder (the "Exchange Act");

(2) do and perform any and all acts for and on behalf of the undersigned which may be necessary or desirable to complete and execute any such Form 3, 4 or 5, complete and execute any amendment or amendments thereto and timely file such form with the United States Securities and Exchange Commission and the applicable stock exchange or similar authority; and

(3) take any other action of any type whatsoever in connection with the foregoing which, in the opinion of any of such attorneys-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned, it being understood that the documents executed by any of such attorneys-in-fact on behalf of the undersigned pursuant to this Power of Attorney shall be in such form and shall contain such terms and conditions as any of such attorneys-in-fact may approve in his discretion.

The undersigned hereby grants to each such attorney-in-fact full power and authority to act separately and to do and perform any and every act and thing whatsoever requisite, necessary, or proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as the undersigned might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that any of such attorneys-in-fact, or the substitute or substitutes of any of such attorneys-in-fact, shall lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted. The undersigned acknowledges that the foregoing attorneys-in-fact, in serving in such capacity at the request of the undersigned, are not assuming, nor is the Company assuming, any of the undersigned's responsibilities to comply with Section 16 of the Exchange Act.

This Power of Attorney shall remain in full force and effect until the undersigned is no longer required to file Forms 3, 4 and 5 with respect to the undersigned's holdings of and transactions in securities issued by the Company, unless earlier revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact.

IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be executed as of this 13th day of October, 2020.

| | |
|---|---|
| Signature: | /s/ Igor Gonzales |
| Name: | Igor Gonzales |

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden | |
| hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br><br> Hanneman Karl L | 2. Date of Event Requiring Statement (Month/Day/Year) <br> 10/27/2020 | 3. Issuer Name **and** Ticker or Trading Symbol <br> Sunshine Silver Mining & Refining Corp [ GATO ] | | |
|---|---|---|---|---|
| (Last)　　(First)　　(Middle) <br> C/O GATOS SILVER, INC. <br> 8400 E. CRESCENT PARKWAY, SUITE 600 | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X　Director　　　　　10% Owner <br><br> 　Officer (give title below)　　Other (specify below) | 5. If Amendment, Date of Original Filed (Month/Day/Year) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X　Form filed by One Reporting Person <br> 　Form filed by More than One Reporting Person | |
| (Street) <br> GREENWOOD VILLAGE　　CO　　80111 <br> (City)　　(State)　　(Zip) | | | | |

**Table I - Non-Derivative Securities Beneficially Owned**

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Common Stock[1] | 7,555 | D | |

**Table II - Derivative Securities Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | (2) | 05/03/2029 | Common Stock | 31,000 | 6 | D | |
| Employee Stock Option (Right to Buy) | (3) | 01/20/2030 | Common Stock | 46,500 | 6 | D | |

**Explanation of Responses:**

1. Includes 7,555 director share units which were fully vested on the date of grant, each representing a right to receive one share of common stock.

2. These options were granted on May 3, 2019 and are fully vested.

3. These options were granted on January 20, 2020 and vest in eighteen equal monthly installmen

| /s/ Roger Johnson as Attorney-in-Fact, for Karl Hanneman | 10/27/2020 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_007

**POWER OF ATTORNEY**

Know all by these presents, that the undersigned hereby constitutes and appoints each of Stephen Orr, Roger Johnson and Adam Dubas as the undersigned's true and lawful attorneys-in-fact to:

(1) execute for and on behalf of the undersigned, in the undersigned's capacity as an officer and/or member of the Board of Directors of Gatos Silver, Inc. (the "Company"), Forms 3, 4 and 5, including any amendments thereto, in accordance with Section 16(a) of the Securities Exchange Act of 1934 and the rules and regulations thereunder (the "Exchange Act");

(2) do and perform any and all acts for and on behalf of the undersigned which may be necessary or desirable to complete and execute any such Form 3, 4 or 5, complete and execute any amendment or amendments thereto and timely file such form with the United States Securities and Exchange Commission and the applicable stock exchange or similar authority; and

(3) take any other action of any type whatsoever in connection with the foregoing which, in the opinion of any of such attorneys-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned, it being understood that the documents executed by any of such attorneys-in-fact on behalf of the undersigned pursuant to this Power of Attorney shall be in such form and shall contain such terms and conditions as any of such attorneys-in-fact may approve in his discretion.

The undersigned hereby grants to each such attorney-in-fact full power and authority to act separately and to do and perform any and every act and thing whatsoever requisite, necessary, or proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as the undersigned might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that any of such attorneys-in-fact, or the substitute or substitutes of any of such attorneys-in-fact, shall lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted. The undersigned acknowledges that the foregoing attorneys-in-fact, in serving in such capacity at the request of the undersigned, are not assuming, nor is the Company assuming, any of the undersigned's responsibilities to comply with Section 16 of the Exchange Act.

This Power of Attorney shall remain in full force and effect until the undersigned is no longer required to file Forms 3, 4 and 5 with respect to the undersigned's holdings of and transactions in securities issued by the Company, unless earlier revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact.

IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be executed as of this 16th day of October, 2020.

| | |
|---|---|
| Signature: | /s/ Karl Hanneman |
| Name: | Karl Hanneman |

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden | |
| hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* Huerta Luis Felipe | 2. Date of Event Requiring Statement (Month/Day/Year) 10/27/2020 | 3. Issuer Name **and** Ticker or Trading Symbol Sunshine Silver Mining & Refining Corp [ GATO ] | | |
|---|---|---|---|---|
| (Last) (First) (Middle) C/O GATOS SILVER, INC. 8400 E. CRESCENT PARKWAY, SUITE 600 | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) | 5. If Amendment, Date of Original Filed (Month/Day/Year) | |
| (Street) GREENWOOD VILLAGE   CO   80111 | | Director        10% Owner X Officer (give title below)    Other (specify below) Vice President, Mexico | 6. Individual or Joint/Group Filing (Check Applicable Line) X    Form filed by One Reporting Person    Form filed by More than One Reporting Person | |
| (City) (State) (Zip) | | | | |

**Table I - Non-Derivative Securities Beneficially Owned**

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|

**Table II - Derivative Securities Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | (1) | 05/15/2025 | Common Stock | 40,000 | 3.5 | D | |
| Employee Stock Option (Right to Buy) | (2) | 12/23/2025 | Common Stock | 31,569 | 3.5 | D | |
| Employee Stock Option (Right to Buy) | (3) | 12/15/2026 | Common Stock | 65,000 | 4.5 | D | |
| Employee Stock Option (Right to Buy) | (4) | 12/05/2027 | Common Stock | 66,000 | 4.5 | D | |
| Employee Stock Option (Right to Buy) | (5) | 05/03/2029 | Common Stock | 66,000 | 6 | D | |
| Employee Stock Option (Right to Buy) | (6) | 01/20/2030 | Common Stock | 66,000 | 6 | D | |

**Explanation of Responses:**

1. These options were granted on May 15, 2015 and are fully vested.

2. These options were granted on December 23, 2015 and are fully vested.

3. These options were granted on August 31, 2017 and November 20, 2017. Three quarters of these options have vested and the remaining 1/4th vests on December 15, 2020.

4. These options were granted on December 6, 2017. One half of these options have vested and the remaining one-half vests in equal installments on each of December 5, 2020 and December 5, 2021.

5. These options were granted on May 3, 2019. One fourth of these options have vested and the remaining three fourths vest in equal installments on each of December 14, 2020, December 14, 2021 and December 14, 2022.

6. These options were granted on January 20, 2020. These options vest in three equal installments on each of January 20, 2021, January 20, 2022 and January 20, 2023.

Ex. 7_009

| /s/ Roger Johnson as Attorney-in Fact, for Luis Felipe Huerta | 10/27/2020 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_010

**POWER OF ATTORNEY**

Know all by these presents, that the undersigned hereby constitutes and appoints each of Stephen Orr, Roger Johnson and Adam Dubas as the undersigned's true and lawful attorneys-in-fact to:

(1) execute for and on behalf of the undersigned, in the undersigned's capacity as an officer and/or member of the Board of Directors of Gatos Silver, Inc. (the "Company"), Forms 3, 4 and 5, including any amendments thereto, in accordance with Section 16(a) of the Securities Exchange Act of 1934 and the rules and regulations thereunder (the "Exchange Act");

(2) do and perform any and all acts for and on behalf of the undersigned which may be necessary or desirable to complete and execute any such Form 3, 4 or 5, complete and execute any amendment or amendments thereto and timely file such form with the United States Securities and Exchange Commission and the applicable stock exchange or similar authority; and

(3) take any other action of any type whatsoever in connection with the foregoing which, in the opinion of any of such attorneys-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned, it being understood that the documents executed by any of such attorneys-in-fact on behalf of the undersigned pursuant to this Power of Attorney shall be in such form and shall contain such terms and conditions as any of such attorneys-in-fact may approve in his discretion.

The undersigned hereby grants to each such attorney-in-fact full power and authority to act separately and to do and perform any and every act and thing whatsoever requisite, necessary, or proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as the undersigned might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that any of such attorneys-in-fact, or the substitute or substitutes of any of such attorneys-in-fact, shall lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted. The undersigned acknowledges that the foregoing attorneys-in-fact, in serving in such capacity at the request of the undersigned, are not assuming, nor is the Company assuming, any of the undersigned's responsibilities to comply with Section 16 of the Exchange Act.

This Power of Attorney shall remain in full force and effect until the undersigned is no longer required to file Forms 3, 4 and 5 with respect to the undersigned's holdings of and transactions in securities issued by the Company, unless earlier revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact.

IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be executed as of this 16th day of October, 2020.

| Signature: | /s/ Luis Felipe Huerta |
|------------|------------------------|
| Name: | Luis Felipe Huerta |

Ex. 7_011

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden | |
| hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] <br> **PEAT DAVID W** | 2. Date of Event Requiring Statement (Month/Day/Year) <br> 10/27/2020 | 3. Issuer Name **and** Ticker or Trading Symbol <br> Sunshine Silver Mining & Refining Corp [ GATO ] | | |
|---|---|---|---|---|
| (Last)　　　　(First)　　　　(Middle) <br> C/O GATOS SILVER, INC. <br> 8400 E. CRESCENT PARKWAY, SUITE 600 | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X　Director　　　　10% Owner <br> 　　Officer (give title below)　　Other (specify below) | 5. If Amendment, Date of Original Filed (Month/Day/Year) | |
| (Street) <br> GREENWOOD VILLAGE　　CO　　80111 <br> (City)　　　(State)　　　(Zip) | | | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X　Form filed by One Reporting Person <br> 　　Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Beneficially Owned**

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Common Stock[(1)] | 86,732 | D | |

**Table II - Derivative Securities Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | (2) | 10/30/2022 | Common Stock | 14,304 | 13.83 | D | |
| Employee Stock Option (Right to Buy) | (3) | 02/16/2023 | Common Stock | 14,304 | 13.83 | D | |
| Employee Stock Option (Right to Buy) | (4) | 02/08/2025 | Common Stock | 20,000 | 3.5 | D | |
| Employee Stock Option (Right to Buy) | (5) | 12/23/2025 | Common Stock | 31,569 | 3.5 | D | |
| Employee Stock Option (Right to Buy) | (6) | 12/15/2026 | Common Stock | 30,000 | 4.5 | D | |
| Employee Stock Option (Right to Buy) | (7) | 12/05/2027 | Common Stock | 31,000 | 4.5 | D | |
| Employee Stock Option (Right to Buy) | (8) | 05/03/2029 | Common Stock | 31,000 | 6 | D | |
| Employee Stock Option (Right to Buy) | (9) | 01/20/2030 | Common Stock | 11,667 | 6 | D | |
| Employee Stock Option (Right to Buy) | (10) | 01/20/2030 | Common Stock | 46,500 | 6 | D | |

Ex. 7_012

**Explanation of Responses:**

1. Includes 75,378 director share units which were fully vested on the date of grant, each representing a right to receive one share of common stock.

2. These options were granted on October 30, 2012 and are fully vested.

3. These options were granted on February 16, 2013 and are fully vested

4. These options were granted on February 8, 2015 and are fully vested.

5. These options were granted on December 23, 2015 and are fully vested.

6. These options were granted on August 31, 2017 and are fully vested.

7. These options were granted on December 6, 2017 and are fully vested.

8. These options were granted on May 3, 2019 and are fully vested.

9. These options were granted on January 20, 2020 and are fully vested.

10. These options were granted on January 20, 2020 and vest in eighteen equal monthly installments.

| /s/ Roger Johnson as Attorney-in Fact, for David Peat | 10/27/2020 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_013

**POWER OF ATTORNEY**

Know all by these presents, that the undersigned hereby constitutes and appoints each of Stephen Orr, Roger Johnson and Adam Dubas as the undersigned's true and lawful attorneys-in-fact to:

(1) execute for and on behalf of the undersigned, in the undersigned's capacity as an officer and/or member of the Board of Directors of Gatos Silver, Inc. (the "Company"), Forms 3, 4 and 5, including any amendments thereto, in accordance with Section 16(a) of the Securities Exchange Act of 1934 and the rules and regulations thereunder (the "Exchange Act");

(2) do and perform any and all acts for and on behalf of the undersigned which may be necessary or desirable to complete and execute any such Form 3, 4 or 5, complete and execute any amendment or amendments thereto and timely file such form with the United States Securities and Exchange Commission and the applicable stock exchange or similar authority; and

(3) take any other action of any type whatsoever in connection with the foregoing which, in the opinion of any of such attorneys-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned, it being understood that the documents executed by any of such attorneys-in-fact on behalf of the undersigned pursuant to this Power of Attorney shall be in such form and shall contain such terms and conditions as any of such attorneys-in-fact may approve in his discretion.

The undersigned hereby grants to each such attorney-in-fact full power and authority to act separately and to do and perform any and every act and thing whatsoever requisite, necessary, or proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as the undersigned might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that any of such attorneys-in-fact, or the substitute or substitutes of any of such attorneys-in-fact, shall lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted. The undersigned acknowledges that the foregoing attorneys-in-fact, in serving in such capacity at the request of the undersigned, are not assuming, nor is the Company assuming, any of the undersigned's responsibilities to comply with Section 16 of the Exchange Act.

This Power of Attorney shall remain in full force and effect until the undersigned is no longer required to file Forms 3, 4 and 5 with respect to the undersigned's holdings of and transactions in securities issued by the Company, unless earlier revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact.

IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be executed as of this 13th day of October, 2020.

| Signature: | /s/ David Peat |
|---|---|
| Name: | David Peat |

Ex. 7_014

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Huerta Luis Felipe | Gatos Silver, Inc. [ GATO ] | Director  10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below)  Other (specify below) |
| C/O GATOS SILVER, INC. | 10/27/2020 | Vice President, Mexico |
| 8400 E. CRESCENT PARKWAY, SUITE 600 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X  Form filed by One Reporting Person |
| GREENWOOD VILLAGE   CO   80111 | | Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $3.5 | 10/27/2020 | | A | | 190,000 | | (1) | 10/27/2030 | Common Stock | 190,000 | $0 | 190,000 | D | |

**Explanation of Responses:**

1. These options were granted on October 27, 2020 and vest in three equal annual installments on each of October 27, 2021, October 27, 2022 and October 27, 2023.

| | |
|---|---|
| /s/ Roger Johnson as Attorney-in Fact, for Luis Felipe Huerta | 10/29/2020 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_015

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**1. Name and Address of Reporting Person**[*]

Dubas Adam

| (Last) | (First) | (Middle) |
| --- | --- | --- |

C/O GATOS SILVER, INC.

8400 E. CRESCENT PARKWAY, SUITE 600

(Street)

| GREENWOOD VILLAGE | CO | 80111 |
| --- | --- | --- |
| (City) | (State) | (Zip) |

**2. Issuer Name and Ticker or Trading Symbol**

Gatos Silver, Inc. [ GATO ]

**3. Date of Earliest Transaction (Month/Day/Year)**

10/30/2020

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| | Director | | 10% Owner |
| --- | --- | --- | --- |
| X | Officer (give title below) | | Other (specify below) |

Chief Administrative Officer

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
| --- | --- |
| | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/30/2020 | | A | | 5,732 | A | $5.6[(1)] | 8,097[(2)] | D | |
| Common Stock | 10/30/2020 | | P | | 2,000 | A | $7 | 10,097 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | [(3)] | 10/30/2022 | Common Stock | 5,750 | | 5,750 | D | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | [(4)] | 02/16/2023 | Common Stock | 5,750 | | 5,750 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | [(5)] | 02/08/2025 | Common Stock | 10,000 | | 10,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | [(6)] | 12/23/2025 | Common Stock | 7,892 | | 7,892 | D | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | [(7)] | 12/15/2026 | Common Stock | 15,000 | | 15,000 | D | |

Ex. 7_016

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | (8) | 12/05/2027 | Common Stock | 20,000 | | 20,000 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (9) | 05/03/2029 | Common Stock | 25,000 | | 25,000 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (10) | 01/20/2030 | Common Stock | 25,000 | | 25,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | (11) | 10/27/2030 | Common Stock | 75,000 | | 75,000 | D | |

**Explanation of Responses:**

1. Represents shares of common stock acquired using deferrals of salary at a price equal to 80% of the price of shares sold in Gatos Silver, Inc.'s (the "Issuer") public offering, with the Reporting Person's account credited with a cash value of 125% of the reporting person's deferred salary.

2. Reflects a reorganization (the "Reorganization") of the Issuer on October 30, 2020, in which Silver Opportunity Partners LLC ("SOP") became a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation ("SOP Corporation") and each share of the Issuer's common stock outstanding immediately prior to the Reorganization was exchanged for (i) approximately 0.39406 shares of Issuer common stock (subject to rounding to eliminate fractional shares) and (ii) approximately 0.10594 shares of common stock of SOP Corporation (subject to rounding to eliminate fractional shares).

3. These options were granted on October 30, 2012 and are fully vested.

4. These options were granted on February 16, 2013 and are fully vested.

5. These options were granted on February 8, 2015 and are fully vested.

6. These options were granted on December 23, 2015 and are fully vested.

7. These options were granted on August 31, 2017. Three quarters of these options have vested and the remaining 1/4th vests on December 15, 2020.

8. These options were granted on December 6, 2017. One half of these options have vested and the remaining one-half vests in equal installments on each of December 5, 2020 and December 5, 2021.

9. These options were granted on May 3, 2019. One fourth of these options have vested and the remaining three fourths vest in equal installments on each of December 14, 2020, December 14, 2021 and December 14, 2022.

10. These options were granted on January 20, 2020. These options vest in three equal installments on each of January 20, 2021, January 20, 2022 and January 20, 2023.

11. These options were granted on October 27, 2020 and vest in three equal annual installments on each of October 27, 2021, October 27, 2022 and October 27, 2023.

**Remarks:**

Stock option exercise prices and outstanding shares have been adjusted to reflect a 1 for 2 reverse stock split affected on October 30, 2020 in connection with the Reorganization.

/s/ Roger Johnson as Attorney-in Fact, for Adam Dubas          11/03/2020

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_017

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| Johnson Roger | Gatos Silver, Inc. [ GATO ] | Director ___ 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) ___ Other (specify below) |
| C/O GATOS SILVER, INC. | 10/30/2020 | Chief Financial Officer |
| 8400 E. CRESCENT PARKWAY, SUITE 600 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X Form filed by One Reporting Person |
| GREENWOOD VILLAGE   CO   80111 | | ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/30/2020 | | A | | 8,948 | A | $5.6[(1)] | 48,354[(2)] | D | |
| Common Stock | 10/30/2020 | | P | | 12,000 | A | $7 | 60,354 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | [(3)] | 10/30/2022 | Common Stock | 69,375 | | 69,375 | D | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | [(4)] | 02/16/2023 | Common Stock | 69,375 | | 69,375 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | [(5)] | 02/08/2025 | Common Stock | 85,000 | | 85,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | [(6)] | 12/23/2025 | Common Stock | 67,084 | | 67,084 | D | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | [(7)] | 12/15/2026 | Common Stock | 72,500 | | 72,500 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | (8) | 12/05/2027 | Common Stock | 75,000 | | 75,000 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (9) | 05/03/2029 | Common Stock | 75,000 | | 75,000 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (10) | 01/20/2030 | Common Stock | 75,000 | | 75,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | (11) | 10/27/2030 | Common Stock | 170,000 | | 170,000 | D | |

**Explanation of Responses:**

1. Represents shares of common stock acquired using deferrals of salary at a price equal to 80% of the price of shares sold in Gatos Silver, Inc.'s (the "Issuer") public offering, with the Reporting Person's account credited with a cash value of 125% of the reporting person's deferred salary.

2. Reflects a reorganization (the "Reorganization") of the Issuer on October 30, 2020, in which Silver Opportunity Partners LLC ("SOP") became a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation ("SOP Corporation") and each share of the Issuer's common stock outstanding immediately prior to the Reorganization was exchanged for (i) approximately 0.39406 shares of Issuer common stock (subject to rounding to eliminate fractional shares) and (ii) approximately 0.10594 shares of common stock of SOP Corporation (subject to rounding to eliminate fractional shares).

3. These options were granted on October 30, 2012 and are fully vested.

4. These options were granted on February 16, 2013 and are fully vested.

5. These options were granted on February 8, 2015 and are fully vested.

6. These options were granted on December 23, 2015 and are fully vested.

7. These options were granted on August 31, 2017. Three quarters of these options have vested and the remaining 1/4th vests on December 15, 2020.

8. These options were granted on December 6, 2017. One half of these options have vested and the remaining one-half vests in equal installments on each of December 5, 2020 and December 5, 2021.

9. These options were granted on May 3, 2019. One fourth of these options have vested and the remaining three fourths vest in equal installments on each of December 14, 2020, December 14, 2021 and December 14, 2022.

10. These options were granted on January 20, 2020. These options vest in three equal installments on each of January 20, 2021, January 20, 2022 and January 20, 2023.

11. These options were granted on October 27, 2020 and vest in three equal annual installments on each of October 27, 2021, October 27, 2022 and October 27, 2023.

**Remarks:**

Stock option exercise prices and outstanding shares have been adjusted to reflect a 1 for 2 reverse stock split affected on October 30, 2020 in connection with the Reorganization.

| /s/ Roger Johnson | 11/03/2020 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_019

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Kinyon John | Gatos Silver, Inc. [ GATO ] | Director     10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 10/30/2020 | X Officer (give title below)    Other (specify below) |
| C/O GATOS SILVER 8400 E. CRESCENT PARKWAY, SUITE 600 | | Chief Operating Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| GREENWOOD VILLAGE CO 80111 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/30/2020 | | A | | 8,948 | A | $5.6[1] | 13,874[2] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | | | [3] | 10/30/2022 | Common Stock | 22,500 | | 22,500 | D | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | | | [4] | 02/16/2023 | Common Stock | 22,500 | | 22,500 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | | | [5] | 02/08/2025 | Common Stock | 40,000 | | 40,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | | | [6] | 12/23/2025 | Common Stock | 31,569 | | 31,569 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | | | [7] | 03/18/2026 | Common Stock | 17,500 | | 17,500 | D | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | | | [8] | 12/15/2026 | Common Stock | 45,250 | | 45,250 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | (9) | 12/05/2027 | Common Stock | 78,500 | | 78,500 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (10) | 05/03/2029 | Common Stock | 78,500 | | 78,500 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (11) | 01/20/2030 | Common Stock | 78,500 | | 78,500 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | (12) | 10/27/2030 | Common Stock | 170,000 | | 170,000 | D | |

**Explanation of Responses:**

1. Represents shares of common stock acquired using deferrals of salary at a price equal to 80% of the price of shares sold in Gatos Silver, Inc.'s (the "Issuer") public offering, with the Reporting Person's account credited with a cash value of 125% of the reporting person's deferred salary.

2. Reflects a reorganization (the "Reorganization") of the Issuer on October 30, 2020, in which Silver Opportunity Partners LLC ("SOP") became a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation ("SOP Corporation") and each share of the Issuer's common stock outstanding immediately prior to the Reorganization was exchanged for (i) approximately 0.39406 shares of Issuer common stock (subject to rounding to eliminate fractional shares) and (ii) approximately 0.10594 shares of common stock of SOP Corporation (subject to rounding to eliminate fractional shares).

3. These options were granted on October 30, 2012 and are fully vested.

4. These options were granted on February 16, 2013 and are fully vested.

5. These options were granted on February 8, 2015 and are fully vested.

6. These options were granted on December 23, 2015 and are fully vested.

7. These options were granted on March 18, 2026 and are fully vested.

8. These options were granted on August 31, 2017 and November 20, 2017. Three quarters of these options have vested and the remaining 1/4th vests on December 15, 2020.

9. These options were granted on December 6, 2017. One half of these options have vested and the remaining one-half vests in equal installments on each of December 5, 2020 and December 5, 2021.

10. These options were granted on May 3, 2019. One fourth of these options have vested and the remaining three fourths vest in equal installments on each of December 14, 2020, December 14, 2021 and December 14, 2022.

11. These options were granted on January 20, 2020. These options vest in three equal installments on each of January 20, 2021, January 20, 2022 and January 20, 2023.

12. These options were granted on October 27, 2020 and vest in three equal annual installments on each of October 27, 2021, October 27, 2022 and October 27, 2023.

**Remarks:**

Stock option exercise prices and outstanding shares have been adjusted to reflect a 1 for 2 reverse stock split affected on October 30, 2020 in connection with the Reorganization.

/s/ Roger Johnson as Attorney-in Fact, for John Kinyon          11/03/2020

\*\* Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_021

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Levental Igor | Gatos Silver, Inc. [ GATO ] | X  Director          10% Owner |
| (Last)        (First)        (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 10/30/2020 | Officer (give title below)    Other (specify below) |
| C/O GATOS SILVER, INC. 8400 E. CRESCENT PARKWAY, SUITE | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X    Form filed by One Reporting Person |
| GREENWOOD VILLAGE  CO      80111 | | Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/30/2020 | | P | | 8,700 | A | $7 | 97,363[1] | I | By Levental Family Trust |
| Common Stock | | | | | | | | 2,563[2] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | [3] | 01/20/2030 | Common Stock | 23,225 | | 23,225 | D | |

**Explanation of Responses:**

1. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

2. Includes 2,563 director share units which were fully vested on the date of grant, each representing a right to receive one share of common stock.

3. These options were granted on January 20, 2020 and vest in eighteen equal monthly installments.

**Remarks:**

Stock option exercise prices and outstanding shares underlying both stock options and directors share units have been adjusted to reflect a 1 for 2 reverse stock split affected on October 30, 2020 in connection with a reorganization of the Issuer on October 30, 2020, in which Silver Opportunity Partners LLC ("SOP") became a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation.

/s/ Roger Johnson, as Attorney-in Fact, for Igor Levental     11/03/2020

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_023

SEC Form 4

**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Orr Stephen A. | Gatos Silver, Inc. [ GATO ] | X Director | 10% Owner |
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | Other (specify below) |
| C/O GATOS SILVER, INC. | 10/30/2020 | Chief Executive Officer | |
| 8400 E. CRESCENT PARKWAY, SUITE 600 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (Street) | | X Form filed by One Reporting Person | |
| GREENWOOD VILLAGE   CO          80111 | | Form filed by More than One Reporting Person | |
| (City)          (State)          (Zip) | | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/30/2020 | | A | | 14,969 | A | $5.6[1] | 14,969[2] | D | |
| Common Stock | | | | | | | | 91,235[2] | I | By Cast Management 401(k) Trust[3] |
| Common Stock | | | | | | | | 51,579[2] | I | By 49 North LLC[4] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | [5] | 10/30/2022 | Common Stock | 300,000 | | 300,000 | D | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | [6] | 02/16/2023 | Common Stock | 300,000 | | 300,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | [7] | 02/08/2025 | Common Stock | 145,000 | | 145,000 | I | By wife[7] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | (8) | 12/23/2025 | Common Stock | 114,437 | | 114,437 | I | By wife[8] |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | (9) | 12/15/2026 | Common Stock | 124,885 | | 124,885 | D | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | (10) | 12/15/2026 | Common Stock | 115 | | 115 | I | By wife[10] |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | (11) | 12/05/2027 | Common Stock | 126,000 | | 126,000 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (12) | 05/03/2029 | Common Stock | 126,000 | | 126,000 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (13) | 01/20/2030 | Common Stock | 126,000 | | 126,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | (14) | 10/27/2030 | Common Stock | 290,000 | | 290,000 | D | |

**Explanation of Responses:**

1. Represents shares of common stock acquired using deferrals of salary at a price equal to 80% of the price of shares sold in Gatos Silver, Inc.'s (the "Issuer") public offering, with the Reporting Person's account credited with a cash value of 125% of the reporting person's deferred salary.

2. Reflects a reorganization (the "Reorganization") of the Issuer on October 30, 2020, in which Silver Opportunity Partners LLC ("SOP") became a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation ("SOP Corporation") and each share of the Issuer's common stock outstanding immediately prior to the Reorganization was exchanged for (i) approximately 0.39406 shares of Issuer common stock (subject to rounding to eliminate fractional shares) and (ii) approximately 0.10594 shares of common stock of SOP Corporation (subject to rounding to eliminate fractional shares).

3. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

4. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

5. These options were granted on October 30, 2012 and are fully vested.

6. These options were granted on February 16, 2013 and are fully vested.

7. These options were granted on February 8, 2015 and are fully vested. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

8. These options were granted on December 23, 2015 and are fully vested. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

9. These options were granted on August 31, 2017. 187,269 of these options have vested and the remaining options vest on December 15, 2020.

10. These options were granted on August 31, 2017 and are fully vested. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

11. These options were granted on December 6, 2017. One half of these options have vested and the remaining one-half vests in equal installments on each of December 5, 2020 and December 5, 2021.

12. These options were granted on May 3, 2019. One fourth of these options have vested and the remaining three fourths vest in equal installments on each of December 14, 2020, December 14, 2021 and December 14, 2022.

13. These options were granted on January 20, 2020. These options vest in three equal installments on each of January 20, 2021, January 20, 2022 and January 20, 2023

14. These options were granted on October 27, 2020 and vest in three equal annual installments on each of October 27, 2021, October 27, 2022 and October 27, 2023.

**Remarks:**

Stock option exercise prices and outstanding shares have been adjusted to reflect a 1 for 2 reverse stock split affected on October 30, 2020 in connection with the Reorganization.

/s/ Roger Johnson, as Attorney-in Fact, for Stephen Orr    11/03/2020

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_025

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Pyle Philip | Gatos Silver, Inc. [ GATO ] | Director      10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 10/30/2020 | X Officer (give title below)      Other (specify below) |
| C/O GATOS SILVER, INC. 8400 E. CRESCENT PARKWAY, SUITE 600 (Street) | | VP of Expl & Chief Geologist |
| GREENWOOD VILLAGE   CO    80111 (City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/30/2020 | | A | | 8,464 | A | $5.6[1] | 66,218[2] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | | | [3] | 10/30/2022 | Common Stock | 51,000 | | 51,000 | D | |
| Employee Stock Option (Right to Buy) | $27.66 | | | | | | | | | [4] | 02/16/2023 | Common Stock | 51,000 | | 51,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | | | [5] | 02/08/2025 | Common Stock | 55,000 | | 55,000 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | | | [6] | 12/23/2025 | Common Stock | 58,334 | | 58,334 | D | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | | | [7] | 12/15/2026 | Common Stock | 77,500 | | 77,500 | D | |
| Employee Stock Option (Right to Buy) | $9 | | | | | | | | | [8] | 12/05/2027 | Common Stock | 78,500 | | 78,500 | D | |

Ex. 7_026

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned** (e.g., puts, calls, warrants, options, convertible securities) ||||||||||||||||
| **1. Title of Derivative Security (Instr. 3)** | **2. Conversion or Exercise Price of Derivative Security** | **3. Transaction Date (Month/Day/Year)** | **3A. Deemed Execution Date, if any (Month/Day/Year)** | **4. Transaction Code (Instr. 8)** | | **5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5)** | | **6. Date Exercisable and Expiration Date (Month/Day/Year)** | | **7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4)** | | **8. Price of Derivative Security (Instr. 5)** | **9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4)** | **10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4)** | **11. Nature of Indirect Beneficial Ownership (Instr. 4)** |
| | | | | **Code** | **V** | **(A)** | **(D)** | **Date Exercisable** | **Expiration Date** | **Title** | **Amount or Number of Shares** | | | | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (9) | 05/03/2029 | Common Stock | 78,500 | | 78,500 | D | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | (10) | 01/20/2030 | Common Stock | 78,500 | | 78,500 | D | |
| Employee Stock Option (Right to Buy) | $7 | | | | | | | (11) | 10/27/2030 | Common Stock | 170,000 | | 170,000 | D | |

**Explanation of Responses:**

1. Represents shares of common stock acquired using deferrals of salary at a price equal to 80% of the price of shares sold in Gatos Silver, Inc.'s (the "Issuer") public offering, with the Reporting Person's account credited with a cash value of 125% of the reporting person's deferred salary.

2. Reflects a reorganization (the "Reorganization") of the Issuer on October 30, 2020, in which Silver Opportunity Partners LLC ("SOP") became a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation ("SOP Corporation") and each share of the Issuer's common stock outstanding immediately prior to the Reorganization was exchanged for (i) approximately 0.39406 shares of Issuer common stock (subject to rounding to eliminate fractional shares) and (ii) approximately 0.10594 shares of common stock of SOP Corporation (subject to rounding to eliminate fractional shares).

3. These options were granted on October 30, 2012 and are fully vested.

4. These options were granted on February 16, 2013 and are fully vested.

5. These options were granted on February 8, 2015 and are fully vested.

6. These options were granted on December 23, 2015 and are fully vested.

7. These options were granted on August 31, 2017. Three quarters of these options have vested and the remaining 1/4th vests on December 15, 2020.

8. These options were granted on December 6, 2017. One half of these options have vested and the remaining one-half vests in equal installments on each of December 5, 2020 and December 5, 2021.

9. These options were granted on May 3, 2019. One fourth of these options have vested and the remaining three fourths vest in equal installments on each of December 14, 2020, December 14, 2021 and December 14, 2022.

10. These options were granted on January 20, 2020. These options vest in three equal installments on each of January 20, 2021, January 20, 2022 and January 20, 2023.

11. These options were granted on October 27, 2020 and vest in three equal annual installments on each of October 27, 2021, October 27, 2022 and October 27, 2023.

**Remarks:**

Stock option exercise prices and outstanding shares have been adjusted to reflect a 1 for 2 reverse stock split affected on October 30, 2020 in connection with the Reorganization.

| | |
|---|---|
| /s/ Roger Johnson as Attorney-in Fact, for Philip Pyle | 11/03/2020 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_027

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> **Stairs Janice** <br> (Last) (First) (Middle) <br> C/O GATOS SILVER, INC. <br> 8400 E. CRESCENT PARKWAY, SUITE 600 <br> (Street) <br> GREENWOOD VILLAGE  CO  80111 <br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **Gatos Silver, Inc.** [ GATO ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 10/30/2020 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director      10% Owner <br> Officer (give title below)      Other (specify below) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X   Form filed by One Reporting Person <br>    Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/30/2020 | | P | | 10,000 | A | $7 | 10,729[1] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $12 | | | | | | | [2] | 01/20/2030 | Common Stock | 23,250 | | 23,250 | D | |

**Explanation of Responses:**

1. Includes 729 director share units which were fully vested on the date of grant, each representing a right to receive one share of common stock.

2. These options were granted on January 20, 2020 and vest in eighteen equal monthly installments.

**Remarks:**

Stock option exercise prices and outstanding shares underlying both stock options and directors share units have been adjusted to reflect a 1 for 2 reverse stock split affected on October 30, 2020 in connection with a reorganization of the Issuer on October 30, 2020, in which Silver Opportunity Partners LLC ("SOP") became a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation.

/s/ Roger Johnson, as Attorney-in-Fact for Janice Stairs        11/12/2020

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Ex. 7_028

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_029

SEC Form 4

| | |
|---|---|
| **FORM 4** | |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Hanneman Karl L | Gatos Silver, Inc. [ GATO ] | X Director          10% Owner |
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 12/18/2020 | Officer (give title below)     Other (specify below) |
| C/O GATOS SILVER, INC., 8400 E. CRESCENT PARKWAY, SUITE 600 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X     Form filed by One Reporting Person |
| GREENWOOD VILLAGE    CO        80111 | | Form filed by More than One Reporting Person |
| (City)          (State)          (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/18/2020 | | P | | 10,000 | A | $9.7[1] | 10,000 | I | By KNH Trust |
| Common Stock | | | | | | | | 3,778[2] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported in Column 4 is a weighted average price. These shares were purchased in multiple transactions at prices ranging from $9.65 to $9.70, inclusive. The reporting person undertakes to provide to Gatos Silver, Inc. (the "Company"), any shareholder of the Company, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares purchased at each separate price within the range set forth in this footnote (1) to this Form 4.

2. Includes 3,778 director share units, which were fully vested on the date of grant, each representing a right to receive one share of the Company's common stock upon departure from the Company.

| | |
|---|---|
| /s/ Karl Hanneman | 12/21/2020 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_030

Ex. 7_031

SEC Form 5

## FORM 5

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[ ] Form 3 Holdings Reported.

[X] Form 4 Transactions Reported.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

### ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0362 |
| Estimated average burden | |
| hours per response: | 1.0 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Orr Stephen A. | Gatos Silver, Inc. [ GATO ] | X Director      10% Owner |
| (Last)      (First)      (Middle) | 3. Statement for Issuer's Fiscal Year Ended (Month/Day/Year) 12/31/2020 | X Officer (give title below)      Other (specify below) Chief Executive Officer |
| C/O GATOS SILVER, INC., 8400 E. CRESCENT PARKWAY, SUITE 600 (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person |
| GREENWOOD VILLAGE    CO      80111 (City)      (State)      (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at end of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/02/2020 | | G4 | 14,969 | D | $0 | 0 | D | |
| Common Stock | 12/02/2020 | | G4 | 51,579 | D | $0 | 0 | I | By 49 North LLC |
| Common Stock | 12/02/2020 | | G4 | 14,969 | A | $0 | 14,969 | I | By spouse[1] |
| Common Stock | 12/02/2020 | | G4 | 51,579 | A | $0 | 66,548 | I | By spouse[1] |
| Common Stock | | | | | | | 91,235 | I | By Cast Management 401(k) Trust[1] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

/s/ Adam Dubas as Attorney-in Fact, for Stephen Orr          02/10/2021

Ex. 7_032

                                                                ** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_033

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Orr Stephen A. | Gatos Silver, Inc. [ GATO ] | X Director    10% Owner |

| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)    Other (specify below) |
|---|---|---|
| C/O GATOS SILVER, INC., | 08/18/2021 | Chief Executive Officer |

8400 E. CRESCENT PARKWAY, SUITE 600

(Street)

GREENWOOD VILLAGE   CO   80111

(City)    (State)    (Zip)

4. If Amendment, Date of Original Filed (Month/Day/Year)

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/18/2021 | | P | | 8,000 | A | $12.53[(1)] | 8,000 | D | |
| Common Stock | | | | | | | | 66,548 | I | By spouse[(2)] |
| Common Stock | | | | | | | | 91,235 | I | By Cast Management 401(k) Trust[(2)] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were purchased on the Toronto Stock Exchange at a price of CAD$15.83 per share. The price reported in this Column 4 has been converted to U.S. dollars based on the daily exchange rate on the transaction date as reported by the Bank of Canada, which was CAD$1.00 = US$0.7918.

2. The reporting person disclaims beneficial ownership of these shares except to the extent of his pecuniary interest.

/s/ Adam Dubas, Attorney-in-Fact for Stephen Orr    09/01/2021

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Ex. 7_034

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 7_035