# EXHIBIT 9

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-249224**

**PROSPECTUS**

## 21,430,000 SHARES



# GATOS SILVER, INC.

## COMMON STOCK

---

We are selling 21,430,000 shares of common stock to the underwriters in a firm commitment offering.

Prior to this offering, there has been no public market for our common stock. The initial public offering price is $7.00 per share. We have received approval to list our common stock on the New York Stock Exchange ("NYSE") and have received conditional approval to list our common stock on the Toronto Stock Exchange ("TSX") under the symbol "GATO."

The underwriters have an option to purchase a maximum of 3,214,500 additional shares of common stock from us to cover over-allotments. The underwriters can exercise this option at any time within 30 days from the date of this prospectus.

We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act") and will therefore be subject to reduced reporting requirements.

---

**Investing in our common stock involves risks. See "Risk Factors" beginning on page 28 of this prospectus.**

---

|  | Per Share | Total |
| --- | --- | --- |
| Public offering price | $7.00 | $150,010,000 |
| Underwriting discounts and commissions(1) | $0.49 | $10,500,700 |
| Proceeds, before expenses, to us | $6.51 | $139,509,300 |

(1)     See "Underwriting and Plan of Distribution" for a description of compensation to be paid to the underwriters.

Delivery of the shares of common stock will be made on or about October 30, 2020 through the book-entry facilities of The Depositary Trust Company.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

| **BMO Capital Markets** | **Goldman Sachs & Co. LLC** | **RBC Capital Markets** |
| --- | --- | --- |
| **Canaccord Genuity Corp.** | | **CIBC Capital Markets** |

The date of this prospectus is October 27, 2020.

Table of Contents

**THE OFFERING**

| | |
|---|---|
| Common stock offered in firm commitment offering | 21,430,000 shares. |
| Common stock to be outstanding after this offering | 55,968,576 shares (or 59,183,076 shares if the underwriters exercise their over-allotment option in full). |
| Option to purchase additional shares of common stock | 3,214,500 shares. |
| Use of proceeds | We estimate that the net proceeds to us from this offering will be approximately $135.2 million, or approximately $156.1 million if the underwriters exercise their over-allotment option in full, after deducting underwriting discounts and commissions and estimated offering expenses payable by us.<br><br>We intend to use the net proceeds of this offering to retire a portion of the Los Gatos Working Capital Facility provided by Dowa, exercise our option to repurchase an 18.5% interest in the LGJV to increase our ownership to 70.0%, fund near-term debt service needs, fund a feasibility study for a 3,000 tpd production rate expansion at the Cerro Los Gatos Mine, for Los Gatos District exploration and for working capital and general corporate purposes.<br><br>In connection with this offering, we have elected to convert all of the outstanding principal amount of the convertible notes plus $187 thousand in accrued and unpaid interest into an aggregate of 2,712,003 shares of our common stock upon consummation of this offering.<br><br>See "Use of Proceeds." |
| Voting rights | Holders of our common stock are entitled to one vote per share. See "Description of Capital Stock." |
| Dividend policy | We have never declared or paid any cash dividends on our capital stock. We do not intend to pay any dividends in the foreseeable future and currently intend to retain all future earnings to finance our business. See "Dividend Policy." |
| Risk factors | See "Risk Factors" for a discussion of factors you should carefully consider before deciding whether to invest in our common stock. |

Table of Contents

| | |
|---|---|
| Directed share program | At our request, the underwriters have reserved up to 5% of the shares of common stock offered by this prospectus, for sale, at the initial public offering price, to our employees and directors and to friends, professional contacts and family members of our employees and directors. If purchased by these persons, these shares will not be subject to a lock-up restriction, except in the case of shares purchased by any director or officer, which will be subject to a 180-day lock-up restriction described under "Underwriting." The number of shares available for sale to the general public will be reduced by the number of reserved shares sold to these individuals. Any reserved shares that are not so purchased will be offered by the underwriters to the general public on the same basis as the other shares offered by this prospectus. See "Underwriting." |
| Common stock listing | We have received approval to list our common stock on the NYSE and have received conditional approval to list our common stock on the TSX under the symbol "GATO." |

The number of shares of our common stock that will be outstanding after this offering is based on the number of shares of common stock outstanding as of June 30, 2020 after giving effect to the following adjustments: (i) the Reorganization, (ii) the issuance of an aggregate of 47,061 shares of common stock to our executive officers in connection with this offering, as described in "Certain Relationships and Related Party Transactions—Grants to Certain Executive Officers in Connection with This Offering," (iii) the conversion of our outstanding convertible notes into an aggregate of 2,712,003 shares of common stock in connection with this offering, and (iv) the issuance and sale of 21,430,000 shares of common stock in this offering. Unless otherwise indicated, all information in this prospectus, including the number of shares that will be outstanding after this offering and other share-related information, excludes:

- 4,349,519 shares of common stock issuable upon the exercise of director and employee options outstanding as of June 30, 2020, at a weighted average exercise price of $13.95 per share;

- 54,595 shares of common stock issuable upon the exercise of LGJV personnel options outstanding as of June 30, 2020, at a weighted average exercise price of $7.37 per share;

- 12,000 shares of common stock issuable upon the exercise of options granted after June 30, 2020, at a weighted average exercise price of $12.00 per share;

- 970,000 shares of common stock issuable upon the exercise of options granted upon the pricing of this offering, as described under "Executive and Director Compensation—Stock Option Grants," at an exercise price per share equal to the public offering price in this offering;

- 182,714 shares of common stock issuable upon the conversion of deferred share units ("DSUs") granted to certain employees and to directors; and

- 9,431,172 additional shares of common stock reserved for future issuance under our Amended and Restated Long Term Incentive Plan, as well as any automatic increases in the number of shares of our common stock reserved for future issuance under the Amended and Restated Long Term Incentive Plan.

See "Executive and Director Compensation—Stock Option Grants" and "Executive and Director Compensation—Director Compensation." See also "Description of Capital Stock."