# EXHIBIT 11

TABLE OF CONTENTS

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-257843**

*PROSPECTUS*

## 11,430,000 Shares



# GATOS SILVER, INC.
# COMMON STOCK

We are selling 8,930,000 shares of common stock and the selling stockholders identified in this prospectus are selling 2,500,000 shares of common stock to the underwriters in a firm commitment offering.

Our common stock is listed on the New York Stock Exchange ("NYSE") and the Toronto Stock Exchange ("TSX") under the symbol "GATO." On July 14, 2021, the last reported sale price of our common stock on the NYSE was $14.52 per share.

The underwriters have an option to purchase up to 1,339,500 additional shares of common stock from us and up to 375,000 additional shares of common stock from the selling stockholders. The underwriters can exercise this option at any time within 30 days from the date of this prospectus.

We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act") and are therefore subject to reduced reporting requirements.

**Investing in our common stock involves risks. See the "Risk Factors" section in our Annual Report on Form 10-K for the year ended December 31, 2020 and beginning on page 9 of this prospectus.**

| | Per Share | Total |
|---|---|---|
| Public offering price | $ 14.00 | $160,020,000 |
| Underwriting discounts and commissions[1] | $ 0.63 | $ 7,200,900 |
| Proceeds, before expenses, to: | | |
|   Us | $ 13.37 | $119,394,100 |
|   The selling stockholders | $ 13.37 | $ 33,425,000 |

[1] See "Underwriting and Plan of Distribution" for a description of compensation to be paid to the underwriters.

Delivery of the shares of common stock will be made on or about July 19, 2021 through the book entry facilities of The Depositary Trust Company.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

| | | |
|---|---|---|
| **BMO Capital Markets** | **Goldman Sachs & Co. LLC** | **RBC Capital Markets** |
| **Canaccord Genuity** | | **CIBC Capital Markets** |

The date of this prospectus is July 15, 2021

TABLE OF CONTENTS

**THE OFFERING**

| | |
|---|---|
| Common stock offered by us | 8,930,000 shares. |
| Common stock offered by the selling stockholders | 2,500,000 shares. |
| Common stock to be outstanding after this offering | 68,339,052 shares (or 69,678,552 shares if the underwriters exercise in full their option to purchase additional shares of common stock). |
| Option to purchase additional shares of common stock | The underwriters have an option for a period of 30 days to purchase up to 1,339,500 additional shares of common stock from us and up to 375,000 additional shares of common stock from the selling stockholders. |
| Use of proceeds | We estimate that the net proceeds to us from this offering will be approximately $118.1 million (or approximately $136.0 million if the underwriters exercise in full their option to purchase additional shares of common stock), after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us. |

The amount required to fund our obligations under the Confirmation Agreement and our expected cash requirement for the next twelve months, less our existing cash and cash equivalents, is $135.7 million (the "Required Amount"). The Required Amount, less the maximum amount available to us under the Credit Agreement, adjusted for the Liquidity Covenant, is $105.7 million (the "Threshold Amount").

If the net proceeds of this offering are equal to or greater than the Required Amount, we intend to use the net proceeds from this offering, together with our existing cash and cash equivalents, to fund our obligations under the Confirmation Agreement relating to the repayment by the LGJV of all indebtedness under the Dowa Term Loan.

If the net proceeds of this offering are less than the Required Amount, but not less than the Threshold Amount, we intend to use the net proceeds from this offering, together with our existing cash and cash equivalents and any necessary amount borrowed under the Credit Agreement, to fund our obligations under the Confirmation Agreement relating to the repayment by the LGJV of all indebtedness under the Dowa Term Loan.

Since the completion of the transactions contemplated in the Confirmation Agreement (including, without limitation, the repayment by the LGJV of all indebtedness under the Dowa Term Loan) are subject to certain conditions precedent set forth in the Confirmation Agreement, there can be no assurance that the transactions contemplated by the Confirmation Agreement will occur; however, we will endeavor to satisfy those conditions precedent in the Confirmation Agreement that are within our control. See "Recent Developments-Confirmation Agreement and Credit Agreement." This offering is not subject to the repayment by the LGJV of all indebtedness under the Dowa Term Loan. If the repayment by the LGJV of all indebtedness under the Dowa Term Loan does not occur for any reason, including because the net proceeds from this offering are less than the Threshold Amount, we

5

TABLE OF CONTENTS

|  | intend to use the net proceeds from this offering for general corporate purposes. In addition, if the repayment by the LGJV of all indebtedness under the Dowa Term Loan does not occur because the net proceeds from this offering are less than the Threshold Amount, we may seek to negotiate an amendment to the Confirmation Agreement for the partial repayment by the LGJV of indebtedness under the Dowa Term Loan.<br><br>We will not receive any proceeds from the sale of common stock by the selling stockholders in this offering.<br><br>See "Use of Proceeds." |
|---|---|
| Risk factors | See the "Risk Factors" section in our Annual Report on Form 10-K for the year ended December 31, 2020 and in this prospectus for a discussion of factors you should carefully consider before deciding whether to invest in our common stock. |
| Listing | Our common stock is listed on the NYSE and the TSX under the symbol "GATO." |

Unless otherwise indicated, all information in this prospectus, including the number of shares of common stock that will be outstanding after this offering and other share-related information, is based on 59,409,052 shares of common stock outstanding as of April 1, 2021 and excludes:

- 144,589 shares of common stock that we hold as treasury stock;

- 5,206,227 shares of common stock issuable upon the exercise of director and employee options outstanding as of March 31, 2021, at a weighted average exercise price of $12.66 per share;

- 43,676 shares of common stock issuable upon the exercise of LGJV personnel options outstanding as of March 31, 2021, at a weighted average exercise price of $7.23 per share;

- 225,152 shares of common stock issuable upon the conversion of deferred share units ("DSUs") outstanding as of March 31, 2021; and

- 9,524,945 additional shares of common stock reserved for future issuance under our Amended and Restated Long Term Incentive Plan, as well as any automatic increases in the number of shares of our common stock reserved for future issuance under the Amended and Restated Long Term Incentive Plan.

Unless otherwise indicated, all information in this prospectus assumes:

- no exercise of outstanding options and no conversion of DSUs described above; and

- no exercise of the option to purchase additional shares of common stock by the underwriters.