UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others
Similarly Situated,

       Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD, and
DANIEL MUÑIZ QUINTANILLA,

       Defendants.

---

**DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

---

JOSEPH A. FONTI declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that

the following is true:

1.      I am an attorney admitted *pro hac vice* to practice law in this Court and am a partner

at Bleichmar Fonti & Auld LLP, the Court-appointed Lead Counsel in this action.[1]

---

[1] Capitalized terms not defined herein have the meanings stated in the Complaint (ECF 54).

2.	I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint.

3.	Attached hereto as Exhibit A is a true and correct copy of Gatos's Form 8-K and attached press release titled, "Gatos Silver Provides Updates on Cerro Los Gatos Mineral Reserve, Mineral Resource, and Life of Mine Plan," dated October 3, 2022.

4.	Attached hereto as Exhibit B is a true and correct excerpted copy of a Form 6-K filed with the SEC by Minefinders Corporation Ltd., dated October 21, 2009, including a Technical Report on the La Bolsa Property Sonora, Mexico dated October 16, 2009, signed by David Linebarger.

5.	Attached hereto as Exhibit C is a true and correct copy of David Linebarger's LinkedIn profile as of November 23, 2022, available at https://www.linkedin.com/in/david-linebarger-14854669/.

6.	Attached hereto as Exhibit D is a true and correct copy of a Gatos press release titled, "Gatos Silver Provides Bi-Weekly Status Report," dated August 19, 2022 and available at https://investor.gatossilver.com/news/news-details/2022/Gatos-Silver-Provides-Bi-Weekly-Status-Report-c8235b22e/default.aspx.

7.	Attached hereto as Exhibit E is a true and correct copy of Gatos's Form 8-K, dated September 30, 2022.

8.	Attached hereto as Exhibit F is a true and correct excerpted copy of Gatos's prospectus dated October 27, 2020, and filed pursuant to Rule 424(b)(4) with the SEC on October 29, 2020.

2

9.　　Attached hereto as Exhibit G is a true and correct excerpted copy of Gatos's prospectus dated July 15, 2021, and filed pursuant to Rule 424(b)(4) with the SEC on July 15, 2021.

10.　　Attached hereto as Exhibit H is a true and correct copy of Gatos's Form S-8 dated and filed with the SEC on October 30, 2020.

11.　　Attached hereto as Exhibit I is a timeline of selected key events prepared by Lead Counsel.

Dated: November 23, 2022

_s/ Joseph A. Fonti_
Joseph A. Fonti