# Exhibit B

**Excerpted copy of a Form 6-K filed with the SEC by Minefinders Corporation Ltd., dated October 21, 2009, including a Technical Report on the La Bolsa Property Sonora, Mexico dated October 16, 2009, signed by David Linebarger**

6-K 1 minefinders6ktroct7.htm

---

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549**

**Form 6-K**

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 UNDER THE SECURITIES EXCHANGE
ACT OF 1934**

For the month of October, 2009

Commission File Number 001-31586

Minefinders Corporation Ltd.
(Translation of registrant's name into English)

Suite 2288 - 1177 West Hastings Street, Vancouver, BC V6E 2K3, Canada
(Address of principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F. Form 20-F [ ]    Form 40-F ☒

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): [ ]

**Note**: Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): [ ]

**Note**: Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organized (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission fling on EDGAR.

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.    Yes [ ]    No ☒

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): 82-_____.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.


MINEFINDERS CORPORATION LTD.
(Registrant)


Date October 21, 2009


By: /s/ Mark H. Bailey
Name:  Mark H. Bailey
Title:    President and Chief Executive Officer



# TECHNICAL REPORT ON THE LA BOLSA PROPERTY
# SONORA, MEXICO





SONORAN RESOURCES, LLC
Optimize Your Investment

**Prepared For:**

**MINEFINDERS CORPORATION LTD.**
**2288-1177 W. Hastings St.**
**Vancouver, BC V6E 2K3 Canada**
**Phone: (604) 687-6263**

**And**

**Sonoran Resources, LLC**

**5597 West County 15th St.**
**Somerton, AZ 85350**
**Phone: (928) 627-2342**

**October 16, 2009**

Prepared by:
David Linebarger, Associate, Sacrison Engineering, MAusIMM
Ralph R. Sacrison PE, Principal, Sacrison Engineering
Tench C. Page, VP Exploration, Minefinders Corporation Ltd.
Brian Metzenheim, Project Manager, Minefinders USA, Inc.
Zachary J. Black, Engineer, Minefinders USA Inc.

---

*Sacrison Engineering*  320 Poplar Drive   Elko, NV  89801   Tel: 775-777-7455  Fax: 775-549-8949
www.sacrison-engineering.com

Case No. 1:22-cv-00453-PAB-KAS    Document 67-3    filed 11/23/22    USDC Colorado
pg 5 of 13

**Minefinders Corporation LTD**                                                                    **La Bolsa Project**
**Sonoran Resources, LLC**                                                                         **Technical Report**

### Table of Contents

List of Tables
1    SUMMARY
  1.1    LOCATION AND OWNERSHIP
  1.2    GEOLOGY AND MINERALIZATION
  1.3    EXPLORATION HISTORY
  1.4    MINERAL RESOURCE ESTIMATE
  1.5    CONCLUSIONS AND RECOMMENDATIONS
2    INTRODUCTION
  2.1    PURPOSE
  2.2    SOURCES OF INFORMATION
  2.3    SITE VISIT
  2.4    ABBREVIATIONS
3    RELIANCE ON OTHER EXPERTS
4    PROPERTY DESCRIPTION AND LOCATION
  4.1    PROPERTY LOCATION AND ACCESS
  4.2    CLAIMS, CONCESSIONS
  4.3    SURVEY OF PROPERTY
  4.4    ROYALTIES
  4.5    ENVIRONMENTAL LIABILITIES
  4.6    REQUIRED PERMITS AND STATUS
5    ACCESSIBILITY, CLIMATE, LOCAL RESOURCES, INFRASTRUCTURE AND PHYSIOGRAPHY
  5.1    PHYSIOGRAPHY
  5.2    CLIMATE
  5.3    PROXIMITY OF THE PROPERTY TO A POPULATION CENTER AND THE NATURE OF TRANSPO(
  5.4    AVAILABILITY AND SOURCES OF POWER, WATER, AND PERSONNEL
  5.5    SUFFICIENCY OF SURFACE RIGHTS FOR MINING OPERATIONS
  5.6    INFRASTRUCTURE
6    HISTORY
  6.1    GENERAL
  6.2    PRIOR OWNERSHIP AND CHANGES IN OWNERSHIP
  6.3    HISTORICAL RESOURCE/RESERVE ESTIMATES
  6.4    PAST PRODUCTION
7    GEOLOGICAL SETTING
  7.1    REGIONAL GEOLOGY
  7.2    LOCAL GEOLOGY
    7.2.1    LITHOLOGIES
    7.2.2    STRUCTURE



**Minefinders Corporation LTD**    **La Bolsa Project**
**Sonoran Resources, LLC**    **Technical Report**

| | | |
|---|---|---|
| 8 | DEPOSIT TYPES | 29 |
| 8.1 | MINERAL DEPOSIT TYPES | 29 |
| 9 | MINERALIZATION | 29 |
| 9.1 | DESCRIPTION | 29 |
| 9.2 | ALTERATION | 32 |
| 9.3 | SILICIFICATION AND STOCKWORK DEVELOPMENT | 32 |
| 9.4 | DRILL CORE EXAMINATION | 33 |
| 10 | EXPLORATION | 35 |
| 10.1 | GEOLOGY MAPPING | 35 |
| 10.2 | SURFACE SAMPLING AND GEOCHEMISTRY | 35 |
| 10.3 | GEOPHYSICS | 36 |
| 11 | DRILLING | 37 |
| 11.1 | YEARLY DRILLING | 37 |
| 11.2 | DRILLING PROCEDURES and CONDITIONS | 39 |
| 11.3 | SUMMARY AND INTERPRETATION OF RESULTS | 39 |
| 12 | SAMPLING METHOD AND APPROACH | 40 |
| 12.1 | SAMPLING METHODS, LOCATION, NUMBER, TYPE, NATURE AND SPACING | 40 |
| 12.2 | DIAMOND DRILLING CORE SAMPLING | 40 |
| 12.3 | REVERSE CIRCULATION SAMPLING | 41 |
| 12.4 | SAMPLING INTERVALS | 46 |
| 12.5 | DENSITY DETERMINATIONS | 46 |
| 13 | SAMPLE PREPARATION, ANALYSIS AND SECURITY | 46 |
| 13.1 | SAMPLE PREPARATION AND SECURITY | 46 |
| 13.2 | ANALYTICAL METHODS | 47 |
| 13.3 | QUALITY CONTROL | 47 |
| 13.4 | ADEQUACY OF PROCEDURES | 48 |
| 14 | DATA VERIFICATION | 48 |
| 14.1 | DRILL HOLE SURVEYS | 48 |
| 14.2 | SAMPLING AND ANALYTICAL DATA VERIFICATION | 48 |
| 14.2.1 | INDEPENDENT SAMPLING | 48 |
| 14.2.2 | FIELD SPLITS | 49 |
| 14.2.3 | STANDARDS | 52 |
| 14.2.4 | BLANKS | 55 |
| 14.3 | NATURE AND LIMITATIONS OF VERIFICATIONS | 55 |
| 14.4 | ELECTRONIC DATABASE VERIFICATION | 55 |
| 15 | ADJACENT PROPERTIES | 55 |
| 16 | MINERAL PROCESSING AND METALLURGICAL TESTING | 56 |
| 17 | MINERAL RESOURCE AND MINERAL RESERVE ESTIMATES | 58 |
| 17.1 | PERTINENT DATA | 58 |



**Minefinders Corporation LTD**                              **La Bolsa Project**
**Sonoran Resources, LLC**                                   **Technical Report**

| | | |
|---|---|---|
| 17.1.1 | DRILL HOLE ASSAYS | 58 |
| 17.1.2 | TOPOGRAPHY | 59 |
| 17.1.3 | BULK DENSITY | 59 |
| 17.2 | GOLD AND SILVER ASSAY STATISTICS | 59 |
| 17.3 | COMPOSITING | 62 |
| 17.4 | GRADE CAPPING | 65 |
| 17.5 | GRADE ENVELOPE DEVELOPMENT | 66 |
| 17.1 | VARIOGRAPHY | 69 |
| 17.2 | GRADE ESTIMATION | 72 |
| 17.2.1 | BLOCK MODEL | 72 |
| 17.2.2 | GRADE ENVELOPE APPLICATION | 72 |
| 17.2.3 | GRADE ESTIMATION | 72 |
| 17.2.4 | BLOCK GRADE VERIFICATION | 74 |
| 17.3 | RESOURCE CLASSIFICATION | 75 |
| 17.4 | CONFIDENCE LEVELS OF KEY CRITERIA | 76 |
| 17.5 | LA BOLSA MINERAL RESOURCE SUMMARY | 77 |
| 17.6 | ISSUES THAT MAY AFFECT THE RESOURCE | 79 |
| 18 | OTHER RELEVANT DATA AND INFORMATION | 79 |
| 19 | CONCLUSIONS AND RECOMMENDATIONS | 79 |
| 20 | REFERENCES | 81 |
| 21 | DATE AND SIGNATURE PAGE | 83 |
| 22 | CERTIFICATE OF AUTHORS | 84 |
| 23 | LIST OF APPENDICES | 88 |
| 23.1 | APPENDIX A – TWIN HOLE STATISTICAL SUMMARY | 88 |
| 23.2 | APPENDIX B – DEFINITIONS OF RESOURCE CATEGORIES | 88 |

**List of Tables**

| | |
|---|---|
| Table 1-1 La Bolsa Resource Estimate | 11 |
| Table 2-1 Table of Conversions | 14 |
| Table 6-1 Drill Holes Used in the Mineral Resource Model | 23 |
| Table 14-1 La Bolsa MPH Consulting Independent Sampling | 49 |
| Table 14-2 Standards Analyzed by Inspectorate (2009 Drilling) | 53 |
| Table 14-3 Standards Analyzed by Chemex (2003-2008 Drilling) | 54 |
| Table 16-1 Column Leach Test Results | 57 |
| Table 17-1 La Bolsa Assay Summary Statistics | 59 |
| Table 17-2 Summary Statistics - Core and RC Samples | 62 |
| Table 17-3 La Bolsa Summary Statistics for 2m Composites | 62 |
| Table 17-4 Resource Model Coding | 68 |



*Sacrison Engineering*  4 / 88

**Minefinders Corporation LTD**                                    **La Bolsa Project**
**Sonoran Resources, LLC**                                          **Technical Report**

Table 17-5 Measured, Indicated and Inferred Classification Parameters          75
Table 17-6 Confidence Levels of Key Criteria                                   76
Table 17-7 La Bolsa Resource Estimate                                          78


**List of Figures**

Figure 1-1 La Bolsa Location Map                                                8
Figure 4-1 La Bolsa General Location Map                                       16
Figure 4-2 Minefinders Northern Sonora ABE Concession                         18
Figure 4-3 Minefinder's Northern Sonora Concessions                           19
Figure 7-1 Regional Geology                                                    25
Figure 7-2 La Bolsa Property Geology Map                                       28
Figure 9-1 La Bolsa Conceptual Geologic Section                               30
Figure 9-2 La Bolsa Mineralization Area                                        31
Figure 9-3 Core Display - Hole LB09-72C                                        33
Figure 9-4 Core Display – Hole LB09-70C                                        34
Figure 9-5 Core Display - Hole LB09-79C                                        34
Figure 10-1 Gold in Surface Samples                                           36
Figure 11-1 Drill Hole Collar Map                                             38
Figure 12-1 Core-RC Twin Au Values                                            42
Figure 12-2 Core-RC Twin Au Values                                            43
Figure 12-3 Core-RC Twin Au Values                                            43
Figure 12-4 Core-RC Twin Au Values                                            44
Figure 12-5 Core-RC Twin Au Values                                            44
Figure 12-6 Core-RC Twin Au Values                                            45
Figure 12-7 Core-RC Twin Au Values                                            45
Figure 14-1 LB95-1 Selected Assays vs. Field Splits - Gold                    50
Figure 14-2 LB95-2 Selected Assays vs. Field Splits – Gold                    51
Figure 14-3 Field Splits, Differing Assayers, Multiple Core Holes             52
Figure 14-4 Inspectorate 2009 Drilling Scatter Plot                           53
Figure 14-5 Chemex 2003-2008 Drilling Scatter Plot                            54
Figure 17-1 Gold Assay Histogram                                              60
Figure 17-2 Gold Assay Cumulative Frequency                                   60
Figure 17-3 Silver Assay Histogram                                            61
Figure 17-4 Silver Assay Cumulative Frequency                                 61
Figure 17-5 Gold 2m Composites Histogram                                      63
Figure 17-6 Gold 2m Composites Cumulative Frequency                           63
Figure 17-7 Silver 2m Composites Histogram                                    64
Figure 17-8 Silver 2m Composites Cumulative Frequency                         64
Figure 17-9 Gold 2m Composites Probability Plot - Capped                      65




**Minefinders Corporation LTD**                                                                    **La Bolsa Project**
**Sonoran Resources, LLC**                                                                        **Technical Report**

Figure 17-10 Silver 2m Composites Probability Plot – Capped                         66
Figure 17-11 Cross-Section 645 XV Showing Grade Envelope Development        67
Figure 17-12 Gold Variogram for Major Direction                                          70
Figure 17-13 Gold Composite Variogram for Semi-major Direction               71
Figure 17-14 Block Model Section 645 XV                                                    73
Figure 17-15 Gold Estimated Grades vs. Composite Grade                           74



*Sacrison Engineering*  6 / 88

**Minefinders Corporation LTD**                                                                   **La Bolsa Project**
**Sonoran Resources, LLC**                                                                        **Technical Report**

## 21  DATE AND SIGNATURE PAGE

Effective Date of report:                                                    October  12, 2009

Completion Date of report:                                                   October  16, 2009

*'David Linebarger'*
_____     October  16, 2009

David Linebarger                                                             Date Signed

*'Ralph R. Sacrison'*
_____     October  16, 2009

Ralph R. Sacrison, P.E.                                                      Date Signed



*Sacrison Engineering*  83 / 88

**Minefinders Corporation LTD**                                      **La Bolsa Project**
**Sonoran Resources, LLC**                                          **Technical Report**

## 22  CERTIFICATE OF AUTHORS

**DAVID LINEBARGER**
Sacrison Engineering
320 Poplar Drive
Elko, NV 89801-4508
USA

Tel: 775-753-9490                                          sidescope@gmail.com
Fax:  775-549-8949                                   www.sacrison-engineering.com

I, **David Linebarger**, do hereby certify that:

1.  I am currently employed as Associate Mining Engineer by Sacrison Engineering  of 320 Poplar Drive, Elko, Nevada.

2.  I graduated from the University of Nevada, Reno in 1981 with a bachelor's degree in Mining Engineering.  I have worked continuously within the mining industry for more than 25 years.

3.  I have been a member of the Society for Mining, Metallurgy and Exploration (SME) since 1978, and a member of the Australasian Institute of Mining and Metallurgy (AusIMM) since 2008.

4.  I have read the definition of 'qualified person' set out in National Instrument 43-101 ('NI 43- 101') and certify that by reason of my education, affiliation with a professional association (as defined in NI 43-101), and past relevant work experience, I fulfill the requirements to be a 'qualified person' for the purposes of NI 43-101.

5.  I am responsible, or have co-responsibility, for all the sections in this report titled, '***Technical Report on the La Bolsa Property***', dated October 16, 2009 (the 'Technical Report'), subject to my reliance on other experts identified in Section 3.

6.  I visited the La Bolsa, Sonora property on June 23, 2009 for one day.

7.   I have had no prior involvement with the property or project that is the subject of the Technical Report.

8.  As of the date of the certificate, to the best of my knowledge, information and belief, this Technical Report contains all the scientific and technical information that is required to be disclosed to make this technical report not ambiguous.



**Minefinders Corporation LTD**                                          **La Bolsa Project**
**Sonoran Resources, LLC**                                               **Technical Report**

9.  I am independent of Minefinders Corporation Limited and Sonoran Resources LLC., and all of each of their subsidiaries, as defined in Section 1.4 of NI 43-101 and in Section 3.5 of the Companion Policy to NI 43-101.

10. I have read NI 43-101 and Form 43-101F1, and the Technical report has been prepared in compliance with that instrument and form.

11. This Technical report contains information relating to mineral titles, permitting, environmental matters, regulatory issues and legal agreements.  I am not a legal, environmental or regulatory professional, and do not offer an opinion regarding these issues.

12. I consent to the filing of the Technical Report with any stock exchange and other regulatory authority and any publication by them of the Technical Report for regulatory purposes, including electronic publication in the public company files on their websites accessible by the public.

13. Copies of this report are submitted as a computer readable file in Adobe Acrobat PDF ® format.  The requirements of electronic filing necessitate submitting the report as an unlocked, editable file.  Neither I nor Sacrison Engineering accept any responsibility for any changes made to the file after it leaves our control.

October 16, 2009

*'David Linebarger'*
_____

David Linebarger



*Sacrison Engineering*  85 / 88