# Exhibit C

**David Linebarger's LinkedIn profile as of November 23, 2022, available at https://www.linkedin.com/in/david-linebarger-14854669/**



# David Linebarger

Cabinetmaker

-  N/A

Spring Creek, Nevada, United States · **Contact info**

**129** connections

🔒 Message    + Follow    More

## Activity

130 followers

### David hasn't posted lately

David's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Retired**
N/A
Feb 2022 · Present · 10 mos

## Licenses & certifications

 **Registered Member (RM  SME)**
SME
Issued Jan 2014 · No Expiration Date
Credential ID 1917350RM





**Senapratti Viswanathan**

• 3rd+

Retired at University of Arkansas

**+ Connect**

**gregory meisch**

• 3rd+

Gregory Meisch Appraisal Services

**+ Connect**

**Gregory Meisch**

• 3rd+

ceo

**+ Connect**

**Greg Meisch**

• 3rd+

Sort Manager at FedEx Ground

**+ Connect**

**Yvette Bragg**

• 3rd+

Administrative Analyst at Henderson State University

**🔒 Message**

Show more ⌄