# Exhibit F

**Excerpted copy of Gatos's prospectus dated
October 27, 2020, and filed pursuant to
Rule 424(b)(4) with the SEC on October 29, 2020**

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-249224**

**PROSPECTUS**

## 21,430,000 SHARES



# GATOS SILVER, INC.

## COMMON STOCK

We are selling 21,430,000 shares of common stock to the underwriters in a firm commitment offering.

Prior to this offering, there has been no public market for our common stock. The initial public offering price is $7.00 per share. We have received approval to list our common stock on the New York Stock Exchange ("NYSE") and have received conditional approval to list our common stock on the Toronto Stock Exchange ("TSX") under the symbol "GATO."

The underwriters have an option to purchase a maximum of 3,214,500 additional shares of common stock from us to cover over-allotments. The underwriters can exercise this option at any time within 30 days from the date of this prospectus.

We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act") and will therefore be subject to reduced reporting requirements.

**Investing in our common stock involves risks. See "Risk Factors" beginning on page 28 of this prospectus.**

|  | Per Share | Total |
| --- | --- | --- |
| Public offering price | $7.00 | $150,010,000 |
| Underwriting discounts and commissions(1) | $0.49 | $10,500,700 |
| Proceeds, before expenses, to us | $6.51 | $139,509,300 |

(1)     See "Underwriting and Plan of Distribution" for a description of compensation to be paid to the underwriters.

Delivery of the shares of common stock will be made on or about October 30, 2020 through the book-entry facilities of The Depositary Trust Company.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

| | | |
| --- | --- | --- |
| **BMO Capital Markets** | **Goldman Sachs & Co. LLC** | **RBC Capital Markets** |
| **Canaccord Genuity Corp.** | | **CIBC Capital Markets** |

The date of this prospectus is October 27, 2020.

# TABLE OF CONTENTS

| | Page |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| THE OFFERING | 23 |
| SUMMARY CONSOLIDATED FINANCIAL DATA | 26 |
| RISK FACTORS | 28 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 53 |
| USE OF PROCEEDS | 55 |
| DIVIDEND POLICY | 57 |
| CAPITALIZATION | 58 |
| DILUTION | 59 |
| SELECTED CONSOLIDATED FINANCIAL DATA | 61 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 63 |
| SILVER INDUSTRY OVERVIEW | 78 |
| BUSINESS | 85 |
| MANAGEMENT | 125 |
| EXECUTIVE AND DIRECTOR COMPENSATION | 133 |
| CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS | 144 |
| PRINCIPAL SHAREHOLDERS | 148 |
| DESCRIPTION OF CAPITAL STOCK | 151 |
| U.S. FEDERAL TAX CONSIDERATIONS FOR NON-U.S. HOLDERS OF COMMON STOCK | 155 |
| CANADIAN FEDERAL INCOME TAX CONSEQUENCES FOR CANADIAN HOLDERS | 158 |
| SHARES ELIGIBLE FOR FUTURE SALE | 162 |
| UNDERWRITING AND PLAN OF DISTRIBUTION | 164 |
| LEGAL PROCEEDINGS | 173 |
| LEGAL MATTERS | 173 |
| EXPERTS | 173 |
| WHERE YOU CAN FIND MORE INFORMATION | 174 |
| GLOSSARY OF TECHNICAL TERMS | 175 |
| INDEX TO FINANCIAL STATEMENTS | F-1 |

We and the underwriters have not authorized anyone to provide any information other than that contained in this prospectus or in any free writing prospectus prepared by or on behalf of us or to which we have referred you. We and the underwriters take no responsibility for, and can provide no assurance and make no representation as to the reliability of, any other information that others may give you. We are offering to sell and are seeking offers to buy, shares of our common stock only in jurisdictions where offers and sales are permitted. The information contained in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or of any sale of our common stock.

## ABOUT THIS PROSPECTUS

Immediately prior to the closing of this offering, we intend to effect a reorganization (the "Reorganization") in which (i) Silver Opportunity Partners LLC ("SOP") will become a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation ("SOP Corporation"), (ii) each share of our common stock outstanding immediately prior to the Reorganization will be exchanged for (A) approximately 0.39406 shares of our common stock (subject

**SHARES ELIGIBLE FOR FUTURE SALE**

Prior to this offering, there has been no market for our common stock. Future sales of substantial amounts of our common stock in the public market could adversely affect market prices prevailing from time to time. Furthermore, because only a limited number of shares will be available for sale shortly after this offering due to existing contractual and legal restrictions on resale as described below, there may be sales of substantial amounts of our common stock in the public market after the restrictions lapse. This may adversely affect the prevailing market price and our ability to raise equity capital in the future.

Upon the completion of this offering, after giving effect to (i) the Reorganization, (ii) the issuance of an aggregate of 47,061 shares of common stock to our executive officers in connection with this offering, as described in "Certain Relationships and Related Party Transactions—Grants to Certain Executive Officers in Connection with This Offering," (iii) the conversion of our outstanding convertible notes into an aggregate of 2,712,003 shares of common stock in connection with this offering, and (iv) the issuance and sale of 21,430,000 shares of common stock in this offering, we will have 55,968,576 shares of common stock outstanding, assuming no exercise of the underwriters' over-allotment option, no exercise of any options outstanding as of the date hereof and no conversion of any DSUs outstanding on the date hereof. All of the shares sold in this offering will be freely transferable without restriction or registration under the U.S. Securities Act, except for any shares purchased by one of our existing "affiliates," as that term is defined in Rule 144 under the U.S. Securities Act. See "Underwriting and Plan of Distribution." The remaining shares of common stock outstanding are "restricted shares" as defined in Rule 144. Restricted shares may be sold in the public market only if registered or if they qualify for the exemption from registration under Rules 144 or 701 under the U.S. Securities Act. As a result of the contractual 180-day lock-up period described below and the provisions of Rules 144 and 701, these shares will be available for sale in the public market as follows:

| Number of Shares | Date |
|---|---|
| 21,430,000 | On the date of this prospectus. |
| 1,126,295 | After 90 days from the date of this prospectus. |
| 33,412,281 | After 180 days from the date of this prospectus (subject, in some cases, to volume limitations). |

**Rule 144**

In general, a person who has beneficially owned restricted shares of our common stock for at least six months would be entitled to sell such securities, provided that (i) such person is not deemed to have been one of our affiliates at the time of, or at any time during the 90 days preceding, a sale and (ii) we are subject to the Exchange Act periodic reporting requirements for at least 90 days before the sale. Persons who have beneficially owned restricted shares of our common stock for at least six months but who are our affiliates at the time of, or any time during the 90 days preceding, a sale, would be subject to additional restrictions, by which such person would be entitled to sell within any three month period only a number of securities that does not exceed the greater of either of the following:

- 1% of the number of shares of our common stock then outstanding, which will equal approximately 559,686 shares immediately after this offering, assuming no exercise of the underwriters' over-allotment option; or

- the average weekly trading volume of our common stock on the NYSE during the four calendar weeks preceding the filing of a notice on Form 144 with respect to the sale;

162

provided, in each case, that we are subject to the Exchange Act periodic reporting requirements for at least 90 days before the sale. Such sales both by affiliates and by non-affiliates must also comply with the manner of sale, current public information and notice provisions of Rule 144 to the extent applicable.

## Rule 701

In general, under Rule 701, any of our employees, directors, officers, consultants or advisors who purchase shares from us in connection with a compensatory stock or option plan or other written agreement before the effective date of this offering is entitled to resell such shares 90 days after the effective date of this offering in reliance on Rule 144, without having to comply with the holding period requirements or certain other restrictions contained in Rule 701.

The SEC has indicated that Rule 701 will apply to typical stock options granted by an issuer before it becomes subject to the reporting requirements of the Exchange Act, along with the shares acquired upon exercise of such options, including exercises after the date of this prospectus. Securities issued in reliance on Rule 701 are restricted securities and, subject to the terms of any lock-up agreement described below, beginning 90 days after the date of this prospectus, may be sold by persons other than "affiliates," as defined in Rule 144, subject only to the manner of sale provisions of Rule 144, and by "affiliates" under Rule 144 without compliance with its one-year minimum holding period requirement.

## Stock Options

As of the date hereof, after giving effect to the Reorganization, options to purchase a total of 4,416,114 shares of our common stock and DSUs convertible into 182,714 shares of our common stock were outstanding, substantially all of which are subject to lock-up agreements. After this offering, an additional 9,431,172 shares of our common stock will be available for future option grants under our Long Term Incentive Plan.

Upon the completion of this offering, we intend to file a registration statement under the U.S. Securities Act covering all shares of common stock subject to outstanding options or issuable pursuant to our Long Term Incentive Plan. Shares registered under such registration statement will be available for sale in the open market, subject to Rule 144 volume limitations applicable to affiliates, vesting restrictions with us or the terms of any lock-up agreement described below.

## Lock-up Agreements

We, our executive officers and directors and the holders of substantially all of our outstanding shares of common stock have entered into lock-up agreements with the underwriters. Under these agreements, subject to certain exceptions, we and each of these persons may not, without the prior written approval of BMO Capital Markets Corp., Goldman Sachs & Co. LLC and RBC Capital Markets, LLC, offer, sell, contract to sell, pledge, or otherwise dispose of, directly or indirectly, or hedge our common stock or securities convertible into or exchangeable or exercisable for our common stock. These restrictions will be in effect for a period of 180 days after the date of this prospectus, which period is subject to extension. At any time, BMO Capital Markets Corp., Goldman Sachs & Co. LLC and RBC Capital Markets, LLC may, in their sole discretion, release some or all the securities from these lock-up agreements. There are no agreements, understandings or intentions, tacit or explicit, to release any of the common stock subject to lock-up agreements prior to the expiration of the lock-up period.

## Registration Rights

Prior to the consummation of this offering, we will enter into a registration rights agreement with certain of our shareholders pursuant to which we will grant certain of our shareholders and their affiliates certain registration rights with respect to our shares of common stock owned by them following the expiration of the lock-up period described above under "—Lock-up Agreements." See "Certain Relationships and Related Party Transactions—Registration Rights Agreement."