# Exhibit G

**Excerpted copy of Gatos's prospectus dated July 15, 2021, and filed pursuant to Rule 424(b)(4) with the SEC on July 15, 2021**

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-257843**

*PROSPECTUS*

## 11,430,000 Shares



# GATOS SILVER, INC.
# COMMON STOCK

We are selling 8,930,000 shares of common stock and the selling stockholders identified in this prospectus are selling 2,500,000 shares of common stock to the underwriters in a firm commitment offering.

Our common stock is listed on the New York Stock Exchange ("NYSE") and the Toronto Stock Exchange ("TSX") under the symbol "GATO." On July 14, 2021, the last reported sale price of our common stock on the NYSE was $14.52 per share.

The underwriters have an option to purchase up to 1,339,500 additional shares of common stock from us and up to 375,000 additional shares of common stock from the selling stockholders. The underwriters can exercise this option at any time within 30 days from the date of this prospectus.

We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act") and are therefore subject to reduced reporting requirements.

**Investing in our common stock involves risks. See the "Risk Factors" section in our Annual Report on Form 10-K for the year ended December 31, 2020 and beginning on page 9 of this prospectus.**

|  | Per Share | Total |
|---|---|---|
| Public offering price | $ 14.00 | $160,020,000 |
| Underwriting discounts and commissions[1] | $ 0.63 | $ 7,200,900 |
| Proceeds, before expenses, to: |  |  |
|   Us | $ 13.37 | $119,394,100 |
|   The selling stockholders | $ 13.37 | $ 33,425,000 |

[1]  See "Underwriting and Plan of Distribution" for a description of compensation to be paid to the underwriters.

Delivery of the shares of common stock will be made on or about July 19, 2021 through the book entry facilities of The Depositary Trust Company.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

# BMO Capital Markets  Goldman Sachs & Co. LLC  RBC Capital Markets

**Canaccord Genuity**                               **CIBC Capital Markets**

The date of this prospectus is July 15, 2021

**TABLE OF CONTENTS**

| | Page |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| RISK FACTORS | 9 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 12 |
| USE OF PROCEEDS | 14 |
| DIVIDEND POLICY | 15 |
| CAPITALIZATION | 16 |
| DILUTION | 17 |
| PRINCIPAL AND SELLING STOCKHOLDERS | 18 |
| DESCRIPTION OF CAPITAL STOCK | 21 |
| U.S. FEDERAL TAX CONSIDERATIONS FOR NON-U.S. HOLDERS OF COMMON STOCK | 25 |
| CANADIAN FEDERAL INCOME TAX CONSEQUENCES FOR CANADIAN HOLDERS | 27 |
| SHARES ELIGIBLE FOR FUTURE SALE | 30 |
| UNDERWRITING AND PLAN OF DISTRIBUTION | 32 |
| LEGAL MATTERS | 39 |
| EXPERTS | 39 |
| WHERE YOU CAN FIND MORE INFORMATION | 40 |

We, the selling stockholders and the underwriters have not authorized anyone to provide any information other than that contained or incorporated by reference in this prospectus or in any free writing prospectus prepared by or on behalf of us or to which we have referred you. We, the selling stockholders and the underwriters take no responsibility for, and can provide no assurance and make no representation as to the reliability of, any other information that others may give you. We and the selling stockholders are offering to sell and are seeking offers to buy shares of our common stock only in jurisdictions where offers and sales are permitted. The information contained or incorporated by reference in this prospectus and any free writing prospectus is accurate only as of their respective dates, regardless of the time of delivery of this prospectus or of any sale of our common stock.

**ABOUT THIS PROSPECTUS**

On October 30, 2020, we effected a reorganization (the "Reorganization") in which (i) our then-subsidiary Silver Opportunity Partners LLC ("SOP") became a wholly owned subsidiary of a newly created Delaware corporation named Silver Opportunity Partners Corporation ("SOP Corporation"), (ii) each share of our common stock outstanding immediately prior to the Reorganization was exchanged for (A) 0.394057448219062 shares of our common stock (subject to rounding to eliminate fractional shares) and (B) 0.105942551780938 shares of common stock of SOP Corporation (subject to rounding to eliminate fractional shares) and (iii) we changed our name from Sunshine Silver Mining & Refining Corporation to Gatos Silver, Inc. SOP held our interest in the Sunshine Complex, which is located in the Coeur d'Alene Mining District in Idaho and is comprised of the Sunshine Mine and the Sunshine Big Creek Refinery. Through the Reorganization, we distributed all of our equity interest in SOP to our stockholders immediately prior to the Reorganization. As used in this prospectus, "SOP" refers to (i) SOP prior to the Reorganization and (ii) SOP Corporation from and after the Reorganization.

Where information relates to our company before the Reorganization and where the context otherwise requires, the "Company," "we," "us" and "our" refer to Sunshine Silver Mining & Refining Corporation and its consolidated subsidiaries, and, unless the context otherwise requires, to its affiliate entities, Minera Plata Real S. de R.L. de C.V. ("MPR"), Operaciones San Jose de Plata S. de R.L. de C.V. ("OSJ") and Servicios San Jose de Plata S. de R.L. de C.V. ("SSJ"). We also refer to these entities collectively as the "Los Gatos Joint Venture" or "LGJV" where applicable. Where information relates to our company following the

i

**SHARES ELIGIBLE FOR FUTURE SALE**

Future sales of substantial amounts of our common stock in the public market could adversely affect market prices prevailing from time to time. Furthermore, because only a limited number of shares will be available for sale shortly after this offering due to existing contractual and legal restrictions on resale as described below, there may be sales of substantial amounts of our common stock in the public market after the restrictions lapse. This may adversely affect the prevailing market price and our ability to raise equity capital in the future.

Based on the number of shares of common stock outstanding as of April 1, 2021, we will have 68,339,052 shares of common stock outstanding after this offering (or 69,678,552 shares of common stock outstanding if the underwriters exercise in full their option to purchase additional shares of common stock). The 24,644,500 shares of common stock sold in our initial public offering are, and all of the shares of common stock sold in this offering will be, freely transferable without restriction or registration under the U.S. Securities Act, except for any shares purchased by one of our existing "affiliates," as that term is defined in Rule 144 under the U.S. Securities Act. The remaining shares of common stock outstanding are "restricted shares" as defined in Rule 144. Restricted shares may be sold in the public market only if registered or if they qualify for the exemption from registration under Rules 144 or 701 under the U.S. Securities Act. After the expiration of the contractual lockup period described below, to the extent applicable, these shares may be sold in the public market only if registered or pursuant to an exemption under Rules 144 or 701, each of which is summarized below.

**Rule 144**

In general, a person who has beneficially owned restricted shares of our common stock for at least six months would be entitled to sell such securities, provided that (i) such person is not deemed to have been one of our affiliates at the time of, or at any time during the 90 days preceding, a sale and (ii) we are subject to the Exchange Act periodic reporting requirements for at least 90 days before the sale. Persons who have beneficially owned restricted shares of our common stock for at least six months but who are our affiliates at the time of, or any time during the 90 days preceding, a sale, would be subject to additional restrictions, by which such person would be entitled to sell within any three-month period only a number of securities that does not exceed the greater of either of the following:

- 1% of the number of shares of our common stock then outstanding; or

- the average weekly trading volume of our common stock on the NYSE during the four calendar weeks preceding the filing of a notice on Form 144 with respect to the sale;

provided, in each case, that we are subject to the Exchange Act periodic reporting requirements for at least 90 days before the sale. Such sales both by affiliates and by non-affiliates must also comply with the manner of sale, current public information and notice provisions of Rule 144 to the extent applicable.

**Rule 701**

In general, under Rule 701, any of our employees, directors, officers, consultants or advisors who purchase shares from us in connection with a compensatory stock or option plan or other written agreement before our initial public offering is entitled to resell such shares 90 days after the date of our initial public offering in reliance on Rule 144, without having to comply with the holding period requirements or other restrictions contained in Rule 701.

The SEC has indicated that Rule 701 will apply to typical stock options granted by an issuer before it becomes subject to the reporting requirements of the Exchange Act, along with the shares acquired upon exercise of such options, including exercises after the date of our initial public offering. Securities issued in reliance on Rule 701 are restricted securities and, subject to the contractual lockup period described below, to the extent applicable, beginning 90 days after the date of this prospectus, may be sold by persons other than "affiliates," as defined in Rule 144, subject only to the manner of sale provisions of Rule 144 and by "affiliates" under Rule 144 without compliance with its one-year minimum holding period requirement.

**Stock Options**

We have filed registration statements under the U.S. Securities Act covering all shares of common stock subject to outstanding options or issuable pursuant to our Long Term Incentive Plan. Subject to Rule 144 volume limitations applicable to affiliates, shares registered under these registration statements will be available for sale in the open market, except to the extent that the shares are subject to vesting restrictions with us or the contractual lockup period described below, to the extent applicable.

**Lockup Agreements**

In connection with this offering, all of our directors and executive officers and their affiliates and the selling stockholders have signed lockup agreements for a period of 90 days following the date of this prospectus, in which they agreed, subject to certain exceptions, not to offer, pledge, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant to purchase, or otherwise transfer or dispose of, directly or indirectly, or enter into any swap or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of any shares of our common stock or any securities convertible into or exercisable or exchangeable for shares of our common stock. BMO Capital Markets Corp., Goldman Sachs & Co. LLC and RBC Capital Markets, LLC may, in their sole discretion and without notice, release all or any portion of the common stock subject to such lockup agreements.

**Registration Rights**

We have entered into a registration rights agreement with Electrum and MERS. These stockholders are entitled to rights with respect to the registration of their shares under the U.S. Securities Act. For a description of these registration rights, see "Description of Capital Stock — Registration Rights."