# Exhibit H

**Gatos's Form S-8 dated and filed with the SEC on October 30, 2020**

S-8 1 dp139837_s8-inc.htm FORM S-8

**As filed with the Securities and Exchange Commission on October 30, 2020**

**Registration No. 333-[ ]**

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

———————————

# FORM S-8

## REGISTRATION STATEMENT UNDER
## THE SECURITIES ACT OF 1933

———————————

# GATOS SILVER, INC.

(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | | **27-2654848** |
| (State or other jurisdiction of | | (I.R.S. Employer |
| incorporation or organization) | | Identification No.) |

**8400 E. Crescent Parkway, Suite 600,**
**Greenwood Village, CO 80111**
**Telephone: (303) 784-5350**

(Address of Principal Executive Offices, Including Zip Code)

———————————

**GATOS SILVER, INC. LONG TERM INCENTIVE PLAN**

(Full title of the plan)

**Stephen Orr**
**Chief Executive Officer and Director**
**8400 E. Crescent Parkway, Suite 600,**
**Greenwood Village, CO 80111**
**Telephone: (303) 784-5350**

(Name, address and telephone number, including area code, of agent for service)

———————————

*With a copy to:*
**Richard D. Truesdell, Jr.**
**Derek Dostal**
**Davis Polk & Wardwell LLP**
**450 Lexington Avenue**
**New York, NY 10017**
**(212) 450-4000**

**Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.**

Large accelerated filer ☐     Accelerated filer ☐

Non-accelerated filer ☐ (Do not check if a smaller reporting company)     Smaller reporting company ☒

Emerging growth company ☒

**If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for ☒ complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act.**

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered (1) | Proposed Maximum Offering Price per Share | Proposed Maximum Aggregate Offering Price (2) (3) | Amount of Registration Fee (4) |
|---|---|---|---|---|
| Deferred stock units outstanding | 182,714 | $6.27(2) | $1,145,616.78(2) | $124.99 |
| Stock options outstanding | 4,416,114 | $13.87(3) | $61,251,501.20(3) | $6,682.54 |
| Stock options outstanding | 1,142,500 | $7.00 (3) | $7,997,500 (3) | $872.53 |
| Common stock, par value $0.001 per share | 9,258,672 | $6.27(2) | $58,051,873(2) | $6,333.46 |
| | | | | |
| **Total** | **15,000,000** | | | **$14,013.52** |

(1) This Registration Statement on Form S-8 (this "Registration Statement") covers shares of common stock, $0.001 par value per share ("Common Stock"), of Gatos Silver Inc. (the "Company" or "Registrant") (i) authorized for issuance under the Gatos Silver Inc. Long Term Incentive Plan (the "Plan") and (ii) pursuant to Rule 416(a) under the Securities Act of 1933, as amended (the "Securities Act"), any additional shares of Common Stock that may become issuable under the Plan by reason of any stock dividend, stock split or other similar transaction.

(2) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(c) and Rule 457(h) under the Securities Act on the basis of the average of the high and low prices of the Registrant's Common Stock on October 28, 2020.

(3) Estimated in accordance with Rule 457(h) solely for the purpose of calculating the registration fee on the basis of the weighted-average exercise price of the stock options outstanding under the Plan.

(4) Rounded up to the nearest cent.

## PART I

The information specified in Item 1 and Item 2 of Part I of Form S-8 is omitted from this filing in accordance with the provisions of Rule 428 under the Securities Act and the introductory note to Part I of the Form S-8 instructions. The documents containing the information specified in Part I will be delivered to the participants in the Plan as required by Rule 428(b)(1).

## PART II

### INFORMATION REQUIRED IN THE REGISTRATION STATEMENT

**Item 3. Incorporation of Documents by Reference.**

The following documents are incorporated herein by reference:

(a)     The Registrant's prospectus, dated October 29, 2020, filed with the SEC pursuant to Rule 424(b) under the Securities Act, in connection with the Company's Registration Statement on Form S-1 (Registration No. 333-249224), as originally filed by the Company on October 16, 2020, and subsequently amended;

(b)     All reports filed pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), since the end of the fiscal year covered by the Registrant's Registration Statement on Form S-1 referred to in clause (a) above; and

(c)     The description of the Registrant's capital stock which is contained in the Registrant's Registration Statement on Form 8-A (File No. 001-39649), dated October 21, 2020, including any amendments or supplements thereto.

All documents filed by the Registrant pursuant to Sections 13(a), 13(c), 14 or 15(d) of the Exchange Act, after the date of this Registration Statement and prior to the filing of a post-effective amendment that indicates that all securities offered hereby have been sold or which deregisters all securities then remaining unsold, are incorporated by reference in this Registration Statement and are a part hereof from the date of filing of such documents; except as to any portion of any future annual or quarterly report to stockholders or document or current report furnished under current Items 2.02 or 7.01 of Form 8-K that is not deemed filed under such provisions. Any statement contained in a document incorporated or deemed to be incorporated by reference herein shall be deemed to be modified or superseded for purposes of this Registration Statement to the extent that a statement contained herein or in any other subsequently filed document which also is or is deemed to be incorporated by reference herein modifies or supersedes such statement. Any statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute a part of this Registration Statement.

**Item 4. Description of Securities.**

Not applicable.

**Item 5. Interests of Named Experts and Counsel.**

Not applicable.

**Item 6. Indemnification of Directors and Officers.**

Section 145 of the Delaware General Corporation Law, or DGCL, provides that a corporation may indemnify directors and officers as well as other employees and individuals against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by such person in connection with any threatened, pending or completed actions, suits or proceedings in which such person is made a party by reason of such person being or having been a director, officer, employee or agent to the Registrant. The DGCL provides that Section 145 is not exclusive of other rights to which those seeking indemnification may be entitled under any bylaw, agreement, vote of stockholders or disinterested directors or otherwise. The Registrant's Amended and Restated Certificate of Incorporation provides for indemnification by the Registrant of its directors, officers and employees to the fullest extent permitted by the DGCL. The Registrant has entered into indemnification agreements with each of its current directors and executive officers to provide these directors and executive officers additional contractual assurances regarding the scope of the indemnification set forth in the Registrant's certificate of incorporation and bylaws and to provide additional procedural protections.

Section 102(b)(7) of the DGCL permits a corporation to provide in its certificate of incorporation that a director of the corporation shall not be personally liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, except for liability (i) for any breach of the director's duty of loyalty to the corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) for unlawful payments of dividends or unlawful stock repurchases, redemptions or other distributions, or (iv) for any transaction from which the director derived an improper personal benefit. The Registrant's certificate of incorporation provides for such limitation of liability.

The Registrant maintains standard policies of insurance under which coverage is provided (a) to its directors and officers against loss rising from claims made by reason of breach of duty or other wrongful act, and (b) to the Registrant with respect to payments which may be made by the Registrant to such officers and directors pursuant to the above indemnification provision or otherwise as a matter of law.

**Item 7. Exemption from Registration Claimed.**

Not applicable.

**Item 8. Exhibits.**

| Exhibit Number | |
|---|---|
| 4.1 | Form of Amended and Restated Certificate of Incorporation of Gatos Silver Inc. (incorporated herein by reference to Exhibit 3.1 to Gatos Silver Inc.'s Amendment No. 5 to Form S-1, filed on October 21, 2020 (Registration No. 333-249224)) |
| 4.2 | Form of Amended and Restated By-Laws of Gatos Silver Inc. (incorporated herein by reference to Exhibit 3.2 to Gatos Silver Inc.'s Amendment No. 5 to Form S-1, filed on October 21, 2020 (Registration No. 333-249224)) |
| 5.1 | Opinion of Davis Polk & Wardwell LLP (filed herewith) |
| 23.1 | Consent of KPMG LLP - Sunshine Silver Mining & Refining Corporation (filed herewith) |
| 23.2 | Consent of KPMG LLP - Los Gatos Joint Venture (filed herewith) |
| 23.3 | Consent of Davis Polk & Wardwell LLP (included in Exhibit 5) |
| 24.1 | Power of Attorney (included in signature page hereof) |
| 99.1 | Gatos Silver Inc. Long Term Incentive Plan (filed herewith) |

**Item 9. Undertakings.**

(a)   The undersigned Registrant hereby undertakes:

(1)   To file, during any period in which offers or sales are being made, a post-effective amendment to this Registration Statement:

(i)   To include any prospectus required by Section 10(a)(3) of the Securities Act;

(ii)   To reflect in the prospectus any facts or events arising after the effective date of this Registration Statement (or the most recent post-effective amendment thereof) which, individually or in the aggregate, represent a fundamental change in the information set forth in this Registration Statement. Notwithstanding the foregoing, any increase or decrease in volume of securities offered (if the total dollar value of securities offered would not exceed that which was registered) and any deviation from the low or high end of the estimated maximum offering range may be reflected in the form of prospectus filed with the Commission pursuant to Rule 424(b) if, in the aggregate, the changes in volume and price represent no more than a 20 percent change in the maximum aggregate offering price set forth in the "Calculation of Registration Fee" table in this registration statement; and

(iii)   To include any material information with respect to the Plan not previously disclosed in this Registration Statement or any material change to such information in this Registration Statement;

*provided*, *however*, that paragraphs (a)(1)(i) and (a)(1)(ii) do not apply if the information required to be included in a post-effective amendment by those paragraphs is contained in periodic reports filed with or furnished to the Commission by the Registrant pursuant to Section 13 or Section 15(d) of the Exchange Act that are incorporated by reference in this Registration Statement.

(2)   That, for the purpose of determining any liability under the Securities Act, each such post-effective amendment shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial *bona fide* offering thereof.

(3)   To remove from registration by means of a post-effective amendment any of the securities being registered which remain unsold at the termination of the offering.

(b)   The undersigned Registrant hereby undertakes that, for purposes of determining any liability under the Securities Act, each filing of the Registrant's annual report pursuant to Section 13(a) or Section 15(d) of the Exchange Act (and, where applicable, each filing of an employee benefit plan's annual report pursuant to Section 15(d) of the Exchange Act) that is incorporated by reference in this Registration Statement shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial *bona fide* offering thereof.

(c)   Insofar as indemnification for liabilities arising under the Securities Act may be permitted to directors, officers and controlling persons of the Registrant pursuant to the provisions referenced in Item 6 of this Registration Statement, or otherwise, the Registrant has been advised that in the opinion of the Securities and Exchange Commission such indemnification is against public policy as expressed in the Securities Act and is, therefore, unenforceable. In the event that a claim for indemnification against such liabilities (other than the payment by the Registrant of expenses incurred or paid by a director, officer, or controlling person of the Registrant in the successful defense of any action, suit or proceeding) is asserted by such director, officer or controlling person in connection with the securities being registered hereunder, the Registrant will, unless in the opinion of its counsel the matter has been settled by controlling precedent, submit to a court of appropriate jurisdiction the question of whether such indemnification by it is against public policy as expressed in the Securities Act and will be governed by the final adjudication of such issue.

## SIGNATURES

Pursuant to the requirements of the Securities Act, the Registrant certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-8 and has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in Denver, Colorado on the 30th day of October, 2020.

**GATOS SILVER INC.**

By:  /s/ Stephen Orr
      Name:   Stephen Orr
      Title:    Chief Executive Officer

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Stephen Orr, Roger Johnson Adam Dubas and each of them, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments (including post-effective amendments) to this registration statement and any and all additional registration statements pursuant to Rule 462(b) of the Securities Act of 1933, and to file the same, with all exhibits thereto, and all other documents in connection therewith, with the Securities and Exchange Commission, granting unto each said attorney-in-fact and agents full power and authority to do and perform each and every act in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or either of them or their or his or her substitute or substitutes may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Stephen Orr<br>Stephen Orr | Chief Executive Officer and Director<br>(principal executive officer) | October 30, 2020 |
| /s/ Roger Johnson<br>Roger Johnson | Chief Operating Officer and Chief Financial Officer<br>(principal financial officer and principal accounting officer) | October 30, 2020 |
| /s/ Janice Stairs<br>Janice Stairs | Chair of the Board of Directors | October 30, 2020 |
| /s/ David Peat<br>David Peat | Director | October 30, 2020 |
| /s/ Charles Hansard<br>Charles Hansard | Director | October 30, 2020 |
| /s/ Ali Erfan<br>Ali Erfan | Director | October 30, 2020 |
| /s/ Igor Gonzales<br>Igor Gonzales | Director | October 30, 2020 |
| /s/ Karl Hanneman<br>Karl Hanneman | Director | October 30, 2020 |
| /s/ Igor Levental<br>Igor Levental | Director | October 30, 2020 |