# Exhibit I

## Timeline of Selected Key Events

*Bilinsky v. Gatos Silver, Inc.*, No. 1:22-cv-00453-PAB-KLM

## Timeline of Selected Key Events

