UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KLM

MICHAEL BILINSKY, Individually and On Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD, and
DANIEL MUÑIZ QUINTANILLA,

        Defendants,

---

**DECLARATION OF LAWRENCE J. PORTNOY IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

---

LAWRENCE J. PORTNOY declares under penalty of perjury, pursuant to 28 U.S.C.

§ 1746, that the following is true:

1.     I am an attorney duly admitted to practice law in this Court and am a partner at

Davis Polk & Wardwell LLP.

2.     I submit this declaration in support of Defendants' Reply in Support of their

Motion to Dismiss the Amended Class Action Complaint.

3.      Attached hereto as Defendants' Reply Exhibit 1 is a true and correct excerpted copy of the Gatos Silver, Inc. Prospectus (Form 424B4), dated October 27, 2020 and filed October 29, 2020.

4.      Attached hereto as Defendants' Reply Exhibit 2 is a true and correct copy of the Gatos Silver, Inc. Statement of Changes in Beneficial Ownership concerning Philip Pyle (Form 4), dated May 12, 2021.

5.      Attached hereto as Defendants' Reply Exhibit 3 is a true and correct excerpted copy of the Gatos Silver, Inc. Amended Registration of Securities (Form S-1/A), dated October 21, 2020 (the "IPO Registration Statement").


Dated:      December 23, 2022

By:   */s/ Lawrence J. Portnoy*
      LAWRENCE J. PORTNOY