# Reply Exhibit 1

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-249224**

**PROSPECTUS**

## 21,430,000 SHARES



# GATOS SILVER, INC.

## COMMON STOCK

We are selling 21,430,000 shares of common stock to the underwriters in a firm commitment offering.

Prior to this offering, there has been no public market for our common stock. The initial public offering price is $7.00 per share. We have received approval to list our common stock on the New York Stock Exchange ("NYSE") and have received conditional approval to list our common stock on the Toronto Stock Exchange ("TSX") under the symbol "GATO."

The underwriters have an option to purchase a maximum of 3,214,500 additional shares of common stock from us to cover over-allotments. The underwriters can exercise this option at any time within 30 days from the date of this prospectus.

We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act") and will therefore be subject to reduced reporting requirements.

**Investing in our common stock involves risks. See "Risk Factors" beginning on page 28 of this prospectus.**

| | Per Share | Total |
|---|---|---|
| Public offering price | $7.00 | $150,010,000 |
| Underwriting discounts and commissions(1) | $0.49 | $10,500,700 |
| Proceeds, before expenses, to us | $6.51 | $139,509,300 |

(1)   See "Underwriting and Plan of Distribution" for a description of compensation to be paid to the underwriters.

Delivery of the shares of common stock will be made on or about October 30, 2020 through the book-entry facilities of The Depositary Trust Company.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

| | | |
|---|---|---|
| **BMO Capital Markets** | **Goldman Sachs & Co. LLC** | **RBC Capital Markets** |
| **Canaccord Genuity Corp.** | | **CIBC Capital Markets** |

The date of this prospectus is October 27, 2020.

Table of Contents

the persons named in the table have sole voting and investment power with respect to all shares of common stock shown as beneficially owned by them.

| Name of Beneficial Owner | Shares Beneficially Owned | Percentage of Shares Beneficially Owned | |
| --- | --- | --- | --- |
| | | Before This Offering | After This Offering |
| **Executive Officers and Directors:** | | | |
| Stephen Orr[1] | 157,783 | * | * |
| Philip Pyle[2] | 66,218 | * | * |
| John Kinyon[3] | 13,874 | * | * |
| Roger Johnson[4] | 48,354 | * | * |
| Luis Felipe Huerta | — | * | * |
| Adam Dubas[5] | 8,097 | * | * |
| Thomas S. Kaplan[6] | — | * | * |
| Jeb Burns[7] | — | * | * |
| Ali Erfan[8] | 82,262 | * | * |
| Igor Gonzales | — | * | * |
| Karl Hanneman | — | * | * |
| Charles Hansard | — | * | * |
| Igor Levental[9] | 88,663 | * | * |
| David Peat | 4,475 | * | * |
| Janice Stairs | — | * | * |
| All executive officers, directors and director nominees as a group (15 persons) | 469,726 | 1.4% | * |
| **Greater than 5% Shareholders:** | | | |
| Electrum[10]: | | | |
| Electrum Silver US LLC[11] | 19,993,086 | 57.9% | 35.7% |
| Electrum Silver US II LLC[11][12] | 4,591,627 | 13.3% | 8.2% |
| Tigris Financial Group Ltd.[13] | 469,750 | 1.4% | * |
| GRAT Holdings, LLC[14] | 146,261 | * | * |
| Manul Capital Management LLC[15] | 22,321 | * | * |
| Total | 25,223,045 | 73.0% | 45.1% |
| Municipal Employees' Retirement System of Michigan[16] | 6,205,259 | 18.0% | 11.1% |

\*      Represents beneficial ownership of less than 1%.

(1)      Includes (i) 91,235 shares of our common stock held by Cast Management 401k Trust, in which Mr. Orr is a beneficiary, (ii) 51,579 shares of our common stock held by 49 North LLC, which is owned and controlled by Mr. Orr and (iii) 14,969 shares of our common stock to be issued to Mr. Orr in connection with this offering, as described in "Certain Relationships and Related Party Transactions—Grants to Certain Executive Officers in Connection with This Offering." The address of Cast Management 401k Trust is 30 N Gould St, Suite R, Sheridan, WY 82801. The address of 49 North LLC is Royal Palms Professional Building, 9053 Estate Thomas, Suite 101, St Thomas, the Virgin Islands 00802.

(2)      Includes 8,464 shares of our common stock to be issued to Mr. Pyle in connection with this offering, as described in "Certain Relationships and Related Party Transactions—Grants to Certain Executive Officers in Connection with This Offering."

(3)      Includes 8,948 shares of our common stock to be issued to Mr. Kinyon in connection with this offering, as described in "Certain Relationships and Related Party Transactions—Grants to Certain Executive Officers in Connection with This Offering."

(4)      Includes 8,948 shares of our common stock to be issued to Mr. Johnson in connection with this offering, as described in "Certain Relationships and Related Party Transactions—Grants to Certain Executive Officers in Connection with This Offering."

Table of Contents

(5)    Includes 5,732 shares of our common stock to be issued to Mr. Dubas in connection with this offering, as described in "Certain Relationships and Related Party Transactions—Grants to Certain Executive Officers in Connection with This Offering."

(6)    Dr. Kaplan disclaims beneficial ownership of shares of our common stock held by Electrum (as defined below) in which he does not have any pecuniary interest. See footnote (10).

(7)    Mr. Burns disclaims beneficial ownership of the shares of our common stock held by Municipal Employees' Retirement System of Michigan in which he does not have any pecuniary interest. See footnote (16).

(8)    Consists of 82,262 shares of our common stock held by Ajami Associates Limited, which is owned and controlled by Mr. Erfan. The address of Ajami Associates Limited is c/o Sphere Management (Maritius) Limited, 6th Floor, Suite 619, Port Louis, Mauritius. Mr. Erfan disclaims beneficial ownership of shares of our common stock held by Electrum in which he does not have any pecuniary interest. See footnote (10).

(9)    Consist of 88,663 shares of our common stock held by Levental Family Trust, in which Mr. Levental is a beneficiary. The address of Levental Family Trust is c/o Davis Graham and Stubbs, 1550 17th St., #500 Denver, CO 80202. Mr. Levental disclaims beneficial ownership of shares of our common stock held by Electrum in which he does not have any pecuniary interest. See footnote (10).

(10)    Dr. Kaplan is the Chairman and Chief Executive Officer of The Electrum Group LLC, Mr. Levental is President of The Electrum Group LLC and Mr. Erfan is Vice Chairman of The Electrum Group LLC. Each of Electrum Silver US LLC, Tigris Financial Group Ltd., GRAT Holdings, LLC and Manul Capital Management LLC (for the purposes of this section, collectively, "Electrum") is controlled by The Electrum Group LLC. Dr. Kaplan, Mr. Levental and Mr. Erfan may be deemed to possess voting and dispositive powers with respect to shares of our common stock held by Electrum. Dr. Kaplan, Mr. Levental and Mr. Erfan each disclaim beneficial ownership of the shares of our common stock held by Electrum in which he does not have any pecuniary interest. The address of The Electrum Group is 535 Madison Avenue, 12th Floor, New York, NY 10022.

(11)    Electrum Silver US LLC ("Electrum Silver") and Electrum Silver US II LLC ("Electrum Silver II") are managed by Electrum Strategic Management LLC ("Electrum Management"). Each of Electrum Silver, Electrum Silver II and Electrum Management are principally owned and controlled by Electrum Global Holdings L.P. ("Global Holdings"). Global Holdings is controlled by its general partner, TEG Global GP Ltd. ("Global GP"). The Electrum Group LLC ("TEG Services") is the investment adviser to Global Holdings and possesses voting and investment discretion with respect to assets of Global Holdings, including indirect investment discretion with respect to the shares of common stock held by Electrum Silver and Electrum Silver II. Global GP is principally owned and controlled indirectly by GRAT Holdings, LLC ("GRAT Holdings"). GRAT Holdings is owned by trusts for the benefit of members of the family of Dr. Kaplan. Dr. Kaplan and his wife may be deemed to have beneficial ownership of shares of our common stock indirectly owned by GRAT Holdings. The address for each of Electrum Silver, Electrum Silver II, Electrum Management, Global Holdings, Global GP, GRAT Holdings, TEG Services and Dr. Kaplan is c/o The Electrum Group LLC, 535 Madison Avenue, 12th Floor, New York, NY 10022.

(12)    Includes 2,712,003 shares of our common stock issuable to Electrum Silver US II LLC in connection with this offering upon the conversion of our outstanding convertible notes. In connection with this offering, we have elected to convert all of the outstanding principal amount of the convertible notes plus $187 thousand in accrued and unpaid interest into 2,712,003 shares of our common stock upon consummation of this offering. See "Use of Proceeds"

(13)    Tigris Financial Group Ltd. is owned and controlled by Dr. Kaplan, who is deemed the beneficial owner of such shares of our common stock as a result of his indirect voting and dispositive powers over such shares. The address for Tigris Financial Group Ltd. is c/o The Electrum Group LLC, 535 Madison Avenue, 12th Floor, New York, NY 10022.

(14)    GRAT Holdings, LLC is owned and controlled by Dr. Kaplan, who is deemed the beneficial owner of such shares of our common stock as a result of his indirect voting and dispositive powers over such shares. The address for GRAT Holdings, LLC is c/o The Electrum Group LLC, 535 Madison Avenue, 12th Floor, New York, NY 10022.

(15)    Manul Capital Management LLC is owned and controlled by Dr. Kaplan, who is deemed the beneficial owner of such shares of our common stock as a result of his indirect voting and dispositive powers over such shares. The address for Manul Capital Management LLC is c/o The Electrum Group LLC, 535 Madison Avenue, 12th Floor, New York, NY 10022.

(16)    Municipal Employees' Retirement System of Michigan ("MERS") is an independent, professional retirement services company that administers the retirement plans for Michigan's local units of government. Mr. Burns is the Chief Investment Officer of MERS. Mr. Burns may be deemed to possess voting and dispositive powers with respect to shares of our common stock held by MERS. Mr. Burns disclaims beneficial ownership of the shares of our common stock held by MERS in which he does not have any pecuniary interest. The address of MERS is 1134 Municipal Way, Lansing, MI 48917.

150

**SHARES ELIGIBLE FOR FUTURE SALE**

Prior to this offering, there has been no market for our common stock. Future sales of substantial amounts of our common stock in the public market could adversely affect market prices prevailing from time to time. Furthermore, because only a limited number of shares will be available for sale shortly after this offering due to existing contractual and legal restrictions on resale as described below, there may be sales of substantial amounts of our common stock in the public market after the restrictions lapse. This may adversely affect the prevailing market price and our ability to raise equity capital in the future.

Upon the completion of this offering, after giving effect to (i) the Reorganization, (ii) the issuance of an aggregate of 47,061 shares of common stock to our executive officers in connection with this offering, as described in "Certain Relationships and Related Party Transactions—Grants to Certain Executive Officers in Connection with This Offering," (iii) the conversion of our outstanding convertible notes into an aggregate of 2,712,003 shares of common stock in connection with this offering, and (iv) the issuance and sale of 21,430,000 shares of common stock in this offering, we will have 55,968,576 shares of common stock outstanding, assuming no exercise of the underwriters' over-allotment option, no exercise of any options outstanding as of the date hereof and no conversion of any DSUs outstanding on the date hereof. All of the shares sold in this offering will be freely transferable without restriction or registration under the U.S. Securities Act, except for any shares purchased by one of our existing "affiliates," as that term is defined in Rule 144 under the U.S. Securities Act. See "Underwriting and Plan of Distribution." The remaining shares of common stock outstanding are "restricted shares" as defined in Rule 144. Restricted shares may be sold in the public market only if registered or if they qualify for the exemption from registration under Rules 144 or 701 under the U.S. Securities Act. As a result of the contractual 180-day lock-up period described below and the provisions of Rules 144 and 701, these shares will be available for sale in the public market as follows:

| Number of Shares | Date |
| --- | --- |
| 21,430,000 | On the date of this prospectus. |
| 1,126,295 | After 90 days from the date of this prospectus. |
| 33,412,281 | After 180 days from the date of this prospectus (subject, in some cases, to volume limitations). |

**Rule 144**

In general, a person who has beneficially owned restricted shares of our common stock for at least six months would be entitled to sell such securities, provided that (i) such person is not deemed to have been one of our affiliates at the time of, or at any time during the 90 days preceding, a sale and (ii) we are subject to the Exchange Act periodic reporting requirements for at least 90 days before the sale. Persons who have beneficially owned restricted shares of our common stock for at least six months but who are our affiliates at the time of, or any time during the 90 days preceding, a sale, would be subject to additional restrictions, by which such person would be entitled to sell within any three month period only a number of securities that does not exceed the greater of either of the following:

- 1% of the number of shares of our common stock then outstanding, which will equal approximately 559,686 shares immediately after this offering, assuming no exercise of the underwriters' over-allotment option; or

- the average weekly trading volume of our common stock on the NYSE during the four calendar weeks preceding the filing of a notice on Form 144 with respect to the sale;

provided, in each case, that we are subject to the Exchange Act periodic reporting requirements for at least 90 days before the sale. Such sales both by affiliates and by non-affiliates must also comply with the manner of sale, current public information and notice provisions of Rule 144 to the extent applicable.

**Rule 701**

In general, under Rule 701, any of our employees, directors, officers, consultants or advisors who purchase shares from us in connection with a compensatory stock or option plan or other written agreement before the effective date of this offering is entitled to resell such shares 90 days after the effective date of this offering in reliance on Rule 144, without having to comply with the holding period requirements or certain other restrictions contained in Rule 701.

The SEC has indicated that Rule 701 will apply to typical stock options granted by an issuer before it becomes subject to the reporting requirements of the Exchange Act, along with the shares acquired upon exercise of such options, including exercises after the date of this prospectus. Securities issued in reliance on Rule 701 are restricted securities and, subject to the terms of any lock-up agreement described below, beginning 90 days after the date of this prospectus, may be sold by persons other than "affiliates," as defined in Rule 144, subject only to the manner of sale provisions of Rule 144, and by "affiliates" under Rule 144 without compliance with its one-year minimum holding period requirement.

**Stock Options**

As of the date hereof, after giving effect to the Reorganization, options to purchase a total of 4,416,114 shares of our common stock and DSUs convertible into 182,714 shares of our common stock were outstanding, substantially all of which are subject to lock-up agreements. After this offering, an additional 9,431,172 shares of our common stock will be available for future option grants under our Long Term Incentive Plan.

Upon the completion of this offering, we intend to file a registration statement under the U.S. Securities Act covering all shares of common stock subject to outstanding options or issuable pursuant to our Long Term Incentive Plan. Shares registered under such registration statement will be available for sale in the open market, subject to Rule 144 volume limitations applicable to affiliates, vesting restrictions with us or the terms of any lock-up agreement described below.

**Lock-up Agreements**

We, our executive officers and directors and the holders of substantially all of our outstanding shares of common stock have entered into lock-up agreements with the underwriters. Under these agreements, subject to certain exceptions, we and each of these persons may not, without the prior written approval of BMO Capital Markets Corp., Goldman Sachs & Co. LLC and RBC Capital Markets, LLC, offer, sell, contract to sell, pledge, or otherwise dispose of, directly or indirectly, or hedge our common stock or securities convertible into or exchangeable or exercisable for our common stock. These restrictions will be in effect for a period of 180 days after the date of this prospectus, which period is subject to extension. At any time, BMO Capital Markets Corp., Goldman Sachs & Co. LLC and RBC Capital Markets, LLC may, in their sole discretion, release some or all the securities from these lock-up agreements. There are no agreements, understandings or intentions, tacit or explicit, to release any of the common stock subject to lock-up agreements prior to the expiration of the lock-up period.

**Registration Rights**

Prior to the consummation of this offering, we will enter into a registration rights agreement with certain of our shareholders pursuant to which we will grant certain of our shareholders and their affiliates certain registration rights with respect to our shares of common stock owned by them following the expiration of the lock-up period described above under "—Lock-up Agreements." See "Certain Relationships and Related Party Transactions—Registration Rights Agreement."

163