UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD and
DANIEL MUÑIZ QUINTANILLA,

        Defendants.

---

**JOINT MOTION TO STAY RULING ON DEFENDANTS' MOTION TO DISMISS**

---

Lead Plaintiff Bard Betz and Named Plaintiff Jude Sweidan ("Plaintiffs"), and Defendants Gatos Silver, Inc., Stephen Orr, Roger Johnson, Philip Pyle, Janice Stairs, Ali Erfan, Igor Gonzales, Karl Hanneman, David Peat, Charles Hansard, and Daniel Muñiz Quintanilla (collectively, "Defendants"), through their undersigned counsel, respectfully seek to temporarily stay the Court's ruling on Defendants' pending Motion to Dismiss.

1.     Defendants filed their Motion to Dismiss Amended Class Action Complaint (the "Motion") (ECF No. 63) on October 14, 2022.

2.      Plaintiffs filed their Opposition (ECF No. 67) on November 23, 2022.

3.      Defendants filed their Reply (ECF No. 70) on December 23, 2022. The Motion is now fully briefed and awaiting disposition by the Court.

4.      By this motion, the parties jointly request a temporary stay of any disposition on the pending Motion.  Good cause exists for the requested stay, as the parties jointly recognize the importance of preserving the status quo as they consider a path forward for the case.

5.      The parties will file a joint status report on or before June 15, 2023, to update the Court on any intervening developments.

6.      This Joint Motion has not been filed for any improper purpose, and no party will be prejudiced by the relief sought herein.

WHEREFORE, the parties jointly request that the Court grant a temporary stay of any disposition on the Defendants' pending Motion to Dismiss, with the parties to submit a joint status report to the Court on or before June 15, 2023.

Dated:  April 13, 2023                          Respectfully submitted,


                                                *s/ Kathryn A. Reilly*
                                                Michael L. O'Donnell
                                                Kathryn A. Reilly
                                                Daniel N. Guisbond
                                                Wheeler Trigg O'Donnell LLP
                                                370 Seventeenth Street, Suite 4500
                                                Denver, CO 80202
                                                Telephone:  303.244.1800
                                                Facsimile:   303.244.1879
                                                Email:  odonnell@wtotrial.com
                                                        reilly@wtotrial.com
                                                        guisbond@wtotrial.com

                                                *Liaison Counsel for Lead Plaintiff Bard Betz*

2

4894-3114-4797, v. 1

Joseph A. Fonti
Evan A. Kubota
Bleichmar Fonti & Auld LLP
7 Times Square, 27th Floor
New York, NY 10036
Telephone:     212.789.1340
Facsimile:     212.205.3960
Email: jfonti@bfalaw.com
        ekubota@bfalaw.com

*Counsel for Lead Plaintiff Bard Betz and
Lead Counsel for the Class*

Brian Schall
The Schall Law Firm
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:     424.303.1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff
Bard Betz and Named Plaintiff Jude Sweidan*

*s/ Michael A. Rollin*
Michael A. Rollin
Foster Graham Milstein & Calisher, LLP
360 S Garfield Street, #600
Denver, CO 80209
Telephone:     303.333.9810
Fax:              303.333.9786
Email: mrollin@fostergraham.com

*Counsel for Defendants*

4894-3114-4797, v. 1

Lawrence Portnoy
Isaac M. Gelbfish
Danielle Mullery
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Telephone:     212.450.4000
Email:  lawrence.portnoy@davispolk.com
         isaac.gelbfish@davispolk.com
         danielle.mullery@davispolk.com

*Counsel for Defendants*

4

4894-3114-4797, v. 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2023, I electronically filed the foregoing JOINT MOTION TO STAY RULING ON DEFENDANTS' MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Michael A. Rollin*
Michael Rollin