UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others
Similarly Situated,

   Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD and
DANIEL MUÑIZ QUINTANILLA,

   Defendants.

---

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY RULING ON
DEFENDANTS' MOTION TO DISMISS**

---

This matter comes before the court on the parties' Joint Motion to Stay Ruling on

Defendants' Motion to Dismiss (the "Motion").

Finding good cause to support the parties' request, the Court ORDERS that the Motion is

GRANTED.

Dated:  April __, 2023    BY THE COURT:

         _____

         United States District Judge