IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00453-PAB-KLM

MICHAEL BILINSKY, individually and on behalf of all others similarly situated,
MARK LLOYD, and
BARD BETZ,

      Plaintiffs,

v.

GATOS SILVER, INC., et. al.,
      Defendants.

_____

**MINUTE ORDER**

_____

**Entered by Chief Judge Philip A. Brimmer**

      This matter is before the Court on the Joint Motion to Stay Ruling on Defendants' Motion to Dismiss [Docket No. 78]. The parties seek to stay a ruling on defendants' Motion to Dismiss Amended Class Action Complaint. Docket No. 63. The parties state that they will file a joint status report on or before June 15, 2023 to update the Court. Docket No. 78 at 2.

      Good cause appearing, it is ORDERED that the Court will postpone a ruling on defendants' motion to dismiss, Docket No. 63, until on or after June 16, 2023.

      DATED April 26, 2023.