UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD, and
DANIEL MUÑIZ QUINTANILLA,

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT
AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiff Bard Betz and

Named Plaintiff Jude Sweidan (together, "Plaintiffs"), on behalf of themselves and each member

of the Settlement Class, move for entry of the Parties' agreed-upon [Proposed] Order Preliminarily

Approving Settlement and Providing for Class Notice, submitted herewith, which will provide for:

(i) preliminary approval of the Settlement; (ii) approval of the form and manner of giving notice

of the Settlement to the Settlement Class; and (iii) a hearing date and time to consider final

approval of the Settlement and related matters.  This motion is based on the accompanying

memorandum of law, the attached Stipulation of Settlement and its exhibits, the Declaration of

Morgan Kimball, and all prior pleadings and proceedings herein.  Defendants do not oppose this

motion.

Date:  July 13, 2023

s/ Kathryn A. Reilly                               s/ Joseph A. Fonti
Michael L. O'Donnell                           Joseph A. Fonti
Kathryn A. Reilly                                  Evan A. Kubota
Daniel N. Guisbond                              Bleichmar Fonti & Auld LLP
Wheeler Trigg O'Donnell LLP              7 Times Square, 27th Floor
370 Seventeenth Street, Suite 4500       New York, NY 10036
Denver, CO 80202                              Telephone:     212.789.1340
Telephone:   303.244.1800                  Facsimile:      212.205.3960
Facsimile:    303.244.1879                  Email: jfonti@bfalaw.com
Email:  odonnell@wtotrial.com                       ekubota@bfalaw.com
          reilly@wtotrial.com
          guisbond@wtotrial.com            *Counsel for Lead Plaintiff Bard Betz and
                                           Lead Counsel for the Class*

*Liaison Counsel for
Lead Plaintiff Bard Betz*

                                           Brian Schall
                                           The Schall Law Firm
                                           2049 Century Park East, Suite 2460
                                           Los Angeles, CA 90067
                                           Telephone:     424.303.1964
                                           Email: brian@schallfirm.com

                                           *Additional Counsel for Lead Plaintiff Bard
                                           Betz and Named Plaintiff Jude Sweidan*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2023, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's CM/ECF system.

 */s/ Joseph A. Fonti*
Joseph A. Fonti