UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KLM

MICHAEL BILINSKY, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD, and
DANIEL MUÑIZ QUINTANILLA,

    Defendants.

## JOINT NOTICE OF AMENDED SETTLEMENT DOCUMENTS

1. WHEREAS, on July 13, 2023, the Parties in the above-captioned matter executed a Stipulation of Settlement (the "Stipulation"), and Lead Plaintiff Bard Betz and Named Plaintiff Jude Sweidan (together, "Plaintiffs"), moved for entry of the Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Providing for Class Notice;

2. WHEREAS, the Stipulation provided for the release of certain known and unknown claims (the "Release");

3. WHEREAS, counsel for Kathleen Marcus subsequently raised a concern as to the scope of the Release;

4. WHEREAS, although the Release already excluded any breach of fiduciary duty, unjust enrichment, or waste claims by or on behalf of Gatos against the Individual Defendants or

other individuals, which claims are referenced in or may arise from the litigation demand sent by Kathleen Marcus on April 27, 2023, counsel for the Parties and Ms. Marcus have agreed to revise the Release with clarifying language;

WHEREFORE, the Parties have filed herewith, and respectfully request that the Court take notice of, the following amended settlement documents:

1.  An amended Stipulation of Settlement (the "Amended Stipulation"), with the following amendments: (1) adding the following language to the end of Paragraph 1.45 of the Stipulation: "For avoidance of doubt and without limitation to other claims or potential claims not released hereby, Released Claims do not include any breach of fiduciary duty, unjust enrichment, or waste claims by or on behalf of Gatos against the Individual Defendants or other individuals, which claims are referenced in or may arise from the litigation demand sent by Kathleen Marcus on April 27, 2023."; and (2) adding the following language to the end of Paragraph 5.2 of the Stipulation: "For avoidance of doubt and without limitation to other claims or potential claims not released hereby, this release does not include any breach of fiduciary duty, unjust enrichment, or waste claims by or on behalf of Gatos against the Individual Defendants or other individuals, which claims are referenced in or may arise from the litigation demand sent by Kathleen Marcus on April 27, 2023.";

2.  An amended Long-Form Notice of Pendency and Proposed Settlement of Class Action, attached as Exhibit A-2 to the Amended Stipulation, adding the following language to the end of the definition of "Released Claims" at page 13: "For avoidance of doubt and without limitation to other claims or potential claims not released hereby, Released Claims do not include any breach of fiduciary duty, unjust enrichment, or waste claims by or on behalf of Gatos against

the Individual Defendants or other individuals, which claims are referenced in or may arise from the litigation demand sent by Kathleen Marcus on April 27, 2023."; and

        3.      An amended [Proposed] Final Judgment Approving Settlement, attached as Exhibit B to the Amended Stipulation, with the following amendments: (1) adding the following language to the end of Paragraph 11: "For avoidance of doubt and without limitation to other claims or potential claims not released hereby, Released Claims do not include any breach of fiduciary duty, unjust enrichment, or waste claims by or on behalf of Gatos against the Individual Defendants or other individuals, which claims are referenced in or may arise from the litigation demand sent by Kathleen Marcus on April 27, 2023."; and (2) on page 1, revising the date of the Stipulation of Settlement from "July 13, 2023" to "September 12, 2023."

Date:  September 12, 2023

| | |
|---|---|
| WHEELER TRIGG O'DONNELL LLP | FOSTER GRAHAM MILSTEIN & CALISHER, LLP |
| *s/ Kathryn A. Reilly* | *s/ Michael A. Rollin* |
| Michael L. O'Donnell<br>Kathryn A. Reilly<br>Daniel N. Guisbond<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone:  303.244.1800<br>Facsimile:   303.244.1879<br>Email:  odonnell@wtotrial.com<br>        reilly@wtotrial.com<br>        guisbond@wtotrial.com<br><br>*Liaison Counsel for Lead Plaintiff Bard Betz and Named Plaintiff Jude Sweidan* | Michael A. Rollin<br>360 S Garfield Street, #600<br>Denver, CO 80209<br>Telephone:    303.333.9810<br>Fax:               303.333.9786<br>Email: mrollin@fostergraham.com<br><br>*s/ Michael Flynn*<br>Michael Flynn<br>Lawrence Portnoy<br>Isaac M. Gelbfish<br>Danielle Mullery<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:    212.450.4000<br>Email: michael.flynn@davispolk.com<br>        lawrence.portnoy@davispolk.com<br>        isaac.gelbfish@davispolk.com<br>        danielle.mullery@davispolk.com |
| BLEICHMAR FONTI & AULD LLP | |
| *s/ Joseph A. Fonti*<br>Joseph A. Fonti<br>Evan A. Kubota<br>7 Times Square, 27th Floor | |

New York, NY 10036
Telephone:  212.789.1340
Facsimile:  212.205.3960
Email: jfonti@bfalaw.com
        ekubota@bfalaw.com

*Counsel for Lead Plaintiff Bard Betz and Lead Counsel for the Class*

THE SCHALL LAW FIRM

*s/ Brian Schall*

Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:  424.303.1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Bard Betz and Named Plaintiff Jude Sweidan*

*Counsel for Gatos and the Individual Defendants*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2023, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

                                                                                                 *s/ Claudia L. Jones*