# EXHIBIT D

**Declaration of Morgan Kimball Regarding (I) Mailing of Notice;
(II) Publication of Summary Notice; (III) the Settlement Website
and Contact Center Services; (IV) Claim Filing; and
(V) Requests for Exclusion and Objections Received to Date**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00453-PAB-KAS

MICHAEL BILINSKY, Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD, and
DANIEL MUÑIZ QUINTANILLA,

        Defendants.

---

**DECLARATION OF MORGAN KIMBALL REGARDING (I) MAILING OF NOTICE;
(II) PUBLICATION OF SUMMARY NOTICE; (III) THE SETTLEMENT WEBSITE
AND CONTACT CENTER SERVICES; (IV) CLAIM FILING; AND (V) REQUESTS
FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

---

MORGAN KIMBALL declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am a Project Manager for Epiq Class Action and Claims Solutions, Inc. ("Epiq"). I am providing this declaration at the request of Lead Counsel Bleichmar Fonti & Auld LLP ("Lead Counsel"), on behalf of Plaintiffs, in connection with Plaintiffs' Motion for Final Approval of the Settlement and Approval of the Plan of Allocation.[1] This declaration supplements my prior declaration. (ECF No. 82-9.) I make this declaration based on personal knowledge, and if called to testify, I could and would do so competently.

2. Pursuant to the Court's February 29, 2024 Preliminary Approval Order (ECF No. 87), Epiq is authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). This declaration provides information regarding: (i) the mailing of the Notice; (ii) the publication of the Summary Notice; (iii) the implementation of the Settlement Website and contact center services; (iv) the current status of claim filings; and, (v) the requests for exclusion and objections received by Epiq to date.

## I. MAILING OF THE NOTICE

3. On March 21, 2024, in accordance with the Preliminary Approval Order, Epiq began mailing the Court-approved self-mailer notice (the "Notice") to potential Settlement Class

---

[1] Capitalized terms not defined herein have the meanings stated in the Amended Class Action Complaint for Violations of the Securities Laws (ECF No. 54), the Stipulation and Agreement of Settlement dated September 12, 2023 (ECF No. 85-1), and the Joint Declaration of Joseph A. Fonti and Kathryn A. Reilly in Support of: (I) Plaintiffs' Motion for Final Approval of the Settlement and Approval of the Plan of Allocation and (II) Lead Counsel and WTO's Motion for Awards of Attorneys' Fees, Litigation Expenses, and Reasonable Costs and Expenses to Plaintiffs (the "Joint Declaration" or "Joint Decl.").

Members and banks, brokers, and other nominees (the "Initial Mailing"). The Initial Mailing included 71 Notices that were mailed via United States Postal Service ("USPS") First-Class Mail to the addresses contained in the Transfer List provided by Defendants.

4. As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name"—*i.e.*, the securities are purchased and held by brokerage firms, banks, institutions, and other third-party nominees on behalf of the beneficial purchasers. Epiq maintains and updates a proprietary internal list of approximately 1,400 nominees, including the largest and most common banks, brokers, and other nominees. The Initial Mailing included 990 Notices mailed to addresses from Epiq's internal list of nominees.

5. In total, Epiq mailed 1,061 copies of the Notice as part of the Initial Mailing. A copy of the Notice in the form it was mailed is attached hereto as Exhibit 1.

6. The Notice directed nominees and brokers who purchased Gatos Securities for the beneficial interest of a person or organization other than themselves to, within seven (7) calendar days of receipt of the Notice, either: (i) provide a list of the names and addresses of all such beneficial owners to Epiq; or (ii) request from Epiq sufficient copies of the Notice to forward to all such beneficial owners, and, within seven (7) calendar days of receipt of those Notices, forward them to all such beneficial owners.

7. At Lead Counsel's direction, Epiq took additional steps to provide nominees and brokers with advance notice of the Initial Mailing, to follow up with nominees and brokers that it had not yet heard from to ensure that they had received Notices, to ensure they were following the Notice's specific instructions to provide beneficial owner information or request copies of the

Notice for forwarding to beneficial owners, and to confirm that nominees and brokers were communicating copies of the Notice to investors via email where possible.  Prior to the Initial Mailing, Epiq identified the top 26 nominees from Epiq's internal list of nominees.  Epiq emailed these nominees to let them know that the Initial Mailing would occur on March 21, 2024, to encourage quick submissions of broker mailing requests or inquiries, and to provide a copy of the Notice they will be receiving.  Following the Initial Mailing, for any of these nominees that had not yet responded to the Notice, an Epiq representative personally called and/or emailed the nominees to remind them to do so, and followed up at least twice with nominees that did not respond to this individual outreach.

8. From the Initial Mailing through the date of this Declaration, Epiq received, and mailed Notices to, an additional 3,649 names and addresses of potential Settlement Class Members obtained from brokerage firms, banks, and other nominees.  Epiq has also received requests from brokers and nominees for 5,555 Notices to be forwarded by them to their customers, which Epiq provided to those brokers and nominees, as well as requests from potential Settlement Class Members by telephone or correspondence for one (1) Notice.  All such requests have been, and will continue to be, addressed and completed in a timely manner.

9. As of the date of this Declaration, a total of 10,266 Notices have been mailed to potential Settlement Class Members, including Notices sent directly to nominees at their request for transmission to investors.

10. In addition, one nominee, Broadridge, has informed Epiq that it emailed 18,889 copies of the Notice to beneficial owners.

11.     While Epiq initially estimated that up to 30,000 Notices could be mailed, this estimate was developed before receiving the Transfer List from Defendants and the names and addresses of beneficial owners from brokers and nominees.  Epiq believes that the dissemination of 29,155 Notices to date compares favorably with the scope of individual notice in other large securities class action settlements.  Further, Epiq believes that, as discussed below, the distribution of 29,155 Notices, together with the publication of the Summary Notice and establishment of the Settlement Website, has provided potential Settlement Class Members with the best notice practicable under the circumstances, and effectively advised them of the Settlement and the opportunity to submit claims, object, or seek exclusion.

## II.     PUBLICATION OF THE SUMMARY NOTICE

12.     On March 11, 2024, the Court-approved Summary Notice was published in *Investor's Business Daily* and was transmitted over *PR Newswire*. On March 11, 2024, and continuing through April 9, 2024, Epiq also published digital notice in the form of banner advertisements on the *Google Display Network* and *Yahoo! Finance* websites.  Copies of the proofs of publication of the Summary Notice in *Investor's Business Daily*, transmission over *PR Newswire*, and digital notice on *Google Display Network* and *Yahoo! Finance* are attached hereto as Exhibit 2.

13.     On March 11, 2024, Epiq also caused the Summary Notice to be published by the Depository Trust Corporation ("DTC") on the DTC Legal Notice System ("LENS"), which enables participating banks and brokers to review the Summary Notice and directly contact Epiq to obtain copies of the Notice for clients who may be Settlement Class Members.

### III.    THE SETTLEMENT WEBSITE

14.    Epiq, in coordination with Lead Counsel, designed, implemented, and maintains a website dedicated to the Settlement of the Action (www.GatosSecuritiesLitigation.com) (the "Settlement Website"). The Settlement Website's address is set forth in the Notice and Long-Form Notice delivered to potential Settlement Class Members and nominees, and was published in the Summary Notice.

15.    The Settlement Website became operational on March 8, 2024, ahead of the Court-ordered schedule, and is accessible 24 hours a day, 7 days a week. The Settlement Website provides summary information regarding the case and Settlement, and highlights important dates, including dates to submit claims, opt out, or file objections, as well as the date of the Fairness Hearing.

16.    The Settlement Website provides copies of the Notice, Summary Notice, Long-Form Notice, and Proof of Claim form, as well as answers to frequently asked questions, instructions on how to submit claims, how to opt out of the Settlement, and how to submit objections.

17.    The Settlement Website also contains downloadable copies of other documents related to the Action, including the Court's Preliminary Approval Order, the Amended Class Action Complaint filed August 15, 2022, the Stipulation, and Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement filed July 13, 2023. In addition, Epiq will promptly post copies of the papers being filed in support of final approval of the Settlement, approval of the Plan of Allocation, and awards of attorneys' fees, litigation expenses, and reasonable costs and expenses to Plaintiffs.

5

18.     The Settlement Website also includes a link to a claim filing module through which Settlement Class Members may submit their claims online, a link to an opt-out module through which Settlement Class Members may submit their requests for exclusion online, and a link to a nominee module through which nominees and brokers may electronically submit claims on behalf of Settlement Class Members and lists of the names and addresses of potential Settlement Class Members to which Epiq will mail Notices.  Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the claims administration process.

19.     As of the date of this Declaration, there have been 5,114 unique visitors to the Settlement Website and 9,005 pageviews.  Additionally, of those 9,005 pageviews, 170 were of the downloadable Proof of Claim form.

## IV.     CONTACT CENTER SERVICES

20.     Epiq reserved a toll-free telephone number for the Settlement, 1-877-757-6172. Epiq also published the telephone number in the Notice, Summary Notice, Long-Form Notice, and on the Settlement Website.

21.     The telephone number, which became operational on March 8, 2024, connects callers with an Interactive Voice Response ("IVR") system.  The IVR provides callers with access to additional information that has been pre-recorded and is in operation 24 hours a day, 7 days a week.  The pre-recorded message provides callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions.  The IVR also allows callers to request that a copy of the Long-Form Notice and Proof of Claim form be mailed to them, or the caller may opt to speak with a trained operator Monday

6

through Friday from 7:00 a.m. to 7:00 p.m. M.T. (excluding official holidays) regarding the status of the Settlement and/or to obtain answers to questions they may have.

22.     As of the date of this Declaration, Epiq has received a total of 43 calls to the telephone number dedicated to the Settlement, including 25 calls that were handled by a live operator.  Epiq has promptly responded to each telephone inquiry and mailing request and will continue to do so.

23.     Additionally, Epiq maintains and monitors an email address established for the Settlement (info@GatosSecuritiesLitigation.com) as well as a P.O. Box dedicated to this Settlement (*Gatos U.S. Securities Litigation*, P.O. Box 5678, Portland, OR 97228-5678) for potential Settlement Class Members and nominees to submit questions and inquiries via email and mail.  As of the date of this Declaration, Epiq has received 83 emails and mailed correspondence and responded as appropriate.

## V.     CLAIM FILING

24.     The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website inform potential Settlement Class Members that, to be eligible to receive a payment from the Net Settlement Fund, they must submit a Proof of Claim form online via the Settlement Website by June 19, 2024, or by mail such that it is postmarked by June 19, 2024.  As is typical in other claims administration matters of this kind, Epiq will continue to process claims received or postmarked after June 19, 2024, until such time as the receipt and processing of new late claims will impact decisions on disbursements.

25.     As of the date of this Declaration, Epiq has received 182 Proof of Claim forms from potential Settlement Class Members and brokerage firms, banks, institutions, and other nominees.

7

## VI.    REQUESTS FOR EXCLUSION AND OBJECTIONS

26.    The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website inform potential Settlement Class Members that requests for exclusion from the Settlement Class must be electronically submitted via the Settlement Website or postmarked no later than May 5, 2024.  The Notice, Long-Form Notice, and Settlement Website instruct potential Settlement Class Members who wish to exclude themselves from the Settlement Class to submit a written request for exclusion that provides specific information, including records of their transactions in Gatos Securities.

27.    As of the date of this Declaration, Epiq has not received and is not aware of any requests for exclusion.

28.    The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website also inform potential Settlement Class Members that they may object to the Settlement, the proposed Plan of Allocation, or the application for awards of attorneys' fees, litigation expenses, and reasonable costs and expenses to Plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(4); that the objection must be made in writing and filed with the Court in accordance with all of the instructions set forth in the Long-Form Notice; and, that objections must be received or filed, not simply postmarked, on or before May 10, 2024.

29.    As of the date of this Declaration, Epiq has not received and is not aware of any objections to the Settlement, the proposed Plan of Allocation, or the application for awards of attorneys' fees, litigation expenses, and reasonable costs and expenses to Plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(4).

8

Dated:  April 26, 2024

By:  _____

Morgan Kimball

# Exhibit 1

# Notice of Proposed Settlement of Class Action

*Gatos U.S. Securities Litigation*
Claims Administrator
P.O. Box 5768
Portland, OR 97228-5768

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882

**IMPORTANT NOTICE FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

**NOTICE OF CLASS SETTLEMENT**

If you purchased or otherwise acquired Gatos common stock during the period from October 28, 2020 through January 25, 2022 (both inclusive), or purchased or otherwise acquired publicly traded call options on Gatos common stock and/or sold publicly traded put options on Gatos common stock during the period from December 9, 2020 through January 25, 2022   (both inclusive), you may be affected by a proposed class settlement.

**THE SETTLEMENT MAY AFFECT YOUR LEGAL RIGHTS. YOU MAY BE ELIGIBLE FOR A CASH PAYMENT. PLEASE READ THIS NOTICE CAREFULLY.**

**This Notice provides only limited information about the Settlement. For more
information, please visit www.GatosSecuritiesLitigation.com (the "Settlement
Website") or call the Claims Administrator at 877-757-6172.**
**Important Settlement Notice:** ***Bilinsky v. Gatos Silver Inc. et al.,***
**No. 1:22-cv-00453-PAB-KLM (D. Colo.) (the "Action")**

The Parties have reached a proposed Settlement that, if approved, will resolve the Released Claims against the Defendants and their Related Parties on behalf of the Settlement Class.

Gatos and/or its insurance carriers have agreed to pay $21,000,000. This amount, plus accrued interest, and after deduction of Court-approved attorneys' fees and expenses (including any awards to Plaintiffs), Notice and Administration Costs, and Taxes, will be allocated, pursuant to the Plan of Allocation in the Long-Form Notice, among Settlement Class Members who submit valid claims.

You may be a Settlement Class Member if you purchased or otherwise acquired Gatos common stock pursuant or traceable to the 2020 Registration Statement or the 2021 Registration Statement or purchased or otherwise acquired Gatos common stock or publicly traded call options on Gatos common stock and/or sold publicly traded put options on Gatos common stock during the period from December 9, 2020 through January 25, 2022 (both inclusive).

**TO BE ELIGIBLE FOR PAYMENT, YOU MUST SUBMIT A VALID PROOF OF CLAIM ONLINE OR POSTMARKED BY JUNE 19, 2024. THE FORM IS AVAILABLE FROM THE SETTLEMENT WEBSITE, WWW.GATOSSECURITIESLITIGATION.COM, OR BY MAIL UPON REQUEST THROUGH THE WEBSITE OR BY CALLING THE CLAIMS ADMINISTRATOR AT 877-757-6172.**

**www.GatosSecuritiesLitigation.com**

The Settlement Website contains a Long-Form Notice with additional information that you should review.

You must comply with the Long-Form Notice's complete instructions on how to submit a Proof of Claim, exclude yourself, or object. In summary, you have three options:

Option 1: Submit a Proof of Claim (with further options to object to the Settlement and/or appear at the Fairness Hearing).

Option 2: Exclude yourself from the Settlement Class, as detailed below.

Option 3: Do nothing. You will still be bound by the Settlement and will fully release all Released Claims against Defendants and their Related Parties.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **OPTION 1: SUBMIT A PROOF OF CLAIM SUBMITTED ONLINE OR POSTMARKED BY JUNE 19, 2024** | This is the only way to be eligible to get a payment from the Settlement. If you wish to participate in the Settlement, you will need to complete and submit the Proof of Claim, available at www.GatosSecuritiesLitigation.com or by calling the Claims Administrator at 877-757-6172. Settlement Class Members who do not complete and submit the Proof of Claim in accordance with the instructions on the Proof of Claim and within the time required will be bound by the Settlement and shall have fully released all of the Released Claims against Defendants and their Related Parties, but will not be eligible to participate in any distribution of the Net Settlement Fund. |

**www.GatosSecuritiesLitigation.com**

| | |
|---|---|
| **OPTION 2: EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SUBMITTED ONLINE OR POSTMARKED BY MAY 5, 2024** | If you wish to exclude yourself from the Settlement, you must submit a written request for exclusion that is submitted online or postmarked by May 5, 2024. You will not be bound by the results of the Litigation, you cannot object to the Settlement, and you will not receive any payment. This is the only option that allows you to ever bring or be part of any other lawsuit against Defendants or their Related Parties related to the issues raised in the Litigation. |
| **OPTION 3: DO NOTHING** | If you are a Settlement Class Member but do not request exclusion and do not submit a Proof of Claim submitted online or postmarked by June 19, 2024, you will not be eligible to receive any payment from the Settlement Fund. You will, however, be bound by the Settlement and shall have fully released all of the Released Claims against Defendants and their Related Parties. |

**If you are a Settlement Class Member, you may also object to the Settlement (whether or not you file a Proof of Claim) by submitting a written objection so that it is received or filed no later than May 10, 2024.** If you believe the Settlement is objectionable in any respect, you may write to the Court about why you oppose the Settlement, the Plan of Allocation, and/or the request for attorneys' fees, costs, and expenses. You will still be a Settlement Class Member who is bound by the Settlement and shall have fully released all of the Released Claims against Defendants and their Related Parties.

**You may attend the Fairness Hearing on May 31, 2024 at 10:00 a.m. (Mountain Time), and provide a notice of intention to appear to Lead Counsel and Defendants' Counsel so that it is received no later than May 10, 2024.** You do not need to attend the Fairness Hearing unless you wish to speak in support of any objection you may have submitted, and have indicated your intention to appear to Lead Counsel and Defendants' Counsel so that it is received no later than May 10, 2024. The Court may postpone the Fairness Hearing without further notice to you.

**www.GatosSecuritiesLitigation.com**

**What is this case about? Why is there a settlement?** The Litigation alleges that certain Defendants made material misstatements and omissions regarding, *inter alia*, mineral resource and mineral reserve estimates for Gatos' Cerro Los Gatos mine. Defendants deny any wrongdoing or liability. The Parties disagree on liability and damages. Plaintiffs wish to avoid the risk and delay of further litigation and secure a substantial benefit for the Settlement Class. Defendants wish to avoid the cost and distraction of further litigation.

**How much will I recover?** The estimated average recovery per affected Gatos Security is approximately $0.61 per share of Gatos common stock (or $0.54 for stock purchased in or traceable to the IPO or SPO), $0.42 per put option, and $0.09 per call option, each before deduction of Court-approved fees, expenses, and costs. This amount is an average, and your recovery will vary based on (among other things) the number of valid claims and the size and timing of your transactions in Gatos Securities.

**The Court will hold a hearing on May 31, 2024 at 10:00 a.m. (Mountain Time)** to consider whether to approve the Settlement and Lead Counsel Bleichmar Fonti & Auld LLP's request for attorneys' fees not to exceed 28% of the Settlement Amount, expenses not to exceed $325,000, and awards to Plaintiffs of no more than $15,000 in the aggregate (an average of approximately $0.18 per affected share of Gatos common stock (or $0.16 for stock purchased in or traceable to the IPO or SPO), $0.13 per affected put option, and $0.03 per affected call option). You may, but are not required to, attend, and may also appear through counsel of your choice and at your own expense.

**How can I get more information?** Visit the Settlement Website at **www.GatosSecuritiesLitigation.com**, contact the Claims Administrator at 877-757-6172, or contact Lead Counsel: Joseph A. Fonti, Bleichmar Fonti & Auld LLP, 7 Times Square, 27th Floor, New York, NY 10036, Telephone: (888) 879-9418, Email: gatossettlement@bfalaw.com.

**www.GatosSecuritiesLitigation.com**

## SPECIAL NOTICE TO NOMINEES

Nominees who purchased or otherwise acquired Gatos common stock pursuant or traceable to the 2020 Registration Statement or the 2021 Registration Statement, or purchased or otherwise acquired Gatos common stock or publicly traded call options on Gatos common stock and/or sold publicly traded put options on Gatos common stock during the period from December 9, 2020 through January 25, 2022 (both inclusive), for the beneficial interest of other Persons or entities shall, within seven (7) calendar days of receipt of this Notice, either: (i) request from the Claims Administrator sufficient copies of the Notice to forward to all such beneficial owners and do so promptly after receipt of those Notices; or (ii) provide a list of the names and addresses of all such beneficial owners to the Claims Administrator at *Gatos U.S. Securities Litigation*, P.O. Box 5768, Portland, OR 97228-5768.

If you choose the first option, you must send a statement to the Claims Administrator confirming that the mailing was made and **you must retain your mailing records for use in connection with any further notices that may be provided in the Litigation**.

If you choose the second option, the Claims Administrator will send a copy of the Notice to the beneficial owners.

Upon full and timely compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.

**www.GatosSecuritiesLitigation.com**

For more information, please visit
www.GatosSecuritiesLitigation.com (the "Settlement Website") or
Call the Claims Administrator at 877-757-6172.

The following QR code links to the Settlement Website



www.GatosSecuritiesLitigation.com

# Exhibit 2

## Proof of Publication of Summary Notice

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** *Gatos US Securities Litigation*

I, Kathleen Komraus, hereby certify that

(a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;

(b) The Notice of which the annexed is a copy was published in the following publications on the following dates:

> *3.11.2024 – Investor's Business Weekly*
> *3.11.2024 – PR Newswire*

(c) Banner advertisements are appearing on the following digital properties on the following dates:

> *3.11.2024 – 4.9.2024 – Google Display Network*
> *3.11.2024 – 4.9.2024 – Yahoo! Finance*

**X** *Kathleen Komraus*
          **(Signature)**

Media & Design Manager
          **(Title)**

INVESTORS.COM  **MUTUAL FUND PERFORMANCE**  WEEK OF MARCH 11, 2024  A13

## How To Read IBD Mutual Fund Tables

IBD tables have funds with 36-Month Performance Rating A+, A or A-, at least $200 million assets plus funds ranked by assets regardless of their performance. All other mutual funds are found at www.investors.com/ibd-data-tables. † denotes independent fund not part of family listed above. Each 36-Month Rating, vs. all other mutual funds, is recalculated monthly on a total return basis. Dividends and capital gains included. Daily accrual fund returns are calculated on a monthly basis. A+ = Top 5%, A = Top 10%, A- = Top 15%, B+ = Top 20%, B = Top 25%, B-=Top 30%, C+ =Top 35%, C = Top 40%, C- = Top 45%, D+ = Top 50%, D = Top 60%, D- = Top 70%, E = Below 70%. A+, A, A- and B+ 36-Month Ratings are boldfaced. Top 2% of funds in % performance yesterday are boldfaced. Performance of income funds may be compared to other income funds. b = assets used to pay 12(b)(1) plan distribution costs, r=redemption charge may apply, n=no initial load and appears after Net Asset Value, m=multiple fees, p=previous day's quote, s=split, x=ex-dividend or capital gains distribution. 5-Yr After Tax Rtn=5 year after-tax return assuming average income tax rate of 35% on dividends and 15% long-term capital gains rate.NAVChg is calculated vs. the prior session.

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MICHAEL BILINSKY, Individually and On Behalf of All Others Similarly Situated,
Plaintiff,
v.
GATOS SILVER, INC., STEPHEN ORR, ROGER JOHNSON, PHILIP PYLE, JANICE STAIRS, ALI ERFAN, IGOR GONZALES, KARL HANNEMAN, DAVID PEAT, CHARLES HANSARD, and DANIEL MUÑIZ QUINTANILLA,
Defendants.

Civil Action No. 1:22-cv-00453-PAB-KLM

SUMMARY NOTICE

**TO: All Persons and entities that (i) during the period from December 9, 2020 and January 25, 2022, both inclusive (the "Class Period"), purchased or otherwise acquired Gatos common stock listed on the NYSE, or, in domestic transactions, purchased or otherwise acquired publicly traded call options on Gatos common stock, and/or sold publicly traded put options on Gatos common stock, and were damaged thereby; or (ii) purchased or otherwise acquired Gatos common stock pursuant or traceable to the 2020 Registration Statement or the 2021 Registration Statement, in domestic transactions or on the NYSE, and were damaged thereby (the "Settlement Class").**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Colorado (the "Court") and Rule 23 of the Federal Rules of Civil Procedure, that a hearing will be held on May 31, 2024, at 10:00 a.m. (Mountain Time), before the Honorable Philip A. Brimmer, at the Alfred A. Arraj United States Courthouse, in Courtroom A701, 901 19th Street, Denver, CO 80294, for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned litigation (the "Litigation") for the sum of $21,000,000 in cash (the "Settlement") should be approved by the Court as fair, reasonable, and adequate; (2) whether a Settlement Class should be certified for purposes of the Settlement; (3) whether, thereafter, this Litigation should be dismissed with prejudice pursuant to the terms and conditions set forth in the Amended Stipulation of Settlement dated September 12, 2023 (the "Stipulation"); (4) whether the proposed Plan of Allocation is fair, reasonable, and adequate and therefore should be approved; and (5) the reasonableness of the application of Lead Counsel for the payment of attorneys' fees and expenses incurred in connection with this Litigation together with the interest earned thereon (and any payment to Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 in connection with their representation of the Settlement Class). The Court may change the date of this hearing, or hold it remotely, without providing another notice. You do NOT need to attend the hearing to receive a distribution from the Net Settlement Fund.

The Litigation has been preliminarily certified as a class action on behalf of a Settlement Class of all Persons or entities that (a) from December 9, 2020 through January 25, 2022, both inclusive, purchased or otherwise acquired Gatos common stock listed on the NYSE, or, in domestic transactions, purchased or otherwise acquired publicly traded call options on Gatos common stock or sold publicly traded put options on Gatos common stock, and were damaged thereby; or (b) in domestic transactions or on the NYSE, purchased or otherwise acquired Gatos common stock pursuant or traceable to the 2020 Registration Statement or the 2021 Registration Statement, and were damaged thereby, except for certain Persons or entities excluded from the Settlement Class, as defined in the full Long-Form Notice of Pendency and Proposed Settlement of Class Action ("Long-Form Notice"), which is available as described below. If the Settlement is approved, it will resolve all claims in the Litigation. Capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the Long-Form Notice and/ or Stipulation.

A detailed description of the Litigation, including important information about your rights and options, is in the detailed Long-Form Notice available at www.GatosSecuritiesLitigation.com or by contacting the Claims Administrator at: *Gatos U.S. Securities Litigation*, Claims Administrator, P.O. Box 5768, Portland, OR 97228-5768, or 877-757-6172.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release form ("Proof of Claim") online at www.GatosSecuritiesLitigation.com or by mail postmarked no later than June 19, 2024. Failure to timely submit a Proof of Claim will subject your claim to possible rejection and may preclude you from receiving any payment from the Settlement.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion electronically submitted or postmarked by May 5, 2024, in the manner and form explained in the detailed Long-Form Notice referred to above. All Members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class will be bound by any judgment entered in the Litigation pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be mailed or delivered to the Clerk of Court and counsel for the Parties at the addresses below such that it is received no later than May 10, 2024:

*Court:*
Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

*Counsel for Plaintiffs:*
Joseph A. Fonti
BLEICHMAR FONTI & AULD LLP
Times Square Tower
7 Times Square, 27th Floor
New York, NY 10036
gatossettlement@bfalaw.com

*Counsel for Gatos and the Individual Defendants:*
Michael S. Flynn
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

*Counsel for the Underwriter Defendants:*
Audra J. Soloway
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact counsel for Plaintiffs at the address listed above, email gatossettlement@bfalaw.com, call (888) 879-9418, or go to the following website: www.GatosSecuritiesLitigation.com.

INVESTOR'S BUSINESS DAILY

Simplify Your Trading & **Strike Gold**

Buy 1 month of Leaderboard, **GET 2 MONTHS FREE!**

investors.com/greendeal

© 2024 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.

©2024 Investor's Business Daily, LLC. All rights reserved.

# Bleichmar Fonti & Auld LLP Announces Proposed Class Action Settlement Involving Purchasers of Gatos Common Stock and Purchasers and Sellers of Gatos Options

NEWS PROVIDED BY
**Bleichmar Fonti & Auld LLP →**
11 Mar, 2024, 08:00 ET

DENVER, March 11, 2024 /PRNewswire/ --

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHAEL BILINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br>v.<br><br>GATOS SILVER, INC., STEPHEN ORR, ROGER JOHNSON, PHILIP PYLE, JANICE STAIRS, ALI ERFAN, IGOR GONZALES, KARL HANNEMAN, DAVID PEAT, CHARLES HANSARD, and DANIEL MUÑIZ QUINTANILLA,<br><br>    Defendants. | Civil Action No. 1:22-cv-00453-PAB-KLM<br><br>SUMMARY NOTICE |

**TO: All Persons and entities that (i) during the period from December 9, 2020 and January 25, 2022, both inclusive (the "Class Period"), purchased or otherwise acquired Gatos common stock listed on the NYSE, or, in domestic transactions, purchased or otherwise acquired publicly traded call options on Gatos common stock, and/or sold publicly traded put options on Gatos common stock, and were damaged thereby; or (ii) purchased or otherwise acquired Gatos common stock pursuant or traceable to the 2020 Registration Statement or the 2021 Registration Statement, in domestic transactions or on the NYSE, and were damaged thereby (the "Settlement Class").**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Colorado (the "Court") and Rule 23 of the Federal Rules of Civil Procedure, that a hearing will be held on May 31, 2024, at 10:00 a.m. (Mountain Time), before the Honorable Philip A. Brimmer, at the Alfred A. Arraj United States Courthouse, in Courtroom A701, 901 19th Street, Denver, CO 80294, for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned litigation (the "Litigation") for the sum of $21,000,000 in cash (the "Settlement") should be approved by the Court as fair, reasonable, and adequate; (2) whether a Settlement Class should be certified for purposes of the Settlement; (3) whether, thereafter, this Litigation should be dismissed with prejudice pursuant to the terms and conditions set forth in the Amended Stipulation of Settlement dated September 12, 2023 (the "Stipulation"); (4) whether the proposed Plan of Allocation is fair, reasonable, and adequate and therefore should be approved; and (5) the reasonableness of the application of Lead Counsel for the payment of attorneys' fees and expenses incurred in connection with this Litigation together with the interest earned thereon (and any payment to Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 in connection with their representation of the Settlement Class). The Court may change the date of this hearing, or hold it remotely, without providing another notice. You do NOT need to attend the hearing to receive a distribution from the Net Settlement Fund.

The Litigation has been preliminarily certified as a class action on behalf of a Settlement Class of all Persons or entities that (a) from December 9, 2020 through January 25, 2022, both inclusive, purchased or otherwise acquired Gatos common stock listed on the NYSE, or, in domestic transactions, purchased or otherwise acquired publicly traded call options on Gatos common stock or sold publicly traded put options on Gatos common stock, and were damaged thereby; or (b) in domestic transactions or on the NYSE, purchased or otherwise acquired Gatos common stock pursuant or traceable to the 2020 Registration Statement or the 2021 Registration Statement, and were damaged thereby, except for certain Persons or entities excluded from the Settlement Class, as defined in the full Long-Form Notice of Pendency and Proposed Settlement of Class Action ("Long-Form Notice"), which is available as described below. If the Settlement is approved, it will resolve all claims in the Litigation. Capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the Long-Form Notice and/or Stipulation.

A detailed description of the Litigation, including important information about your rights and options, is in the detailed Long-Form Notice available at **www.GatosSecuritiesLitigation.com** or by contacting the Claims Administrator at: *Gatos U.S. Securities Litigation*, Claims Administrator, P.O. Box 5768, Portland, OR 97228-5768, or 877-757-6172.

**If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release form ("Proof of Claim") online at www.GatosSecuritiesLitigation.com or by mail postmarked no later than June 19, 2024. Failure to timely submit a Proof of Claim will subject your claim to possible rejection and may preclude you from receiving any payment from the Settlement.**

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion electronically submitted or postmarked by **May 5, 2024**, in the manner and form explained in the detailed Long-Form Notice referred to above. All Members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class will be bound by any judgment entered in the Litigation pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be mailed or delivered to the Clerk of Court and counsel for the Parties at the addresses below such that it is received no later than **May 10, 2024**:

*Court:*

Clerk of the Court

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Alfred A. Arraj United States Courthouse, Room A105

901 19th Street

Denver, CO 80294-3589

*Counsel for Plaintiffs*:

Joseph A. Fonti

BLEICHMAR FONTI & AULD LLP

Times Square Tower

7 Times Square, 27th Floor

New York, NY 10036

**gatossettlement@bfalaw.com**

*Counsel for Gatos and the Individual Defendants*:

Michael S. Flynn

DAVIS POLK & WARDWELL LLP

450 Lexington Avenue

New York, NY 10017

*Counsel for the Underwriter Defendants*:

Audra J. Soloway

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas

New York, NY 10019

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact counsel for Plaintiffs at the address listed above, email **gatossettlement@bfalaw.com**, call (888) 879-9418, or go to the following website: **www.GatosSecuritiesLitigation.com**.

URL: **www.GatosSecuritiesLitigation.com**

SOURCE Bleichmar Fonti & Auld LLP

Bloomberg the Company & Its Products ▾ | Bloomberg Terminal Demo Request | Bloomberg Anywhere Remote Login | Bloomberg Customer Support

pg 28 of 39

## Newsletter

# Five Things You Need to Know to Start Your Day: Americas





If you purchased Gatos common stock or traded in Gatos options between December 9, 2020 and January 25, 2022,

Visitors at the "Charging Bull" statue near the New York Stock Exchange. *Photographer: Stephanie Keith/Bloomberg*

    

 Gift this article

By Sofia Horta e Costa

March 11, 2024 at 6:30 AM EDT

🔖 Save

Good morning. The booming US stock market is making some people nervous, but maybe the Magnificent Seven aren't so expensive after all. Plus, there's a big bet riding on market calm and unstoppable crypto markets may score a win in London. Here's what people are talking about. — *Sofia Horta e Costa*

*Want to receive this newsletter in Spanish? Sign up to get the Five Things: Spanish Edition newsletter.*

### Bubble anxiety

There's so much debate over whether the US stock market is overheating that my colleagues Alexandra Semenova and Matt Turner dug into the data to see what the evidence suggests. Some of their charts may dispel concerns of a bubble forming, namely one showing an equal-weighted version of the S&P 500 just hit a record

Bloomberg the Company & Its Products ▾ | Bloomberg Terminal Demo Request | 🖷 Bloomberg Anywhere Remote Login | Bloomberg Customer Support

# Bloomberg

● Live TV    Markets ▾    Economics    Industries    Tech    Politics    Businessweek    Opinion    More ▾                    US Edition ▾

Sign In    Subscribe    🔍

Newsletter

# Five Things You Need to Know to Start Your Day: Americas





you could receive a payment from a Class Action Settlement.

Learn More

Visitors at the "Charging Bull" statue near the New York Stock Exchange. *Photographer: Stephanie Keith/Bloomberg*



By Sofia Horta e Costa
March 11, 2024 at 6:30 AM EDT

🔖 Save

Good morning. The booming US stock market is making some people nervous, but maybe the Magnificent Seven aren't so expensive after all. Plus, there's a big bet riding on market calm and unstoppable crypto markets may score a win in London. Here's what people are talking about. – *Sofia Horta e Costa*

*Want to receive this newsletter in Spanish? Sign up to get the Five Things: Spanish Edition newsletter.*

## Bubble anxiety

There's so much debate over whether the US stock market is overheating that my colleagues Alexandra Semenova and Matt Turner dug into the data to see what the evidence suggests. Some of their charts may dispel concerns of a bubble forming, namely one showing an equal-weighted version of the S&P 500 just hit a record

Case No. 1:22-cv-00453-PAB-KAS   Document 91-4   filed 04/26/24   USDC Colorado

**BULLETIN**   Biden and Trump differ — now — on TikTok legislation →   ✕

US   Europe   Asia   FX   Rates   Futures   Crypto

| | | | |
|---|---|---|---|
| Dow | 38,661.44 | -61.25 | -0.16% ▼ |
| S&P 500 | 5,115.94 | -7.75 | -0.15% ▼ |
| Nasdaq | 16,034.77 | -50.34 | -0.31% ▼ |
| VIX | 15.55 | 0.81 | 5.50% ▲ |
| Gold | 2,188.00 | 2.50 | 0.11% ▲ |
| Oil | 77.91 | -0.10 | -0.13% ▼ |

RANGE ▾ 1D

**S&P 500 Movers**

| | | | | |
|---|---|---|---|---|
| MRNA | 8.5 | EQT | -8.8 |
| ALB | 5.8 | BLDR | -4.0 |
| WBD | 5.8 | LLY | -4.0 |

Visit Market Data Center ›

**Latest News** ALL TIMES EASTERN

- 12:10p **BARRON'S** Duolingo Stock Jumps on Upbeat Call From J.P. Morgan
- 12:09p Why gold may be set to outperform U.S. stocks
- 12:09p **PICKS** We're in our 70s in Boca Raton with a net worth of about $2 million — and rental properties, Social Security and an annuity. What's next for us?
- 12:06p Biden official says giving $10,000 to home buyers would have limited


Jeep | FAMOUS FOR FREEDOM

CAPABILITY   FREEDOM   TECHNOLOGY

Take more legendary adventures in the Most Capable Wrangler Generation Ever

THE NEW 2024 WRANGLER

BUILD YOUR WRANGLER   SEARCH NEW INVENTORY

Advertisement

**Editors' Picks**   Need to Know   Economic calendar   Election 2024   Ukraine   Gaza   Crypto   'On Watch' podcast   Oscars   Sports   The Moneyist

# Dow industrials losing ground as Wall Street awaits consequential inflation data



- Expect 'plenty of handwringing about hotter inflation' this week
- Bond yields mixed as uncertain jobs report gives way to CPI data
- Earnings this week will look at the shoppers hit hardest by inflation
- CPI inflation is being pushed up by gas, car insurance and housing



**Nvidia's stock could hit $1,200, this bull says. Here's the key to that rally.**

- Candlesticks and supernovas: This is why action in Nvidia is a worry for market gazers
- Nvidia's stock completes dramatic reversal lower not seen in almost seven years
- This isn't a bull market — it's a 'duck' market. Here's why.
- The 'Magnificent Seven' stocks are actually undervalued vs. the rest of the market, JPMorgan says

Biden says he'll sign proposed bill banning TikTok if Congress passes it

Reddit launches IPO at a valuation of up to $6.4 billion

Japanese hotelier talks about turning a 100-year-old prison into Luxury lodging — and its expansion into the U.S.

Princess Kate apologizes for doctored photo, saying she experimented with editing


If you purchased Gatos common stock or traded in Gatos options between December 9, 2020 and January 25, 2022, you could receive a payment from a Class Action Settlement.

Learn More







If you purchased Gatos common stock or traded in Gatos options between December 9, 2020 and January 25, 2022,



Report this ad

Exclusive news, data and analytics for financial market professionals    **LSEG**

 **REUTERS®**   World ⌄   Business ⌄   Markets ⌄   Sustainability ⌄   More ⌄     My View ⌄   Q      Sign In      Register

U.S. Markets

# Wall St eases as investors await inflation data

By **Bansari Mayur Kamdar** and **Shashwat Chauhan**

March 11, 2024 11:48 AM EDT · Updated 2 hours ago

    



A trader works on the floor at the New York Stock Exchange (NYSE) in New York City, U.S., March 7, 2024. REUTERS/Brendan McDermid *Purchase Licensing Rights* [↗]



**Lithium Stock Soaring**

Canadian lithium producer gains momentum with this US energy giant's entry into the market

Report this ad

**summary**   **Companies**

- Chip stocks extend losses
- Boeing down as justice dept probes MAX blowout
- Equitrans Midstream up as EQT to buy back firm
- Indexes down: Dow 0.36%, S&P 0.38%, Nasdaq 0.33%

March 11 (Reuters) - Wall Street's main stock indexes slipped on Monday, as investors awaited key inflation data this week that could offer clues about the U.S. Federal Reserve's monetary policy path following last week's mixed jobs report.

All three major U.S. stock indexes had ended the week lower on Friday, with the S&P 500 and the Nasdaq coming off record highs as high-flying chip stocks fell and a labor market report showed more new jobs than expected, while the unemployment rate rose unexpectedly.

Advertisement · Scroll to continue

Ad

**you could receive a payment from a Class Action Settlement.**

**Learn More**



Report this ad

Exclusive news, data and analytics for financial market professionals    **LSEG**



World ⌄    Business ⌄    Markets ⌄    Sustainability ⌄    More ⌄    ⊟ My View ⌄    Q    | Sign In |    **Register**

U.S. Markets

# Wall St eases as investors await inflation data

By **Bansari Mayur Kamdar** and **Shashwat Chauhan**

March 11, 2024 11:48 AM EDT · Updated 2 hours ago

  



**Lithium Stock Soaring**

**PR**

Canadian lithium producer gains momentum with this US energy giant's entry into the market

→

Report this ad



A trader works on the floor at the New York Stock Exchange (NYSE) in New York City, U.S., March 7, 2024. REUTERS/Brendan McDermid *Purchase Licensing Rights* [⧉]

| **summary** | **Companies** |
|---|---|

- Chip stocks extend losses
- Boeing down as justice dept probes MAX blowout
- Equitrans Midstream up as EQT to buy back firm
- Indexes down: Dow 0.36%, S&P 0.38%, Nasdaq 0.33%

March 11 (Reuters) - Wall Street's main stock indexes slipped on Monday, as investors awaited key inflation data this week that could offer clues about the U.S. Federal Reserve's monetary policy path following last week's mixed jobs report.

All three major U.S. stock indexes had ended the week lower on Friday, with the S&P 500 and the Nasdaq coming off record highs as high-flying chip stocks fell and a labor market report showed more new jobs than expected, while the unemployment rate rose unexpectedly.

# CNBC

MARKETS    BUSINESS    INVESTING    TECH    POLITICS    CNBC TV    INVESTING CLUB 🔒    PRO 🔒

Search quotes, news & videos 🔍    WATCHLIST 🔔 | SIGN IN    CREATE FREE ACCOUNT

MAKE IT ↗    SELECT ↗    USA · INTL    ●WATCH LIVE

+ | **US**  EUR  ASIA  BONDS  OIL  FX  GOLD  CRYPTO  PRE-MKT

| DJIA 38,741.46 ▲ +18.77 +0.05% LAST | 1:36:02 PM EDT | S&P 500 5,117.94 ▼ -5.75 -0.11% LAST | 1:36:02 PM EDT | NASDAQ 16,053.68 ▼ -31.43 -0.20% LAST | 1:36:02 PM EDT | RUSS 2K* 2,071.42 ▼ -11.30 -0.54% LAST | 1:21:00 PM EDT | VIX 15.25 ▲ +0.51 +3.46% LAST | 1:36:01 PM EDT |

**S&P 500 inches lower ahead of latest inflation data**

If you purchased Gatos common stock or traded in Gatos options between December 9, 2020 and January 25, 2022, you could receive a payment from a Class Action Settlement.

**Learn More**

Quick Links    Pro: Time to sell Nvidia?    Ukraine war    Trump talks tariffs    Oscars winners    Biden budget    Precious metal prices    Women's soccer



**Trump says a TikTok ban would empower Meta, slams Facebook as 'enemy of the people'**



**The Exchange**    WATCH LIVE ⊙

UP NEXT | **Power Lunch** 02:00 pm ET    Listen

## LATEST NEWS

● **1 HOUR AGO**
PRO  Time to sell Nvidia? How to trade stocks that have 'gone parabolic'

● **1 HOUR AGO**
The cybercrime underworld has removed all the guardrails on the AI frontier

● **1 HOUR AGO**
Why Amtrak is attempting to revive the Texas Central bullet train



**Long-term inflation expectations rise, spelling possible trouble for the Fed, survey shows**

● LIVE  **S&P 500 inches lower ahead of latest inflation data**



**Bitcoin hits record high above $72,000 as UK opens the door to crypto exchange-traded products**

## QUOTE FINDER

SEARCH 🔍

**'Not on my watch' — Biden blasts Trump over suggested cuts to Social Security, Medicare**

25 MIN AGO • Dan Mangan



POPULAR QUOTES

| .SPX + | 5117.91 -5.78 (-0.11%) |

| MXN= + | UNCH |

PRO  **Time to sell Nvidia? How to trade stocks that have 'gone parabolic'**

AN HOUR AGO • Katie Stockton

Biden's $7.3 trillion budget calls for tax hikes on the



Jeep | CELEBRATION EVENT

**yahoo!**finance

Search for news, symbols or companies

My Portfolio    News    Markets    Sectors    Screeners    Personal Finance    Videos    Finance Plus

News    Finance    Sports    More ⌄

**((•))** U.S. markets close in 2 hours 15 minutes

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 | Crude Oil | Gold |
|---|---|---|---|---|---|
| 5,110.97 | 38,711.97 | 16,019.03 | 2,072.37 | 77.84 | 2,186.50 |
| -12.72 (-0.25%) | -10.72 (-0.03%) | -66.09 (-0.41%) | -10.34 (-0.50%) | -0.17 (-0.22%) | +1.00 (+0.05%) |



# Personal Finance: Information & Tools to Help You Handle Your Finances

Find the answers you need for questions about saving, spending, and preparing for major financial decisions.



If you purchased Gatos common stock or traded in Gatos options between December 9, 2020 and January 25, 2022,



**Business** Yahoo Personal Finance · 3 days ago

### Wells Fargo Autograph Journey℠ Card review: A high-earning card designed for frequent travelers

Wells Fargo's newest card is ideal for jetsetters or frequent business travelers. See what it earns and how to redeem points.



**Biden calls for tax hikes to shore up Social Security as Trump floats entitlement cuts**

Yahoo Finance

**Business** Yahoo Personal Finance · 3 days ago

### What is a condo, and is it right for me?

Learn about the difference between a condo vs. an apartment, house, or co-op.



**Business** Yahoo Personal Finance · 3 days ago

### Want to build an ADU or in-law suite? Here's how to finance it.

An ADU, or accessible dwelling unit, is a second housing structure on your property. Learn about the types of ADUs you can build and how to finance the project.



**Who normally has the cheapest car insurance?**

Ad · Otto Quotes

**Business** Yahoo Personal Finance · 3 days ago

### When were credit cards invented?

Although credit cards were invented in the early 1900s, credit cards as we know them didn't go into effect until over 60 years later.



**US and China battling to be the AI leader**

Yahoo Finance Video



**Business** Yahoo Personal Finance · 4 days ago

### Last call: How to get the Southwest Companion Pass welcome bonus offer before it ends

You can earn Companion Pass through February 2025 with a Southwest Airlines credit card welcome offer. Before the offer expires, learn how to get it — and which Southwest card...



**Business** Yahoo Personal Finance · 4 days ago

### First-time home buyer programs in Texas



     

Search for news, symbols or companies

News  Finance  Sports  More ▾  Sign in

My Portfolio   News   Markets   Sectors   Screeners   Personal Finance   Videos   Finance Plus Ⓥ⁺

((•)) **U.S. markets close in 2 hours 15 minutes**

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 | Crude Oil | Gold |
|---|---|---|---|---|---|
| 5,110.97 | 38,710.74 | 16,025.11 | 2,072.27 | 77.84 | 2,186.30 |
| -12.72 (-0.25%) | -11.95 (-0.03%) | -60.01 (-0.37%) | -10.45 (-0.50%) | -0.17 (-0.22%) | +0.80 (+0.0366%) |



# Personal Finance: Information & Tools to Help You Handle Your Finances

Find the answers you need for questions about saving, spending, and preparing for major financial decisions.

you could receive a payment from a Class Action Settlement.

Learn More



**Business**  Yahoo Personal Finance • 3 days ago

### Wells Fargo Autograph Journey℠ Card review: A high-earning card designed for frequent travelers

Wells Fargo's newest card is ideal for jetsetters or frequent business travelers. See what it earns and how to redeem points.



**Business**  Yahoo Personal Finance • 3 days ago

### What is a condo, and is it right for me?

Learn about the difference between a condo vs. an apartment, house, or co-op.

Biden calls for tax hikes to shore up Social Security as Trump floats entitlement cuts

Yahoo Finance



**Business**  Yahoo Personal Finance • 3 days ago

### Want to build an ADU or in-law suite? Here's how to finance it.

An ADU, or accessible dwelling unit, is a second housing structure on your property. Learn about the types of ADUs you can build and how to finance the project.

 

Who normally has the cheapest car insurance?

Ad • Otto Quotes



**Business**  Yahoo Personal Finance • 3 days ago

### When were credit cards invented?

Although credit cards were invented in the early 1900s, credit cards as we know them didn't go into effect until over 60 years later.



US and China battling to be the AI leader

Yahoo Finance Video



**Business**  Yahoo Personal Finance • 4 days ago

### Last call: How to get the Southwest Companion Pass welcome bonus offer before it ends

You can earn Companion Pass through February 2025 with a Southwest Airlines credit card welcome offer. Before the offer expires, learn how to get it — and which Southwest card...





**Business**  Yahoo Personal Finance • 4 days ago

### First-time home buyer programs in Texas

First-time home buyer programs in Texas help people under a certain income limit afford a

**yahoo!finance**

Search for news, symbols or companies

News    Finance    Sports    More ∨    Sign in

My Portfolio    News    Markets    Sectors    Screeners    Personal Finance    Videos    Finance Plus

(•) U.S. markets close in 2 hours 17 minutes

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 | Crude Oil | Gold |
|---|---|---|---|---|---|
| 5,111.64 | 38,714.90 | 16,023.69 | 2,072.10 | 77.89 | 2,187.10 |
| -12.05 (-0.24%) | -7.79 (-0.02%) | -61.42 (-0.38%) | -10.61 (-0.51%) | -0.12 (-0.15%) | +1.60 (+0.07%) |

All Events    Earnings    Stock Splits    IPOs    Economic Events

Events Calendar for:    📅 Mar 10, 2024 - Mar 16, 2024 ∨

**10 Mar** Sun
32 Economic Ev...

**11 Mar** Mon
383 Earnings
28 Stock Splits
2 IPO Pricings
51 Economic Ev...

**12 Mar** Tues
186 Earnings
6 Stock Splits
60 Economic E...

**13 Mar** Wed
165 Earnings
9 Stock Splits
63 Economic E...

**14 Mar** Thu
251 Earnings
5 Stock Splits
81 Economic Ev...

**15 Mar** Fri
70 Earnings
12 Stock Splits
72 Economic Ev...

**16 Mar** Sat

< Prev    Next >



GlobeNewswire · 7 minutes ago

**Global Metagenomics Sequencing Market Set to Reach $14.25 Billion by 2034: An Analysis of Market Trends, Opportunities, and the...**

Global Metagenomics Sequencing Market Global Metagenomics Sequencing Market Dublin, March 11, 2024 (GLOBE NEWSWIRE) -- The "Global Metagenomics Sequencing Market...



Ad   Otto Quotes

**Who normally has the cheapest car insurance?**

${city:capitalized}$ Drivers $0 Down Payment Auto Insurance



GlobeNewswire · 9 minutes ago

**Global Robotic Prosthetics Market 10 Year Forecast Report 2024-2034, by Product Type, Technology Prosthetics, End User and Region**

Global Robotic Prosthetics Market Global Robotic Prosthetics Market Dublin, March 11, 2024 (GLOBE NEWSWIRE) -- The "Global Robotic Prosthetics Market by Product Type, by...



CNW Group · 9 minutes ago

**CIRO Sanctions Fortrade Canada Limited**

On February 20, 2023, a hearing panel of the Canadian Investment Regulatory Organization (CIRO) held a hearing under the Investment Dealer and Partially Consolidated Rules and...



MarketWatch · 9 minutes ago

**Seniors who do this one thing live longer**

A fascinating report has just been published in the Journal of the American Heart Association, and it has an urgent message for the over-60s.



PA Media: Money · 10 minutes ago

**World leaders vow united front against fraudsters at London summit**

James Cleverly hosted the event at Lancaster House.

If you purchased Gatos common stock or traded in Gatos options between December 9, 2020 and January 25, 2022, you could receive a payment from a Class Action Settlement.

Learn More





**Biden calls for tax hikes to shore up Social Security as Trump floats entitlement cuts**

Yahoo Finance



If you purchased Gatos common stock or traded in Gatos options between December 9, 2020 and January 25, 2022,

yahoo/finance   Search for news, symbols or companies   🔍   News   **Finance**   Sports   More ⌄   🔔   ✉   **Sign in**

My Portfolio    News    Markets    **Sectors**    Screeners    Personal Finance    Videos    Finance Plus ⓨ

‹ Sectors / Financial Services

# Financial Services

Companies that provide financial services include banks, savings and loans, asset management companies, credit services, investment brokerage firms, and insurance companies. Companies in this sector include Allianz,...

⌄ Show More

| Market Cap | Market Weight | Industries | Companies |
|---|---|---|---|
| 8.494T | 14.58% | 15 | 1442 |

● **Financial Services**    ● **S&P 500** ^GSPC

1D   5D   **3M**   6M   YTD   1Y   5Y   All

⤢ Advanced Chart   ⚙

11.6%
10.0%
5.0%
0.0%

18    26    8    16    22    29    5    12    20    26    11
Jan '24              Feb '24              Mar '24

| Day Return | | YTD Return | | 1-Year Return | | 3-Year Return | | 5-Year Return | |
|---|---|---|---|---|---|---|---|---|---|
| Sector | S&P 500 | Sector | S&P 500 | Sector | S&P 500 | Sector | S&P 500 | Sector | S&P 500 |
| + 0.11% | - 0.23% | + 6.14% | + 7.17% | + 23.81% | + 32.37% | + 13.74% | + 31.11% | + 55.59% | + 83.66% |

Note: Sector performance is calculated based on the previous closing price of all sector constituents

XLF   THE FINANCIAL SECTOR OF THE S&P 500   SELECT SECTOR SPDRs   Risks & Definitions   THE 11 SECTORS OF THE S&P 500   LEARN MORE

## Industries in This Sector

🔍 Quote Lookup

◉ U.S. markets close in 2h 13m

( Customize Your Dock )

**MARKETS**

**US**   Europe   Asia   Rates   Commo

| **S&P 500** | **Dow 30** |
|---|---|
| 5,111.33 | 38,711.56 |
| -12.36 (-0.24%) | -11.13 (-0.03%) |
| **Nasdaq** | **Russell 2000** |
| 16,022.26 | 2,072.41 |
| -62.85 (-0.39%) | -10.30 (-0.49%) |
| **Crude Oil** | **Gold** |
| 77.84 | 2,186.10 |
| -0.17 (-0.22%) | +0.60 (+0.03%) |

‹    ›

**MY PORTFOLIOS**    →

Sign in to create a watchlist

( Sign in )

**TRENDING TICKERS**    →

| **META** | 484.26 |
|---|---|
| Meta Platforms, Inc. | -21.69 (-4.29%) |
| **MSTR** | 1,626.86 |
| MicroStrategy Inc... | +201.27 (+14.12%) |
| **BA** | 192.00 |
| The Boeing Company | -6.49 (-3.27%) |
| **MRNA** | 112.07 |

you could receive a payment from a Class Action Settlement.

**Learn More**

yahoo!finance

Search for news, symbols or companies

News    **Finance**    Sports    More ⌄    🔔    ✉    **Sign in**

My Portfolio    News    **Markets**    **Sectors**    Screeners    Personal Finance    Videos    Finance Plus 🅥

‹ Sectors / Financial Services

# Financial Services

Companies that provide financial services include banks, savings and loans, asset management companies, credit services, investment brokerage firms, and insurance companies. Companies in this sector include Allianz,...

⌄ Show More

| | Market Cap | Market Weight | Industries | Companies |
|---|---|---|---|---|
| | 8.494T | 14.58% | 15 | 1442 |

🔍 Quote Lookup

📶 U.S. markets close in 2h 13m

**Customize Your Dock**

**MARKETS**

**US**    Europe    Asia    Rates    Commo

| **S&P 500** | **Dow 30** |
|---|---|
| 5,111.33 | 38,711.56 |
| -12.36 (-0.24%) | -11.13 (-0.03%) |

| **Nasdaq** | **Russell 2000** |
|---|---|
| 16,022.26 | 2,072.41 |
| -62.85 (-0.39%) | -10.30 (-0.49%) |

| **Crude Oil** | **Gold** |
|---|---|
| 77.84 | 2,186.10 |
| -0.17 (-0.22%) | +0.60 (+0.03%) |

‹ ›

● Financial Services  ● S&P 500 ^GSPC

1D  5D  **3M**  6M  YTD  1Y  5Y  All

↗ Advanced Chart    ⚙

11.6%
10.0%

5.0%

0.0%

18    26        8    16    22    29        5    12    20    26        11
    Jan '24                            Feb '24                    Mar '24

| Day Return | YTD Return | 1-Year Return | 3-Year Return | 5-Year Return |
|---|---|---|---|---|
| Sector    S&P 500 | Sector    S&P 500 | Sector    S&P 500 | Sector    S&P 500 | Sector    S&P 500 |
| + 0.11%   - 0.23% | + 6.14%   + 7.17% | + 23.81%  + 32.37% | + 13.74%  + 31.11% | + 55.59%  + 83.66% |

Note: Sector performance is calculated based on the previous closing price of all sector constituents

**MY PORTFOLIOS** →

Sign in to create a watchlist

**Sign in**

**TRENDING TICKERS** →

**META**    484.26
Meta Platforms, Inc.



If you purchased Gatos common stock or traded in Gatos options between December 9, 2020 and January 25, 2022, you could receive a payment from a Class Action Settlement.

**Learn More**

**yahoo!finance**

Search for news, symbols or companies

News     **Finance**     Sports     More ⌄                    Sign in

My Portfolio     News     Markets     Sectors     Screeners     Personal Finance     Videos     Finance Plus ⓥ                    Back to classic yahoo!finance



## Stocks drift in countdown to key inflation print

Investors are bracing for the CPI inflation print, the last big test for the market before the Fed meets in...

Yahoo Finance · 3 minutes ago     ^GSPC -0.20%     ^DJI -0.00%



**Social Security in 2024 focus as Trump floats...**

Yahoo Finance · 1 hour ago



**Longer-term inflation outlook could pose new...**

Reuters · 1 hour ago



**How Bidenomics money is being spread across the US**

Yahoo Finance · 7 hours ago

**Wall Street braces for key inflation print — what to watch for**

Yahoo Finance · 21 minutes ago
^GSPC -0.20%     ^IXIC -0.34%

**Disney attacks Peltz's motivations, qualifications**

Reuters · 24 minutes ago
DIS +2.07%

**Trump: 'You can't just go to electric'**

Yahoo Finance · 1 hour ago
F -0.41%     TSLA +1.98%

**Bitcoin rises above $72K as rally builds steam**

Bloomberg · 5 hours ago

**Food startup learns lessons from SVB's collapse**

Yahoo Finance · 1 hour ago

**JPMorgan: Magnificent 7 stocks aren't too pricey**

Bloomberg · 8 hours ago
JPM -0.42%     AAPL +1.22%

### Latest

**The Body Shop ceases US operations, with plans to close dozens of stores in the UK and Canada**

Associated Press Finance ·
15 minutes ago

**Save Our Signal! Politicians close in on votes needed to keep AM radio in every car**

Associated Press Finance ·
18 minutes ago

**Poland's president calls on NATO allies to raise spending on defense to 3% of GDP**

Associated Press Finance ·
18 minutes ago

**Slight euro zone fiscal contraction in 2025 appropriate- ministers**

Reuters · 25 minutes ago

**Where to watch this year's Oscar-winning films online**

Associated Press Finance ·
34 minutes ago
NFLX -0.40%

**US, Canada and indigenous groups announce proposal to address cross-border mining pollution**

Associated Press Finance ·
38 minutes ago
TECK



Quote Lookup

U.S. markets close in 2h 18m
**Customize Your Dock**

**MARKETS**

**US**   Europe   Asia   Rates   Commo

**S&P 500**
5,113.32
-10.37 (-0.20%)

**Dow 30**
38,722.03
-0.66 (-0.00%)

**Nasdaq**
16,029.86
-55.25 (-0.34%)

**Russell 2000**
2,072.07
-10.64 (-0.51%)

**Crude Oil**
77.87
-0.14 (-0.18%)

**Gold**
2,187.30
+1.80 (+0.08%)

**MY PORTFOLIOS**     →

Sign in to create a watchlist

**Sign in**

**TRENDING TICKERS**     →

**META**                          485.03
Meta Platforms, Inc.     -20.92 (-4.13%)

**MSTR**                          1,626.50
MicroStrategy In...     +200.91 (+14.09%)

**BA**                            191.73
The Boeing Company     -6.76 (-3.41%)

**MRNA**                          112.63
Moderna, Inc.        +9.60 (+9.32%)

**XRP-USD**                       0.72
XRP USD             +0.11 (+17.56%)