IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No.:    22-cv-00453-PAB-KAS        Date:  May 31, 2024
Courtroom Deputy:  Sabrina Grimm              Court Reporter:   Janet Coppock

| _Parties:_ | _Counsel:_ |
|---|---|
| MICHAEL BILINSKY, individually and on behalf of others similarly situated, | Kathryn Reilly<br>Daniel Guisbond<br>Evan Kubota<br>Joseph Fonti |
| Plaintiff, | |
| v. | |
| GATOS SILVER, INC.,<br>STEPHEN ORR,<br>ROGER JOHNSON,<br>PHILIP PYLE,<br>JANICE STAIRS,<br>ALI ERFAN,<br>IGOR GONZALES,<br>KARL HANNEMAN,<br>DAVID PEAT,<br>CHARLES HANSARD, and<br>DANIEL MUÑIZ QUINTANILLA, | Michael Flynn<br>Lindsey Idelberg |
| Defendants. | |

---

## COURTROOM MINUTES

---

**FAIRNESS HEARING**

**10:05 a.m.    Court in session.**

Appearances of counsel.

There are no class members present in the courtroom that want to make objections to the class settlement.

Discussion regarding notice and approval of settlement.

The Court will issue a written order regarding Plaintiffs' Motion for Final Approval of the Settlement and Approval of the Plan of Allocation [89] and Lead Counsel and WTO's Motion for Award of Attorney's Fees, Litigation Expenses, and Reasonable Costs and Expenses to Palintiffs [90].

**10:22 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    00:17