IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00453-PAB-KAS

MICHAEL BILINSKY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GATOS SILVER, INC.,
STEPHEN ORR,
ROGER JOHNSON,
PHILIP PYLE,
JANICE STAIRS,
ALI ERFAN,
IGOR GONZALES,
KARL HANNEMAN,
DAVID PEAT,
CHARLES HANSARD, and
DANIEL MUÑIZ QUINTANILLA,

Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 97] of Chief United States District Judge Philip A. Brimmer entered on October 15, 2024, it is

ORDERED that Plaintiffs' Motion for Final Approval of the Settlement and Approval of the Plan of Allocation [Docket No. 89] is GRANTED. It is further

ORDERED that judgment shall be entered dismissing this action with prejudice.

Dated: October 15, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
    Deputy Clerk